B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re   American Pacific Financial Corp.      ,
                Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| See attached | | | | |

Date:  Sept. 15, 2010

                                                      [signature]
                                                        Debtor

*[Declaration as in Form 2]*

AMERICAN PACIFIC FINANCIAL CORP

CASE NO. _____ CHAPTER 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of Creditor | Telephone | (2) Name of Agent | Address | | | | (3) Nature of Claim | (4) Type of Claim | (5) Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| APFGroup | 909-387-0800 | American Pacific Advisors | 22365 Barton Raod, Suite 210 | Grand Terrace | CA | 92313 | Contract | | 30,516,229.02 |
| APFGroup II | 909-387-0800 | American Pacific Advisors | 22365 Barton Raod, Suite 210 | Grand Terrace | CA | 92313 | Contract | | 20,386,579.49 |
| Orchid Management | 714-308-7234 | Orchid Management %Rosemary | 7602 E. Santiago Canyon Road | Orange | CA | 92869 | Contract | | 8,383,277.61 |
| AmPacVenture Fund | 909-387-0800 | American Pacific Advisors | 22365 Barton Raod, Suite 210 | Grand Terrace | CA | 92313 | Contract | | 4,543,000.00 |
| Davis, Tom & Donna/Davis Pension | 951-789-2852 | Thomas & Donna Davis | 4646 Brockton Avenue | Riverside | CA | 92506 | Contract | | 3,020,471.46 |
| Mercer Pension/Tom Mercer | 909-798-1801 | Thomas & Shirley Mercer | 9333 Baseline Avenue Suite 200 | RanchoCucamonga | CA | 91730 | Contract | | 2,812,777.02 |
| McCoy, Joseph & Pamela | 951-534-0407 | Joseph & Pamela McCoy | 5314 Sierra Street | Riverside | CA | 92504 | Contract | | 2,442,666.07 |
| Akrawi Tst, et al Wm Akrawi Tstee | 949-275-6238 | Akrawi Trust %William Akrawi | 25721 Nellie Gail Road | Laguna Hills | CA | 92653 | Contract | | 2,354,997.26 |
| Bosic, Donald & Blayne | 951-686-5652 | Donald Bosic | 2400 Knob Hill Drive | Riverside | CA | 92506 | Contract | | 2,277,360.17 |
| Wall Trust/Foundation | 951-788-4515 | Wall Family Trust | 4444 Magnolia Avenue | Riverside | CA | 92501 | Contract | | 2,037,988.68 |
| Rexinger, E.L. et al | 714-489-9484 | Elwyn & Hedvig Rexinger | 8 Via Chapala | San Clemente | CA | 92673 | Contract | | 1,726,965.43 |
| Testa, Nicholas & Cynthia | 949-643-1556 | Nicholas & Cynthia Testa | 13363 E. Grand Avenue | Pomona | CA | 91766 | Contract | | 1,574,500.00 |
| Sindher, Raj & Meena | 951-956-5431 | Raj & Meena Sindher | 2139 Old Bridge Road | Riverside | CA | 92506 | Contract | | 1,558,361.34 |
| Saenz, Maria E. | 605-574-4598 | Maria E. Saenz | 11714 E. Paradise Drive | Hill City | SD | 57745 | Contract | | 1,558,167.24 |
| Riehl, Robert | 760-837-9796 | Robert T. Riehl | 73-601 Cabazon Peak | Palm Desert | CA | 92260 | Contract | | 1,457,138.53 |
| Monson, Teryl | 360-466-2305 | Teryl Monson | 12 Eagle's Nest Drive | La Conner | WA | 98257 | Contract | | 1,315,377.77 |
| Fyfe, Kent & Renee | 909-899-8023 | Kent & Renee Fyfe | 13079 Shasta Court | Etiwanda | CA | 91739 | Contract | | 1,304,613.71 |
| Sladek, David & Carol Janousek | 970-871-1711 | Dave Sladek/Carol Janousek | 1332 Mark Twain Lane | Steamboat Sprgs | CO | 80487 | Contract | | 1,051,082.72 |
| Beeler Trust, June/Foundation et al | 949-425-2953 | June Beeler | The Covington 3 Pursuit #9 | Aliso Viejo | CA | 92656 | Contract | | 1,044,533.64 |
| Hazel, Paul/Chew, Veronica | 949-510-9801 | Paul Hazell/Veronica Chew | 55 Pheasant Ridge Drive | Henderson | NV | 89014 | Contract | | 1,018,978.07 |