# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In Re: | ) Bankruptcy No: 10-27855-MKN |
| AMERICAN PACIFIC FINANCIAL CORPORATION, | ) ) ) |
| | ) **ORDER RE-ASSIGNING CASE TO** |
| | ) **BANKRUPTCY JUDGE** |
| Debtor. | ) ) |

Whereas the following case(s):

| Case(s) name | Case # | Date Filed |
|---|---|---|
| AMERICAN PACIFIC FINANCIAL CORPORATION | 10-27855-MKN | 09/21/2010 |

was/were assigned to Bankruptcy Judge Nakagawa, after consultation with and based upon the oral directives of both Judges that this/these case(s) be re-assigned to Judge Markell, pursuant to the delegation of powers and duties given to the Clerk in Local Rule 5075(a)(1)(A) of the Local Rules of Practice of the United States District Court for the District of Nevada, it is hereby

ORDERED that the above-entitled case is re-assigned to Judge Markell, Bankruptcy Judge for the District of Nevada.

DATE: 09/22/2010                                        MARY A. SCHOTT, CLERK


                                                        by: __/s/ Tawnee Renfro_____
                                                              Deputy Clerk