

**Entered on Docket
September 22, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No.: BK-S-10-27855-BAM |
| ) | |
| AMERICAN PACIFIC FINANCIAL ) | Chapter 11 |
| CORPORATION, ) | |
| ) | |
| Debtor. ) | |
| ) | Date:  November 30, 2010 |
| ) | Time:  10:00 a.m. |
| ) | |

**ORDER SETTING STATUS CONFERENCE**

A status conference will be held on **November 30, 2010, at 10:00 a.m.,** pursuant to 11 U.S.C. § 105(d), in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #3 before Judge Bruce A. Markell.  At least five days before such date, the debtors shall file a status report on their efforts to develop a plan of reorganization, including an estimate of when a plan will be filed, and any reason that the filing of a plan may be delayed.  The status report shall also include a proposed budget for the debtors.

The status report, including the budget, shall be no more than five pages.

The debtor shall also justify why it did not indicate that this case was related to the case filed by its affiliate, Classic Transportation Leasing, LLC (Case No.: BK-S-10-27755-BAM), as was required by the Voluntary Petition.

The court may make such other orders as are appropriate and authorized under 11 U.S.C. § 105(d)(2) at the status hearing.

IT IS SO ORDERED.

Copies sent to:

BNC MAILING MATRIX

KAARAN E. THOMAS on behalf of Debtor AMERICAN PACIFIC FINANCIAL CORPORATION
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

# # #