RECEIVED & FILED

'10 NOV 22 P2 :07

U.S. BANKRUPTCY COURT
MARY ... CLERK

November 18, 2010

To The Honorable Bruce A. Markell,
United States Bankruptcy Judge,
The Debtors and their Counsel

Re: American Pacific Financial Corporation, Case No.: BK-S-10-27855-MKN

I am sending a copy of our Agreement with Mr. Polhill of American Pacific Financial Corporation showing that our Contractual Loan Agreement/Promissory Note of October 18, 2006 stated it was secured by Pledge of Collateral defined as: accounts receivable Café Valley Inc. along with a copy of Exhibit to Schedule F – Creditors Holding UNSECURED NON PRIORITY CLAIMS Case Number 10-27855.

We were under the impression our Note was SECURED by income from Café Valley. We wish to dispute the placement of our names on this Schedule.

Donald W. Kurtz

Carol L. Kurtz

Cc: McDonald Carano Wilson LLP

Re: American First
Financial Corporation

EXHIBIT TO SCHEDULE F                                                                Case Number 10-27855

| Creditor | Address | City | State | Zip | Date | Type | Amount |
|---|---|---|---|---|---|---|---|
| Kathleen M. Knerr | 04 Kingston Street | Grand Terrace | CA | 92313 | 4/6/2000 | promissory note | 18,492.88 |
| Knerr Trust %Maxine Knerr | 04 Kingston | Grand Terrace | CA | 92313 | 4/4/1991 | promissory note | 834,500.80 |
| Kurt N. Knerr | Box 974 | Menlo Park | CA | 94026-0974 | 1/31/1969 | promissory note | 59,169.06 |
| Kelli L. Koch | E. Cliffside Trail | Rimrock | AZ | 86335-4519 | 7/26/1992 | promissory note | 79,071.99 |
| Rodney & Jaah Koenig | Peachwood Place | Riverside | CA | 92506 | 4/12/2002 | promissory note | 8,192.00 |
| Kazuyuki Komorida | 65 Barton Road #700 | Grand Terrace | CA | 92313 | 3/21/1996 | promissory note | 530,347.10 |
| Frieda June Kopp | Kennedy Place | St. George | UT | 84790 | 8/22/1994 | promissory note | 243,193.01 |
| Lana M. Kosh | 31 Laysenete Court | Fontana | CA | 92336-3541 | 3/24/1997 | promissory note | 279,148.12 |
| Eleanore D. Kropf | W. Ramona Court | Rialto | CA | 92376 | 2/27/2001 | promissory note | 14,329.15 |
| Carolyn Kruggel | 06 Chickory Drive | Riverside | CA | 92504 | 9/21/2002 | promissory note | 45,906.86 |
| Kumar Family Tst | Piedmont Drive | Riverside | CA | 92506 | 11/20/1995 | promissory note | 460,898.15 |
| Catherine Larsen | Grant Avenue #152 | Ogden | UT | 84401 | 12/31/1999 | promissory note | 9,811.73 |
| Barry & Theresa Lasco | Barley Ridge Trail | Freeport | IL | 61032 | 4/13/2006 | promissory note | 14,664.51 |
| Martin & Barbara Lasco | E. Flower Street | Gilbert | AZ | 85298 | 12/30/1991 | promissory note | 125,489.99 |
| Gregory & Cynthia Lasco | N. Greenfield Drive | Freeport | IL | 61032 | 8/27/2005 | promissory note | 149,181.60 |
| Judy R. Lasco | Sylvan Court | Freeport | IL | 61032 | 1/1/2006 | promissory note | 70,294.46 |
| William & Beth Leach | Black Stallion Court | Zebulon | NC | 27597 | 2/25/2002 | promissory note | 55,960.22 |
