JANET L. CHUBB, ESQ.
Nevada Bar No. 0176
LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone:  (775) 322-7400
Facsimile:  (775) 322-9049
Email:  lbubala@armstrongteasdale.com
         jchubb@armstrongteasdale.com
         bsalinas@armstrongteasdale.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>AMERICAN PACIFIC FINANCIAL CORPORATION | Case No.:  BK-S-10-27855-BAM<br><br>Chapter 11<br><br>**Date: OST Requested**<br>**Time:** |
|---|---|

**DECLARATION OF LOUIS M. BUBALA III, ESQ. IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION OF ARMSTRONG TEASDALE LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

I, Louis M. Bubala III, submit the following statements and disclosures as my Declaration in support of the Application for An Order Authorizing The Retention of Armstrong Teasdale LLP As Counsel For The Official Committee Of Unsecured Creditors (the "Employment Application"):

1.      I am an attorney at law admitted to practice in the State of Nevada and before the United States District Court for the District of Nevada. I am an associate of the law firm of Armstrong Teasdale LLP ("Armstrong Teasdale"), resident in Armstrong Teasdale's Reno office at 50 W. Liberty Street, Suite 950, Reno, Nevada 89501. This affidavit (the "Bubala Affidavit") is submitted on behalf of Armstrong Teasdale pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with the application (the "Application") by the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee") for the entry of an order authorizing the retention of Armstrong Teasdale as counsel for the Committee. Unless otherwise stated, I have personal knowledge of the facts

hereinafter set forth.

**Armstrong Teasdale's Experience**

2.  Over the past two decades, Armstrong Teasdale and its bankruptcy lawyers have successfully represented official and unofficial committees of creditors, equity holders, individual creditors, acquirers, investors, debtors and other significant parties in many prominent and complex bankruptcy cases and out-of-court restructurings.

3.  In addition, the lawyers in Armstrong Teasdale's Financial and Restructuring, Reorganization, and Bankruptcy Group, of which I am a member, play or have played a lead role representing official committees in the following Chapter 11 cases.

<u>Janet L. Chubb, Committee Counsel</u>

2005 Skin Nuvo International, LLC (D. Nev.)
1996 Abbott Transportation (D. Nev.)
1996 AME, Inc. (D. NV.)
1995 Elsinore Corporation; Four Queens, Inc.; Four Queens Experience Corporation; Palm Springs East LP; Elsub Management Corporation (D. Nev.)
1995 TriValley Broadcasting, Inc. (D. Nev.)
1995 Merkley & Hankins, Inc. (D. Nev.)
1995 CMC, Inc. (D. Nev.)
1995 Oberg USA, Inc. (D. Nev.)
1994 Pacific Coast Express (D. Nev.)
1993 Robert L. Helms Construction; Paul R. Helms & Associates; J/P Associates; Double Diamond Ranch LP; Robert L. Helms and Pauline F. Helms (D. Nev.)
1993 James H. Keller (D. Nev.)
1992 Homestead Minerals Corporation (D. Nev.)
1990 Thomas D. Armour, Jr. (D. Nev.)
1989 Sunriver Mining Co., (D. Nev.)
1988 Stead Industries, Inc. (D. Nev.)
1986 Kinkade Mining & Construction; Dick Merritt (D. Nev.)
1986 Meyer Construction, Inc. (D. Nev.)

<u>Other Armstrong Teasdale Attorneys, Committee Counsel</u>

Jones Truck Lines (W.D. Ark.)
Apex Oil (E.D. Mo.)
Union Financial Services Group (E.D. Mo.)
Wehrenberg Theatres (E.D. Mo.)
Jumping Jack Shoes (W.D. Mo.)

**Armstrong Teasdale's Compensation**

4. Armstrong Teasdale proposes to render its services on an hourly fee basis according to its customary hourly rates in effect when the services are rendered. It is anticipated that the lead Armstrong Teasdale attorneys who will represent the Committee are myself (an associate of the firm whose current hourly rate is $275) and Janet L. Chubb, Esq. (a partner of the firm whose current rate is $450). Other Armstrong Teasdale attorneys or paraprofessionals will provide additional supporting legal services on behalf of and as directed by the Creditors' Committee in connection with the matters described herein. The following hourly rates for Armstrong Teasdale attorneys and paraprofessionals are currently in effect, but are subject to periodic adjustments: our billing rates currently range from $180 an hour for new associates to $525 an hour for senior partners; and for paraprofessionals: $100 to $290 per hour.

