MCDONALD CARANO WILSON LLP
KAARAN E. THOMAS (NV Bar No. 7193)
100 West Liberty Street, 10th Floor
Reno, NV 89505-1670
Telephone:  (775) 788-2000
Facsimile:  (775) 788-2020
Email: kthomas@mcdonaldcarano.com

*Electronically filed on February 18, 2011*

*Counsel for American Pacific Financial
Corporation*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Case No.:  BK-S-10-27855-BAM |
| **AMERICAN PACIFIC FINANCIAL CORPORATION** | Chapter 11 |
| **Debtor.** | **STIPULATION AND ORDER RESCHEDULING HEARING ON DEBTOR'S PROPOSED DISCLOSURE STATEMENT** |
| | **Prior Date:    3/4/2011**<br>**Prior Time:    9:30 a.m.** |
| | **New Date:    4/18//2011**<br>**New Time:    9:30 a.m.** |

The Debtor and the Official Unsecured Creditors Committee (the "Committee") stipulate to reschedule the hearing on Debtor's proposed disclosure statement (Ct. Dkt. # 206) from 9:30 a.m. on March 4, 2011, to 9:30 a.m. on April 18, 2011.

Submitted by:

/s/ Louis M. Bubala III
Nevada Bar No. 8974
ARMSTRONG TEASDALE LLP
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone:  (775) 322-7400
Facsimile:  (775) 322-9049
Email:  lbubala@armstrongteasdale.com

Counsel for the Official Committee
of Unsecured Creditors

/s/ Kaaran E. Thomas
Nevada Bar No. 7193
MCDONALD CARANO WILSON LLP
100 W. Liberty St., 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: kthomas@mcdonaldcarano.com

Counsel for American Pacific Financial
Corporation