Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Paul Hazell and Veronica Chew

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-10-27855-BAM |
|---|---|
| AMERICAN PACIFIC FINANCIAL CORPORATION, | Chapter 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF PAUL HAZELL IN SUPPORT OF MOTION FOR APPOINTMENT OF TRUSTEE** |
| | Date: April 18, 2011<br>Time: 9:30 a.m. |

**[FILED UNDER SEAL]**

1