JANET L. CHUBB, ESQ.
Nevada Bar No. 0176
LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
ARMSTRONG TEASDALE LLP
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone:  (775) 322-7400
Facsimile:  (775) 322-9049
Email:  lbubala@armstrongteasdale.com
         jchubb@armstrongteasdale.com
         bsalinas@armstrongteasdale.com

*Counsel for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No.:  BK-S-10-27855-BAM |
|---|---|
| AMERICAN PACIFIC FINANCIAL CORPORATION | Chapter 11 |
| | **Date:** |
| | **Time:** |

### CERTIFICATE OF SERVICE

1. On **April 5, 2011, and April 6, 2011**, I served the following document(s):

**RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S 1. DISCLOSURE STATEMENT and 2. MOTION TO APPOINT TRUSTEE**

2. I served the above-named document(s) by the following means to the persons as listed below:

   a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

KELLY J. BRINKMAN on behalf of Creditor Hazell, Paul Chew, Veronica
kbrinkman@gooldpatterson.com

PHILIP S. GERSON on behalf of Creditor COUNTY OF SAN BERNARDINO, CALIFORNIA
banknv@rocgd.com, mburgener@rocgd.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

KAARAN E. THOMAS on behalf of Debtor AMERICAN PACIFIC FINANCIAL CORPORATION
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

LISA M WILTSHIRE on behalf of Debtor AMERICAN PACIFIC FINANCIAL CORPORATION
lwiltshire@mcdonaldcarano.com, cstuchell@mcdonaldcarano.com

RYAN J. WORKS on behalf of Debtor AMERICAN PACIFIC FINANCIAL CORPORATION
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com

JASON C. FARRINGTON on behalf of Defendant KENNETH SILVERMAN
jason@corylaw.us, angie@corylaw.us

KENT L. IVEY on behalf of Creditor Charles McCamey
iveynet@earthlink.net, katie@ivey4law.com

SARAH D. MOYED on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION moyeds@sec.gov

LENARD E. SCHWARTZER on behalf of Creditor PAUL HAZELL bkfilings@s-mlaw.com

KAARAN E. THOMAS on behalf of Debtor AMERICAN PACIFIC FINANCIAL CORPORATION
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

BLAINE T WELSH on behalf of Creditor Security & Exchange Commission
blaine.welsh@usdoj.gov,
eunice.jones@usdoj.gov;sue.knight@usdoj.gov;mary.booker@usdoj.gov;doriayn.olivarra@usdoj.gov

    b.    **On <u>April 6, 2011</u>, I served the above-referenced document by United States mail, postage fully prepaid (list persons and addresses):**

ASHLEY L RUIZ on behalf of Creditor COUNTY OF SAN BERNARDINO, CALIFORNIA
ROMERO LAW FIRM
6516 BRIGHT AVE.
WHITTIER, CA 90601

INTERNAL REVENUE SERVICE
110 CITY PARKWAY
LAS VEGAS, NV 89106

RICHARD A. HALL on behalf of Creditor RICHARD HALL
BOTTOMLINE LAWYERS, A PROFESSIONAL CORP.
PO BOX 237
AUBURN, CA 95604

MCDONALD CARANO WILSON, LLP
2300 WEST SAHARA AVENUE
SUITE 1000
LAS VEGAS, NV 89102

      ☐ c.    **Personal Service** (list persons and addresses)
            I personally delivered the document(s) to the persons at these addresses:

      ☐ d.    On **April 6, 2011**, **I served the above-referenced document by direct email (as opposed to through the ECF System)** (list persons and email addresses):

Jeffrey A. Schwab at jaschwab@lawabel.com

Dorothy Van Klasbeek, dorothyvk0821@yahoo.com

Maria Davis, mariascuba@yahoo.com

      ☐ e.    **By fax transmission** (list persons and fax numbers):

      ☐ f.    **By messenger**:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of April, 2011.

    Barbara Salinas                        /s/Barbara Salinas
       Name                                 Signature