**Entered on Docket
April 11, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

EDWARD M. MCDONALD JR., Attorney
State Bar # NY 4126009
*edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 234
Facsimile:  (702) 388-6658

**Attorney for the Acting United States Trustee
        AUGUST B. LANDIS**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> **AMERICAN PACIFIC FINANCIAL CORPORATION,** <br><br><br><br><br> Debtor. | CASE NOS: BK-**S-10-27855-BAM** <br><br> Chapter 11 <br><br> Prior Date: April 18, 2011 <br> Prior Time: 9:30 a.m. (PT) <br><br> New Date: May 4, 2011 <br> New Time: 9:30 a.m. (PT) |

**STIPULATION AND ORDER RESCHEDULING HEARINGS ON:
(1) THE DEBTOR'S PROPOSED AMENDED DISCLOSURE STATEMENT;
AND, (2) THE ACTING UNITED STATES TRUSTEE'S MOTION TO
APPOINT A CHAPTER 11 TRUSTEE**

The Acting United States Trustee, U.S. Securities and Exchange Commission, American

1  Pacific Financial Corporation, the Official Unsecured Creditors Committee, Larry Polhill and
2  Paul Hazell stipulate to reschedule: (1) the hearing on Debtor's proposed amended disclosure
3  statement (Docket No. 254); and (2) the hearing on the Acting United States Trustee's motion for
4  the appointment of a Chapter 11 trustee (Docket No. 233), from 9:30 a.m. (PT) on April 18,
5  2011, to 9:30 a.m. (PT) on May 4, 2011.  The parties also stipulate to reset the deadlines for
6  replies to oppositions to both the amended disclosure statement and the motion to appoint a
7  Chapter 11 trustee to April 27, 2011.

| _____ | _____ |
|---|---|
| Kaaran E. Thomas, Esq.<br>McDonald Carano Wilson LLP<br>100 W. Liberty St., 10th Floor<br>Reno, NV 89505 | Sarah D. Moyed, Esq.<br>U. S. Securities and Exchange Commission<br>5670 Wilshire Boulevard, Suite 1100<br>Los Angeles, California 90036 |
| Counsel to American Pacific Financial Corporation | Counsel to the U. S. Securities and Exchange Commission |
| _____ | _____ |
| Louis M. Bubala, III, Esq.<br>Armstrong Teasdale, LLP<br>50 W. Liberty St., Suite 950<br>Reno, NV 89501 | Lenard E. Schwartzer, Esq.<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308 |
| Counsel to the Official Unsecured Creditors Committee | Counsel to creditor Paul Hazell |
| _____ | _____ |
| Eric Fromme, Esq.<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-1931 | Edward M. McDonald Jr., Esq.<br>Office of the United States Trustee<br>300 Las Vegas Blvd. S., Ste. 4300<br>Las Vegas, NV 89101 |
| Counsel to Larry Polhill | Counsel to August B. Landis, the Acting United States Trustee for Region 17 |

28  **IT IS SO ORDERED.**

1  Pacific Financial Corporation, the Official Unsecured Creditors Committee, Larry Polhill and
2  Paul Hazell stipulate to reschedule: (1) the hearing on Debtor's proposed amended disclosure
3  statement (Docket No. 254); and (2) the hearing on the Acting United States Trustee's motion for
4  the appointment of a Chapter 11 trustee (Docket No. 233), from 9:30 a.m. (PT) on April 18,
5  2011, to 9:30 a.m. (PT) on May 4, 2011.  The parties also stipulate to reset the deadlines for
6  replies to oppositions to both the amended disclosure statement and the motion to appoint a
7  Chapter 11 trustee to April 27, 2011.

