EDWARD M. MCDONALD JR., Attorney
State Bar # NY 4126009
edward.m.mcdonald@usdoj.gov
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 234
Facsimile: (702) 388-6658

E-Filed on May 19, 2011

Attorney for the Acting United States Trustee
AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**AMERICAN PACIFIC FINANCIAL CORPORATION**

Debtor.

CASE NO: BK-**S-10-27855-BAM**
Chapter 11

Hon. **BRUCE A. MARKELL**, Presiding

Date:
Time:
Place: Foley Courtroom 3 (third floor)

## APPOINTMENT OF CHRISTOPHER R. BARCLAY AS CHAPTER 11 TRUSTEE FOR AMERICAN PACIFIC FINANCIAL CORPORATION

Pursuant to 11 U.S.C. § 1104(d) and this Court's May 12, 2011 Order Directing Appointment of Chapter 11 Trustee [Docket No. 312], August B. Landis, Acting United States Trustee for Region 17, appoints **CHRISTOPHER R. BARCLAY** as Chapter 11 Trustee for the bankruptcy estate of American Pacific Financial Corporation.

Dated: May 19, 2011

                **AUGUST B. LANDIS**
                **ACTING UNITED STATES TRUSTEE**
                **REGION 17**

                By: */s/ Edward M. McDonald Jr.*
                    Edward M. McDonald Jr., Esq.
                    United States Department of Justice
                    Attorney for the Acting United States Trustee

# Christopher R. Barclay, MA, CPA, CIRA, ASA

**SUMMARY**

Christopher R. Barclay conducts forensic accounting investigations concerning allegations of fraud and irregularities in financial reporting and accounting practices and provides insolvency related consulting and expert testimony. Mr. Barclay is a panel trustee in the Central District of California and has served as a fiduciary in other roles including as court appointed examiner with expanded powers and responsible natural person. Mr. Barclay's insolvency related analysis and qualified testimony experience includes topics involving the sale of distressed businesses; business plan feasibility; valuation; tax consequences; cram-down interest rates; asset tracing and forensic accounting investigations.

Mr. Barclay's industry experience includes high tech, manufacturing, professional services, consumer goods and services and agri-business.

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2011 to Present | **Office of C.R. Barclay, CPA** <br> _____ |
| 2006 to 2011 | **LECG** <br> Director |
| 1992 to 2006 | **Mack│Barclay Inc**. <br> Shareholder (1994) |
| 1986 to 1992 | **Steres Alpert & Carne** <br> Senior Manager |
| 1985 to 1986 | **Nydam, Scholten & Stewart** <br> Senior Accountant |
| 1982 to 1985 | **Scott & Gabriel** <br> Accountant |

**EDUCATION**

Master of Arts, Economics, San Diego State University, 1988
Bachelor of Arts, Economics, California State University - Fullerton, 1984

**LICENSES & PROFESSIONAL MEMBERSHIPS**

Certified Public Accountant, California 1986
Certified Insolvency and Restructuring Advisor, AIRA, 1993
(Zolfo, Cooper Silver Medal Award Recipient, AIRA, 1993)
Accredited Senior Appraiser, Business Valuation, ASA, 2001
American Institute of Certified Public Accountants
California Society of Certified Public Accountant
American Bankruptcy Institute
Association of Insolvency and Restructuring Advisors
California Bankruptcy Forum
San Diego Bankruptcy Forum
Orange County Bankruptcy Forum
Inland Empire Bankruptcy Forum
American Society of Appraisers