| Judy E. Leahy | Alhambra Street | Norco | CA | 92860 | 5/3/2001 | promissory note | 49,987.67 |
| James & Sera Ledford | Island Road | Weiser | ID | 83672 | 11/4/2005 | promissory note | 98,518.53 |
| Bob and Elaine Lincoln | W. 5th | Weiser | ID | 83672 | 3/10/2004 | promissory note | 58,765.96 |
| Harold & Gloria Lindsey Trust | 6 Filbert Street | Fontana | CA | 92335 | 12/1/2004 | promissory note | 113,790.53 |
| Harvey & Sybil Ling | Dorsett Street | Riverside | CA | 92509 | 11/8/2001 | promissory note | 106,898.81 |
| John & Phyllis Lofgren | 27th Street | Anacortes | WA | 98221 | 9/14/2006 | promissory note | 401,998.18 |
| Carolyn Connor Loisel | Mission Twin Buttes Road | Green Valley | AZ | 85614 | 4/12/1988 | promissory note | 194,166.84 |
| A. Theodore Long Trust | 12th Street | Pocatonica | IL | 61083 | 7/14/2003 | promissory note | 99,854.79 |
| Robert & Trudy Long | Sinnissippi Road | Sterling | IL | 61081 | 1/1/1997 | promissory note | 475,137.10 |
| Donald & Elsie Loos | W. 7th Street | Weiser | ID | 83672 | 7/30/2002 | promissory note | 637,967.11 |
| Shane Loeco | N. Pleasant | Freeport | IL | 61032 | 2/7/2003 | promissory note | 7,256.44 |
| Vyvyan Low | Gold Avenue | Rapeling | MA | 01867 | 1/23/1995 | promissory note | 77,751.33 |
| Marie Lucier Estate %Denise Erich | Via Verde | Alta Loma | CA | 91701 | 9/5/1989 | promissory note | 426,718.04 |
| Catherine Ludwig | Shadid Drive | Colton | CA | 92324 | 9/21/2002 | promissory note | 15,647.23 |
| Debi MacVie | rts | Redlands | CA | 92373 | 8/15/2007 | promissory note | 19,195.68 |
| William & Marilyn Manwarren | darleston | Irvine | CA | 92620 | 10/31/1999 | promissory note | 106,220.96 |
| Alberta Lou Manzo | 5 Clear Springs Drive | La Mirada | CA | 90638 | 8/9/2002 | promissory note | 65,245.28 |
| Brad & Sherylie Martin | Marilyn Lane | Redlands | CA | 92373 | 9/23/2007 | promissory note | 16,015.58 |
| Steve & Deborah Martin | Bletehurst Drive | Raleigh | NC | 27617 | 5/16/2004 | promissory note | 88,375.76 |
| Joshua Ingersoll %Deborah Martin | Bletehurst Drive | Raleigh | NC | 27617 | 7/9/2007 | promissory note | 11,181.80 |
| Seth Ingersoll %Deborah Martin | Bletehurst Drive | Raleigh | NC | 27617 | 7/9/2007 | promissory note | 11,474.64 |
| Joan F. Martin Rev Tst | Irving Street | Riverside | CA | 92504 | 1/31/2006 | promissory note | 76,379.38 |
| Luis Mas Judith Mas Trust | Ninth Street | Anaheim | CA | 92802 | 11/9/2004 | promissory note | 96,109.00 |
| Frederick & Darlene Mathews | Wilson Court | Sonora | CA | 95370 | 10/20/2003 | promissory note | 107,329.40 |
| Margarita A. McCarley | Naples Drive | Morena Valley | CA | 92657 | 3/5/2001 | promissory note | 49,247.05 |
| Leaf R. McClellan Jsogl | 200 West | Smithfield | UT | 84335 | 5/21/2001 | promissory note | 10,939.61 |
| David R McClendon Estate | Box 7C114 | Point Richmond | CA | 94807-0114 | 9/17/1990 | promissory note | 758,577.25 |