5. Armstrong Teasdale intends to apply for compensation for professional services rendered and for reimbursement of expenses incurred in accordance with applicable provisions of title 11 of the United States Code (the "Bankruptcy Code"), the Bankruptcy Rules, the local rules and orders of this Court, and the United States Trustee Guidelines.

6. Neither myself or any member of Armstrong Teasdale, nor any professional or attorney associated with or employed by Armstrong Teasdale, has received a promise as to payment or compensation in connection with the Debtor's chapter 11 case. Armstrong Teasdale does not have any agreement with any other entity to share with any such entity any compensation received by Armstrong Teasdale.

**Armstrong Teasdale's Connections in these Cases**

7. In connection with the Committee's proposed retention of Armstrong Teasdale, an extensive review (the "Connections Check") of Armstrong Teasdale clients, adverse parties and related parties (collectively, the "Related Parties") was performed to ascertain whether Armstrong Teasdale had any "connection" (as such term used in Bankruptcy Rule 2014(a)) with the Debtor, its creditors, any other party in interest herein, or their respective attorneys or accountants, to the extent any such entities were known at such time (the "Case Parties"). Specifically, attached hereto as Exhibit A is a list of the Case Parties which were checked against a database containing the Related

Parties and then manually reviewed to identify any matters on which work was performed since January 1, 2006. For the purpose of compiling the list of Case Parties, Armstrong Teasdale utilized the case parties list provided by the Debtor and were inclusive of the following categories of parties: Debtor, Current Officers and Directors of Debtor, Principal Equity Holders, Lenders, Other Creditors, Professionals, Litigation Adversaries and Other Parties in Interest.

8. The Case Parties list was also emailed or otherwise circulated to all Armstrong Teasdale attorneys.

9. To the best of my knowledge after diligent inquiry, neither Armstrong Teasdale, any member of Armstrong Teasdale, nor any attorney associated with or employed by Armstrong Teasdale, has any "connection" (as such term used in Bankruptcy Rule 2014(a)) with the Debtor, its creditors, any other party in interest herein, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

10. Armstrong Teasdale has been involved in a number of unrelated cases with various professionals involved in these cases, both in adverse and non-adverse roles.

11. Moreover, Armstrong Teasdale has a well-known reorganization and restructuring practice which encompasses the representation of many investors, financial institutions and other persons or entities, some of which, may become creditors or parties in interest including, without limitations, potential acquirers of the Debtor's assets in this chapter 11 case. Furthermore, as part of its practice, Armstrong Teasdale appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtor, creditors, or parties in interest, or themselves be creditors or parties in interest in this chapter 11 case. Armstrong Teasdale has not and will not represent any of these creditors, investors, potential acquirers, parties in interest, attorneys, financial advisors, accountants or any other entity in connection with this chapter 11 case.

12. Armstrong Teasdale will file appropriate supplemental disclosure(s) with the Court to the extent that additional information concerning any connections is developed.

13. Notwithstanding the above, I believe that Armstrong Teasdale is a disinterested person, and does not hold or represent an interest averse to the Debtor's estate with respect to the

matters for which Armstrong Teasdale is to be employed, as required by section 328(c) of the Bankruptcy Code. Based upon the foregoing, I respectfully submit that the requirements for the Committee's retention of Armstrong Teasdale have been met.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated this 30th day of November, 2010