Kaaran E. Thomas, Esq.
McDonald Carano Wilson LLP
100 W. Liberty St., 10th Floor
Reno, NV 89505

Counsel to American Pacific Financial Corporation

Sarah D. Moyed, Esq.
U. S. Securities and Exchange Commission
5670 Wilshire Boulevard, Suite 1100
Los Angeles, California 90036

Counsel to the U. S. Securities and Exchange Commission

Louis M. Bubala, III, Esq.
Armstrong Teasdale, LLP
50 W. Liberty St., Suite 950
Reno, NV 89501

Counsel to the Official Unsecured Creditors Committee

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

Counsel to creditor Paul Hazell

Eric Fromme, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-1931

Counsel to Larry Polhill

Edward M. McDonald Jr., Esq.
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Counsel to August B. Landis, the Acting United States Trustee for Region 17

**IT IS SO ORDERED.**

Pacific Financial Corporation, the Official Unsecured Creditors Committee, Larry Polhill and Paul Hazell stipulate to reschedule: (1) the hearing on Debtor's proposed amended disclosure statement (Docket No. 254); and (2) the hearing on the Acting United States Trustee's motion for the appointment of a Chapter 11 trustee (Docket No. 233), from 9:30 a.m. (PT) on April 18, 2011, to 9:30 a.m. (PT) on May 4, 2011. The parties also stipulate to reset the deadlines for replies to oppositions to both the amended disclosure statement and the motion to appoint a Chapter 11 trustee to April 27, 2011.

Kaaran E. Thomas, Esq.
McDonald Carano Wilson LLP
100 W. Liberty St., 10th Floor
Reno, NV 89505

Counsel to American Pacific Financial Corporation

Sarah D. Moyed, Esq.
U. S. Securities and Exchange Commission
5670 Wilshire Boulevard, Suite 1100
Los Angeles, California 90036

Counsel to the U. S. Securities and Exchange Commission

Louis M. Bubala, III, Esq.
Armstrong Teasdale, LLP
50 W. Liberty St., Suite 950
Reno, NV 89501

Counsel to the Official Unsecured Creditors Committee

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

Counsel to creditor Paul Hazell

Eric Fromme, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-1931

Counsel to Larry Polhill

Edward M. McDonald Jr., Esq.
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Counsel to August B. Landis, the Acting United States Trustee for Region 17

**IT IS SO ORDERED.**

Pacific Financial Corporation, the Official Unsecured Creditors Committee, Larry Polhill and Paul Hazell stipulate to reschedule: (1) the hearing on Debtor's proposed amended disclosure statement (Docket No. 254); and (2) the hearing on the Acting United States Trustee's motion for the appointment of a Chapter 11 trustee (Docket No. 233), from 9:30 a.m. (PT) on April 18, 2011, to 9:30 a.m. (PT) on May 4, 2011. The parties also stipulate to reset the deadlines for replies to oppositions to both the amended disclosure statement and the motion to appoint a Chapter 11 trustee to April 27, 2011.

Kaaran E. Thomas, Esq.
McDonald Carano Wilson LLP
100 W. Liberty St., 10th Floor
Reno, NV 89505

Counsel to American Pacific Financial Corporation

Sarah D. Moyed, Esq.
U. S. Securities and Exchange Commission
5670 Wilshire Boulevard, Suite 1100
Los Angeles, California 90036

Counsel to the U. S. Securities and Exchange Commission

Louis M. Bubala, III, Esq.
Armstrong Teasdale, LLP
50 W. Liberty St., Suite 950
Reno, NV 89501

Counsel to the Official Unsecured Creditors Committee

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

Counsel to creditor Paul Hazell

Eric Fromme, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-1931

Counsel to Larry Polhill

Edward M. McDonald Jr., Esq.
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Counsel to August B. Landis, the Acting United States Trustee for Region 17

**IT IS SO ORDERED.**

1  Pacific Financial Corporation, the Official Unsecured Creditors Committee, Larry Polhill and
2  Paul Hazell stipulate to reschedule: (1) the hearing on Debtor's proposed amended disclosure
3  statement (Docket No. 254); and (2) the hearing on the Acting United States Trustee's motion for
4  the appointment of a Chapter 11 trustee (Docket No. 233), from 9:30 a.m. (PT) on April 18,
5  2011, to 9:30 a.m. (PT) on May 4, 2011. The parties also stipulate to reset the deadlines for
6  replies to oppositions to both the amended disclosure statement and the motion to appoint a
7  Chapter 11 trustee to April 27, 2011.