9

# CONTRACTUAL LOAN AGREEMENT/PROMISSORY NOTE

October 16, 2006*
San Bernardino, California

In consideration of $ 100,000.00, received this date, AMERICAN PACIFIC FINANCIAL CORPORATION ("Obligor"), a California corporation, promises to pay to: Donald W. Kurtz and Carol Kurtz, husband and wife as joint tenants ("Beneficiary"), resident(s) of the state of Oregon, the principal sum of One hundred thousand and no/100 Dollars, for the contract period beginning October 16, 2006* with interest from October 16, 2006* at 9.0% per annum, interest (chose a or b), (a) shall accrue and be payable with principal upon maturity, or X(b) be payable in the amount of $ $750.00 on the 16th* day of each (month/quarter) during the contract. Said payments shall be payable to Lender or Designee at the following address:

Donald & Carol Kurtz
402 NE Oakview Drive
Estacada, Oregon 97023
Phone: 503-630-5758

The initial expiration of this Agreement shall be on October 16, 2008* at which time the entire unpaid balance of principal plus all accrued interest shall either, at Beneficiary's option, be due and payable in full in legal tender of the United States of America, or extended according to the provisions of the following paragraph.

EXTENSION/RENEWAL PROVISION: Beneficiary or Designee shall be notified in writing of the pending expiration date and of the interest rate AMERICAN PACIFIC FINANCIAL CORPORATION will pay upon extension of this agreement. Beneficiary or Designee shall within ten (10) days of the expiration date of this agreement or any previous extension thereof, notify AMERICAN PACIFIC FINANCIAL CORPORATION in writing of Beneficiary's intention to receive payment in accordance with its provisions. It is agreed, that if AMERICAN PACIFIC FINANCIAL CORPORATION does not receive said notice, it shall then automatically extend this agreement for a period of time equal to the last term. Said extended term shall bear interest on all unpaid principal and interest as per the provisions, terms and conditions of said notice.

It is agreed that AMERICAN PACIFIC FINANCIAL CORPORATION reserves the privilege to make principal payments in any amount, at any time without penalty with a pro-rata reduction of monthly payments.

At all times during the course of this Agreement, the security will be maintained by one or more of the following:
TYPE OF SECURITY:
(1) United States Currency
(2) Funds held in trust in Banks, Thrift and Loan Associations or Savings and Loan Associations
(3) Raw or product inventory
(4) Accounts receivable
(5) Equipment
(6) Pledged notes and Deeds of Trust as defined in item #8
(7) Pledged Real Property equity as defined in item #8

beneficiary has 30-day call on $20,000 and may add principal at the same terms & rate

*interest to begin with receipt of funds

Whenever pledged collateral becomes in default, or whenever requested by AMERICAN PACIFIC FINANCIAL CORPORATION, Beneficiary agrees to release said pledged collateral to AMERICAN PACIFIC FINANCIAL CORPORATION and upon such release, Beneficiary shall select any one of these three options:

(1) Receiving a principal reduction in this loan (in an amount equal to that pledged as security by the released collateral), or
(2) Accepting substitute security, or
(3) Directing that funds be held in trust, pending approval of replacement security by beneficiary.

AMERICAN PACIFIC FINANCIAL CORPORATION is hereby authorized and instructed to service all pledged collateral including the filing of all required notices and taking any prudent action necessary to preserve the equity of said collateral.

Unless otherwise agreed by the parties, all notes, Deeds of Trust and any pledged collateral, as referred to under item #8 above, is to be held in safekeeping by AMERICAN PACIFIC FINANCIAL CORPORATION and available for inspection to Beneficiary upon request.

The undersigned Beneficiary acknowledges receipt of this Promissory Note.

BENEFICIARY: _Donald W. Kurtz_
Carol Kurtz

ACCEPTED AND APPROVED BY:
AMERICAN PACIFIC FINANCIAL CORPORATION
BY: _____
Larry R. Polhill, President

DO NOT DESTROY THIS NOTE
When paid, this note must be surrendered