/s/ Louis M. Bubala III
Louis M. Bubala III

# **EXHIBIT A**

| | |
|---|---|
| 2003 Graham Family Trust | Bertha Ronquillo |
| A. Theodore Trust | Beth Leach |
| Abelman, Frayne & Schwab | Betty S. Jones |
| Ada Albright | Betty Weatherspoon %Doran Wheeler |
| Akrawl Pension % William Akrawl | Betty K. Swoyer |
| Akrawl Trust % William Akrawl | Beverly J. Roberts Trust |
| Alan' Polhill N. Lee :& Arden Polhill | Beverly Sue Richardson |
| Alberta Lou Manzo | Bob Lincoln |
| Alex Valenzuela Estate | Bobbie Coulter |
| Alice M. Alderete | Bonnie Day |
| Aline Morr | Bonnie Townsend |
| Aline Shore | Brad Martin |
| Allen W. Mohr Moline.' Estate %7th Day Adventist Church | Bradley J. Crandall |
| | Brandi M. Stafford |
| Am Pac Fin Group II Ltd. | Brenda Castellanos Nash |
| Am Pac Fin Group Ltd. | Brian & Elizabeth Holm Trust |
| Am Pac Venture Fund Ltd. | Brian Kelmar |
| Amber L. Saylor | Brian Norton |
| Andrea Call | Bridgett Jayne |
| Anita Ecker | Bud A. Brakey |
| Ann D. Dredla | Buschlen Living Trust |
| Ann T. Moest | C.H.S. Partnership %Dennis Polhill |
| Anna Robison | Capital Foods, LLC |
| Annalise . Mihatavic | Carl Bessey |
| Anne H. Cole (Hayden) | Carl H. Nelson |
| Annemarie Glenn | Carol A. Bushee |
| Annette Gird | Carol Cramer |
| Anthony Encarnacao Estate | Carol Davidson |
| Arlene Donegan | Carol Janousek |
| Armandina Grimaldo | Carol Kurtz |
| Arthur G. McDonnell | Carol Louise Baker Somerday |
| Ashton Asensio | Carol Wheeler |
| Avie Churchwell | Carolyn Connor Loisel |
| B. Allen Jones | Carolyn kruggel |
| Barbara Beeler | Catherine larsen |
| Barbara Camp | Catherine Ludwig |
| Barbara Eddy | Cecilla Colantonio |
| Barbara G, Switzer | Chad Perdue |
| Barbara Jenkins Estate %Jill Bruneau | Charlene Frank |
| Barbara L. Rubin | Charles Drerup |
| Barbara Lasco | Charles E McCamey |
| Barbara Wurtz | Chelsea Stakkeland Harris |
| Barry Lasco | Chris Donegan |
| Benito & Juanita Quintana | Christine Carter |
| Bennett Bratley | Clausen Incorporated |
| Bertha Glanzer | Cora Fowler |

| | | |
|---|---|---|
| 1 | Curtis Hicke | Donald E. Robertson |
| 2 | Cynthia Darling | Donald Gainey |
| | Cynthia Testa | Donald Gird |
| 3 | Dado Cramer | Donald Kurtz |
| | Dakota Farms, LLC | Donald Loos |
| 4 | Dambacher, Truillo & Wright | Donald Schriner |
| 5 | Dana Anderson | Donald Shay |
| | Daniel | Donna Bratley |
| | Daniel Derieg | Donna Davis |
| 6 | Daniel H. Joye | Donna Polhill |
| 7 | Darlene Matthews | Doran Wheeler |
| | Darlene Polhill | Doris Hamre |
| 8 | Darrell Heinrichs | Doris M. Horner |
| | Darrell Stitzel | Dorothy Rosenberg |
| 9 | Dave Sladek | Dot Youngberg |
| | David & Kerni McComb | Douglas Bruneau |
| 10 | David & Ronda Nowlin | DuAnn F. Kinzer |
| | David &Judi McElroy | Duncan Howard |
| 11 | David Beeler | Dustin Walters |
| 12 | David Bruneau | Dwight Hurd |
| | David Call | Dzieduszycki Rev Liv Tst |
| 13 | David Paul Steiner | Edward & Jill Moss |
| | David R. McClendon Estate | EG Williams Estate %Joan Williams |
| 14 | David Tustison | Eileen Valenti |
| | David.& Betty McNair | Elaine Lincoln |
| 15 | Davis Pension | Eldon Dreyer |
| | Dean Polhill | Eldora DeFrane |
| 16 | Debi MacVie | Eleamore D. Krpof |
| | Deborah Bidaburu | Elementary Solutions % William Akrawl |
| 17 | Deborah Martin | El-faizy MD Inc. Profit Sharing Plan |
| 18 | Debra Bankston | Elinor Neafsey |
| | Debris Trujillo | Elisa White |
| 19 | Delmar Reiter Estate | Elizabeth Coulter |
| | Denise Drerup | Elizabeth M Cavagnaro |
| 20 | Dennis & Deborah Polhill | Elizabeth Mills |
| | Dennis Coon | Elizabeth Wise |
| 21 | Dennis Deapen | Ellen Kaye Svedin Trust |
| | Dennis Glenn | Elsie Loos |
| 22 | Dennis Mikkelson | Elwyn & Hedvig Rexinger |
| 23 | Dennis Walker | Elwyn & Hedvig Rexinger |
| | Derrick Bagley | Emily Hammond |
| 24 | Diane Campbell | Emma S: Robinson |
| | Diane Ramsey | Eric Foster Kimberly Marie' Foster |
| 25 | Dick & June Patterson | Eric J. Moss |
| | Doloris (Lon). Stitzel | Erma Hickey |
| 26 | Don O. Hammerfund | Erna Elliott |
| | Don Wheeler | Estelle Shay |
| 27 | Donald & Carol Monette | Etchason Trust |
| | Donald Bosic | Family Trust of Doris Rice |
| 28 | Donald Darling | Florence A. Tennelt |