---

Kaaran E. Thomas, Esq.
McDonald Carano Wilson LLP
100 W. Liberty St., 10th Floor
Reno, NV 89505

Counsel to American Pacific Financial
Corporation

---

Sarah D. Moyed, Esq.
U. S. Securities and Exchange Commission
5670 Wilshire Boulevard, Suite 1100
Los Angeles, California 90036

Counsel to the U. S. Securities and Exchange
Commission

*/s/ Lenard E. Schwartzer*

---

Louis M. Bubala, III, Esq.
Armstrong Teasdale, LLP
50 W. Liberty St., Suite 950
Reno, NV 89501

Counsel to the Official Unsecured Creditors
Committee

---

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

Counsel to creditor Paul Hazell

---

Eric Fromme, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-1931

Counsel to Larry Polhill

---

Edward M. McDonald Jr., Esq.
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Counsel to August B. Landis, the Acting United
States Trustee for Region 17

---

**IT IS SO ORDERED.**

Page -2-

Pacific Financial Corporation, the Official Unsecured Creditors Committee, Larry Polhill and Paul Hazell stipulate to reschedule: (1) the hearing on Debtor's proposed amended disclosure statement (Docket No. 254); and (2) the hearing on the Acting United States Trustee's motion for the appointment of a Chapter 11 trustee (Docket No. 233), from 9:30 a.m. (PT) on April 18, 2011, to 9:30 a.m. (PT) on May 4, 2011. The parties also stipulate to reset the deadlines for replies to oppositions to both the amended disclosure statement and the motion to appoint a Chapter 11 trustee to April 27, 2011.

Kaaran E. Thomas, Esq.
McDonald Carano Wilson LLP
100 W. Liberty St., 10th Floor
Reno, NV 89505

Counsel to American Pacific Financial Corporation

Sarah D. Moyed, Esq.
U. S. Securities and Exchange Commission
5670 Wilshire Boulevard, Suite 1100
Los Angeles, California 90036

Counsel to the U. S. Securities and Exchange Commission

Louis M. Bubala, III, Esq.
Armstrong Teasdale, LLP
50 W. Liberty St., Suite 950
Reno, NV 89501

Counsel to the Official Unsecured Creditors Committee

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

Counsel to creditor Paul Hazell

Eric Fromme, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-1931

Counsel to Larry Polhill

Edward M. McDonald Jr., Esq.
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Counsel to August B. Landis, the Acting United States Trustee for Region 17

**IT IS SO ORDERED.**

Pacific Financial Corporation, the Official Unsecured Creditors Committee, Larry Polhill and Paul Hazell stipulate to reschedule: (1) the hearing on Debtor's proposed amended disclosure statement (Docket No. 254); and (2) the hearing on the Acting United States Trustee's motion for the appointment of a Chapter 11 trustee (Docket No. 233), from 9:30 a.m. (PT) on April 18, 2011, to 9:30 a.m. (PT) on May 4, 2011. The parties also stipulate to reset the deadlines for replies to oppositions to both the amended disclosure statement and the motion to appoint a Chapter 11 trustee to April 27, 2011.

---

Kaaran E. Thomas, Esq.
McDonald Carano Wilson LLP
100 W. Liberty St., 10th Floor
Reno, NV 89505

Counsel to American Pacific Financial Corporation

---

Sarah D. Moyed, Esq.
U. S. Securities and Exchange Commission
5670 Wilshire Boulevard, Suite 1100
Los Angeles, California 90036

Counsel to the U. S. Securities and Exchange Commission

---

Louis M. Bubala, III, Esq.
Armstrong Teasdale, LLP
50 W. Liberty St., Suite 950
Reno, NV 89501

Counsel to the Official Unsecured Creditors Committee

---

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

Counsel to creditor Paul Hazell

---

Eric Fromme, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-1931

Counsel to Larry Polhill

---

*/s/ Edward M. McDonald Jr.*
Edward M. McDonald Jr., Esq.
Office of the United States Trustee
300 Las Vegas Blvd. S., Ste. 4300
Las Vegas, NV 89101

Counsel to August B. Landis, the Acting United States Trustee for Region 17

**IT IS SO ORDERED.**

Submitted by:

**AUGUST B. LANDIS**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ Edward M. McDonald Jr.*
    Edward M. McDonald Jr., Esq.
    United States Department of Justice
    Attorney for the Acting United States Trustee