| | | |
|---|---|---|
| 1 | Forchelli, Curto, Deegan et al | Investment 200 %Annemarie Glenn |
| | Frank H. Nickel | Ivan Hoffard |
| 2 | J & R Noeske Tst | Ivy Clark |
| | Fred Gonzales | J Stevenson Estate %Brad Crandall |
| 3 | Frederick Matthews | Jack W. Myer |
| | Frieda June Kopp | Jacqueline Joye |
| 4 | G. Ernest Horsley | James & Nilene McKinney |
| 5 | Gail Erickson | James A. Thompson Estate %Greg |
| | Gail Esquivel | James Clover |
| 6 | Galyn Cyphers | James Devitt |
| | Gary Ecker | James E. Johnson |
| 7 | Gary. Washburn | James G. VanMeter |
| | Gay Richards | James Ledford |
| 8 | Gene Arthur Rogers | Jan Fechter |
| 9 | Genevieve Parker Estate | Janel E. Bevan |
| | George M. Colebank | Janet Bergstrom Estate |
| 10 | Gerald Coulter | Janet H. Zoerner Trust |
| | Gertrude E. Peels Trust | Janice Cohen |
| 11 | Gladys Pabon Rodriguez | Janice L. Higgins |
| | Glen & Clarice Sharp Tst | Janice Stagliano |
| 12 | Glenda M. Bailey/McGinnis Estate | Jason Washbum |
| 13 | Glendy Coulter | Jean Bennett (McClendon) |
| | Glenn E. Burkhart | Jean Koenig |
| 14 | Glenn Frank | Jeanmarie Poe Brown. |
| | Gregory Heinen | Jed L. Roberts 23117 |
| 15 | Gregory Lasco | Jenna Zech |
| | Gregory Wise | Jennifer Gird |
| 16 | Groom Family 2006 Trust | Jennifer Testa |
| | Gus Ageris | Jerald Snedden |
| 17 | Gus F. Nelson U.CrTst %Helen Nelson | Jesse & Linda Watson |
| | Guy Bankston | Jessica Bagley |
| 18 | Guy T. Coffer | Jill Bruneau |
| | Harlan Zarin | Joan Brown |
| 19 | Harold & Gooria Lindsey Trust | Joan F. Martin Rev Tst |
| 20 | Harold Adams | Joan Marie Albert |
| | Harold Dial | JoAnn Gonalez |
| 21 | Harvey Ling | Joanna Stoffel |
| | Helen Diciolla | Joanne Gonzales |
| 22 | Helen Ford | Joe Arnold |
| | Helen Wilcox | Joe Salazar |
| 23 | Henry R. Valenzuela | John & Kathy Allavie M.D. |
| 24 | Henry& Ruth Perdue | John A. Weaver |
| | Herbert Crowder | John Bateman |
| 25 | Herman Carsten | John Campbell |
| | Hobbs Family Trust | John Edward Champion |
| 26 | Hock C. Hwan | John Elliott |
| | Hollis Benfer | John Esquivel |
| 27 | Inez Coon - | John Fabel |
| | Ingrid Solorzano | John Jones Tst %Nancy B. |
| 28 | Inman Family Tst %Janes & Doris Inman | John Lofgren |

| | | |
|---|---|---|
| 1 | John T. kaufman | Kurt N. Knerr |
| | Jolene Vanderbeek | Lael R. McClelan Jaggi |
| 2 | Jolynn Anderson | LaMonte Ballard Jr. |
| 3 | Jon Anderson | Lana Call |
| | Jose Bidaburu | Lana M. Kosh |
| 4 | Jose Pabon | Larry R. Polhill |
| | Joseph & Pamela McCoy | Larry R. Polhill |
| 5 | Joseph Colantonio | Larry Walker |
| | Joseph T. Garratt Foundation | Laura A. Geiken |
| 6 | Joseph T. Garrett Trust | Laura A. Roseberry |
| | Joseph/Chantal Rabay F Ts | Laurel Tustison |
| 7 | Josephine Hansen Diaz | Lawrence Day |
| | Joshua Ingersoll | Lawrence J. Hazell |
| 8 | Joshua Thornton | Lee Mclntre |
| 9 | Joyce Cyphers | Mcintrye Trust |
| | Joye Family Trust | Lei g h Polhill |
| 10 | Juanita Adams | Lillian Jones |
| | Juanita Parker | Linda Ary |
| 11 | Judith M. Dischel | Linda Baca |
| | Judy Ann Waltman Bosic | Linda S. Anderson |
| 12 | Judy Blevins | Linda Spady |
| 13 | Judy E. Leahy | Linda Wakamiya |
| | Judy Gutierrez | Lisa Coulter Carrisoza |
| 14 | Judy R. Lasco | Lisa James |
| | Julie M. Dailey (Daly) | Lisa loiro |
| 15 | June Beeler | Lonnie & L nneSvedin |
| | Justin Mercer | Loucindy Bessey |
| 16 | Karen Reeser Tst %Byron L. Reeser | Louis Gutierrez |
| | Kathleen Houghton | Lucia Walker |
| 17 | Kathleen M. Knerr | Lucinda A Wile |
| | Kathleen Neafsey | Luis Mass Judith Mass Trust |
| 18 | Kathleen R. O'Rourke | Lynette Borden |
| 19 | Kathryn Bankson | Lynn Evans |
| | Kay Johnson | Mabel Greer |
| 20 | Kazuo & Yoshi Naruse | Margaret Scheider |
| | Kazuyuki Komorida | Margarita A. McCarley |
| 21 | Keith & Janet Newman | Margo Churchwell |
| | Kelli L. Koch | Maria Dietz |
| 22 | Kelly A. Scott | Maria E. Saenz |
| | Kenneth Anderson | Marian Wettlaufer |
| 23 | Kenneth Fabel | Marianne Farha |
| 24 | Kenneth James | Marie Lucier Estate %Dennis English |
| | Kent Fyfe | Marilyn Darling |
| 25 | Kevin V. Wilcox | Marilyn Manwarren |
| | Kim Ketterlin | Marilyn R. Donegan |
| 26 | Kimberly Sofo | Marilyn VanKalsbeek |
| | Knerr Trust %Maxine Knerr | Marjorie Anderson |
| 27 | Kris Hurd | Marjorie Smalley |
| | Kumar Family Tst | Marjory C.B. Johnson |
| 28 | Kurt Frieze | Mark & Sandra Williams |

| | |
|---|---|
| Mark Polhill | Paul D. Braun D.D.S. |
| Mark White | Paul G. Klaus |
| Marlene Mae Brugge | Paul Hazell |
| Marta Whyrick | Paula Kerr |
| Martha Palmer | Paulette Drake |
| Martin Lasco | Paulette Stitzel |
| Mary E Miller | Phillip Cohen |
| Mary E. Babb | Phyllis Lofgren |
| Mary Lou Harris | Phyllis Rowland %Union Savings Bk Tn |
| Mary Snedden | Poconos Grace 7th Day c/o Jose M Elvir |
| Maxine :Polhill | Polhill, Inc. %Alan Polhill |
| McKeever Trust%Louise B. McKeever | Priscilla Chase |
| McKelvey 1996 Rev Trust | Purcell Family Trust |
| Meena Sindher | Rachael M. Furlong |
| Melanie Svedin | Rachel Young |
| Melvin Call | Raj Sindher |
| Mercer Pension | Ramona Zarin |
| Mercer Pension | Ray & Marna Polhill |
| Merle Drake | Ray Brown |
| Meyer, Suozzi, English et al | Raymond C. Joye Rev. Tst. |
| Michael Bryce Svedin | Rebecca Clover |
| Michael L. Pirkl | Reeser BLR Tat %Byron L. Reeser |
| Michael Svedin | Reeser Tst %Byron L. Reeser |
| Michael VanMeter | Renee Fyfe |
| Michelle Dodson | Retzer Rev: Liv. Trust |
| Mike J. Guerrero | Richard A. Merlin |
| Mina P. Champsi | Richard Hepworth |
| Molly M. Frnatz Rev. Tst. | Richard L. Eddy |
| Monte Hurd | Richard Strewn |
| Mrs. Robert L. Beavers | Richard Whitmer |
| Muth %Stanton Appleton | Riverside Youth |
| Nancy A. Telizyn | Roanna Frieze |
| Nancy B. Jones | Robert (Woody) Coale Jr |
| NeiLL. Pueis | Robert A. Jenkins |
| Nicholas Testa | Robert Clark |
| Nicole E. Noeske | Robert Dickinson |
| Nina Smith | Robert Everett |
| Nona Vinyard | Robert Farris |
| Norma Ruhr | Robert Johnson Jr |
| Nylla Schmoker | Robert Long |
| Orchid Management | Robert Spady |
| P J Simpson Rev Liv Tst | Robert Thomason |
| Pat McNamara Rev Trust | Robert Whitmer |
| Patricia A. Ballard Trust | Robert/Erica Taylor |
| Patricia A. Nelson | Roberta McMillan %Jessica Salinas |
| Patricia Ann Bezick | Robertson Family Trust |
| Patricia French | RobertT. Riehl |
| Patricia Hoffard | Robin Tingle |
| Patricia Strewn | Rodney Koenig |
| Patti A. DeVries | Roger Ary |

| | |
|---|---|
| Roland Farha | Teresa Gibbons |
| Ron Ford | Teresa Wheeler |
| Ronald & Sharon Oeht | Teryl I Monson |
| Ronald Ford | The Lindberg Law Firm |
| Ronald Tingle | Theoria Heise Estate |
| Rosa Marie Elvir | Theresa Lasco |
| Rosalie Dial | Therese Hurd |
| Rose Black | Thomas & Marie Davis Trust |
| Rose Hand | Thomas & Shirley Mercer |
| Rosellen Kimbrough | Thomas Anderson |
| Rosemarie Barnett | Thomas Bezick |
| Ruby.Moseley | Thomas Davis |
| Russ & Joanne Ruhl | Thomas W. Brown |
| Russell Reque | Thompson Trust |
| Russell Youngberg | Timothy Beall |
| Rustin A. Coziahr | Timothy Call |
| Ruth. Ada Moore | Timothy J. Bayus |
| RyanTrust %JUdy Ryan 2134 | Timothy Pietro Pension |
| Safety Services ;%Byron Reeser | Timothy Vanderbeek |
| Samuel Andrew Reed Jr. | Todd L. Dreyer |
| Samuel Ballard | Tracey D. Boyle |
| Sandra Derieg | Troy Anderson |
| Sandra L. Badillo | Trudy Long |
| Sara Ledford | Tyler Polhill |
| Scott Gibbons | Valerie Crowder |
| Seth Ingersoll | Valerie Thomason |
| Shane Losco | Vasiliki Bachanos |
| Sharon Beall | Vema E. Schutt %Peggy Trujillo |
| Sharon Dreyer | Vern Clausen |
| Sharon L. Washburn | Vernon Hand |
| Shelby Nelson | Veronica Chew |
| Sheldahl Trust | Veronica I Ibarra |
| Sherylle Martin | Vicki Ford |
| Shirley Clausen | Vincent Cannova |
| Silvester Solorzano | Vyvyan Low |
| Stanley Donegan | Wade W. Parker |
| Stanton Appleton Profit | Walborn Trust |
| Steiner Family` Trust %Ernest Steiner | Wall Family Trust |
| Steve Martin | Wall Foundation %Jerome Wall |
| Steven & Dixie Packard | Wallack Trust'9/2/05 |
| Steven Packard, M.D. Pension. | Warren Erickson |
| Stillwater Capital | Waveta Taylor |
| Stroudsburg Seventh | Wilbert Gonzalez |
| Suman Agrwal Suv Tst 1999 | William & France Mudd |
| Susan Dickinson | William Leach |
| Susan M. Sohrecengost Tst | William Manwarren |
| Susan Spagna Trust | William R. Riehl Trust |
| Swasti Bhattacharyya | William. Mercer |
| Sybil Ling | William:& Joyce Miller |
| Sylvia Davis | Williams Lindberg Law Firms |

1  Willie & Willie Sharpe
   Wilma L. Washburn
2  Winona Grace Blessinger
   Winston A. Tustison, M.D.
3  Woosle Revocable Trust.
   World, Medics, Inc.
4  Yvonne Jones
   Zech Survivors Trust A
5  Zinner Trust

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28