LOUIS M. BUBALA III, ESQ.
State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 W. Liberty Street, Suite 950
Reno, NV 89501
Telephone: 775-322-7400
Facsimile: 775-322-9049
Email: lbubala@armstrongteasdale.com
  and bsalinas@armstrongteasdale.com

Counsel for
Official Committee of Unsecured Creditors

**ELECRONICALLY FILED ON**
**September 2, 2011**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-10-27855-BAM |
| AMERICAN PACIFIC FINANCIAL CORPORATION, | Chapter 11 |
| Debtor. | **REPLY OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO LARRY POLHILL'S LIMITED OPPOSITION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF ACCOUNTANT CRAIG L. GREENE, WITH CERTIFICATE OF SERVICE** |
| | Hearing Date: September 6, 2011<br>Hearing Time: 11:00 a.m. |

The Committee replies to Mr. Pollhill's limited opposition (Ct. Dkt. #382, filed Aug. 26, 2011) to the Trustee's motion for an order authorizing a Rule 2004 examination of the Committee's accountant, Craig L. Greene (Ct. Dkt. #368, filed Aug. 12, 2011; Trustee's Decl., Ct. Dkt. #369).

Mr. Polhill's opposition emphasizes the lack of need for the Trustee to subpoena the Committee's accountant. First, Mr. Polhill states he is willing to execute a confidentiality agreement with the Trustee to provide access to his personal information. Therefore, the Trustee does not need to subpoena the same information from the Committee's accountant. Neither does the Trustee need to depose Mr. Greene about his evaluation of such information. The Trustee is qualified to make his own evaluation of the information, on his own or with the assistance of counsel.

1    Additionally, Mr. Polhill's information is available to the Trustee with a subpoena on Mr.

2    Polhill rather than the Committee's accountant.    Although Mr. Polhill states that his personal

3    confidential information should not be disseminated to any party without his consent, his personal

4    financials and tax returns are not privileged.  *E.g., St. Regis Paper Co. v. United States*, 368 U.S. 208,

5    217 (1961); *Heathman v. U.S. District Court*, 503 F.2d 1032, 1034-35 (9th Cir. 1974).

6    At the same time, there is "a public policy against unnecessary public disclosure [of tax

7    returns, which] arises from the need, if the tax laws are to function properly, to encourage taxpayers

8    to file complete and accurate returns."  *Premium Serv. Corp. v. Sperry & Hutchinson Co.*, 511 F.2d

9    225, 229 (9th Cir. 1975).    Therefore, Judge Pro recently held that the court may only order

10   production of tax returns "if they are relevant and when there is a compelling need for them because

11   the information sought is not otherwise available."  *Keybank Nat'l Assn. v. Nielson*, Case No. 2:10-

12   cv-00352-PMP-LRL, 2011 WL 2036975, *3 (D. Nev. May 24, 2011).

13   In the current case, if Mr. Polhill's tax returns (and other personal confidential information)

14   are relevant, then the Trustee can obtain them directly from Mr. Polhill.  They are clearly available

15   from Mr. Polhill; this is not a situation where they are not otherwise available except for the copies in

16   the possession of the Committee's accountant.  If the Trustee wants to learn about the finances or Mr.

17   Polhill and/or Debtor, they should obtain that information directly from them rather than seeking to

18   depose the Committee's accountant for his opinions and assessments of them.

19   Dated this 2nd day of September, 2011            ARMSTRONG TEASDALE LLP

20                                                    By:    /s/Louis M. Bubala III
                                                            Louis M. Bubala III, Esq.
21
                                                    Counsel to The Official Committee of
22                                                   Unsecured Creditors

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

1.      On September 2, 2011, I served the following document(s):

**REPLY OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO LARRY POLHILL'S LIMITED OPPOSITION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF ACCOUNTANT CRAIG L. GREENE, WITH CERTIFICATE OF SERVICE**

2.      I served the above-named document(s) by the following means to the persons as listed below:

■ a.      **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

ATHANASIOS E. AGELAKOPOULOS on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
athanasios.agelakopoulos@usdoj.gov

KELLY J. BRINKMAN on behalf of Creditor Hazell, Paul Chew, Veronica
kbrinkman@gooldpatterson.com

JASON C. FARRINGTON on behalf of Defendant KENNETH SILVERMAN
jason@corylaw.us, angie@corylaw.us

PHILIP S. GERSON on behalf of Creditor COUNTY OF SAN BERNARDINO, CALIFORNIA
banknv@rocgd.com, mburgener@rocgd.com

KENT L. IVEY on behalf of Creditor Charles McCamey
iveynet@earthlink.net, katie@ivey4law.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SARAH D. MOYED on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION
moyeds@sec.gov

CHRISTINE A ROBERTS on behalf of Trustee CHRISTOPHER BARCLAY
roberts@sullivanhill.com,
hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;manning@sullivanhill.com;iriarte@sullivanhill.com

MARTHA E. ROMERO on behalf of Creditor COUNTY OF SAN BERNARDINO, CALIFORNIA
robertg@mromerolawfirm.com

LENARD E. SCHWARTZER on behalf of Creditor PAUL HAZELL
bkfilings@s-mlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party LARRY POHILL
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@br

ianshapirolaw.com

KAARAN E. THOMAS on behalf of Debtor AMERICAN PACIFIC FINANCIAL CORPORATION
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

BLAINE T WELSH on behalf of Creditor Security & Exchange Commission
blaine.welsh@usdoj.gov,
eunice.jones@usdoj.gov;sue.knight@usdoj.gov;mary.booker@usdoj.gov;doriayn.olivarra@usdoj.gov

LISA M WILTSHIRE on behalf of Debtor AMERICAN PACIFIC FINANCIAL CORPORATION
lwiltshire@mcdonaldcarano.com, cstuchell@mcdonaldcarano.com;lstewart@mcdonaldcarano.com

RYAN J. WORKS on behalf of Debtor AMERICAN PACIFIC FINANCIAL CORPORATION
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com

■ b.    **United States mail, postage fully prepaid** (list persons and addresses):

[to be mailed on August. 29, 2011]

CHRISTOPHER R BARCLAY
POB 26099
SANTA ANA, CA 92799
(he and counsel also provided electronic notice via court system on Aug. 27, 2011; counsel provided direct email copy on Aug. 27, 2011)

RICHARD A. HALL on behalf of Creditor RICHARD HALL
BOTTOMLINE LAWYERS, A PROFESSIONAL CORP.
PO BOX 237
AUBURN, CA 95604

MICHAEL J. HEYMAN on behalf of Interested Party LARRY POHILL
K&L GATES LLP
10100 SANTA MONICA BLVD., 7TH FLOOR
LOS ANGELES, CA 90067
(Local counsel Brian Shapiro also provided electronic notice via court system on Aug. 27, 2011; he also personally provided direct email copy on Aug. 27, 2011)

MCDONALD CARANO WILSON, LLP
2300 WEST SAHARA AVENUE
SUITE 1000
LAS VEGAS, NV 89102
(also provided electronic notice via court system on Aug. 27, 2011; Ms. Thomas also provide direct email copy on Aug. 27, 2011)

WILLIAM MUDD
25182 MONTE VERDE DR

1    LAGUNA NIGUEL, CA 89101

2    ASHLEY L RUIZ on behalf of Creditor COUNTY OF SAN BERNARDINO, CALIFORNIA
     ROMERO LAW FIRM
3    6516 BRIGHT AVE.
     WHITTIER, CA 90601
4    (Co-counsel Martha Romero and Phil Gerson also provided electronic notice via court system on
5    Aug. 27, 2011)

6    JEFFREY A. SCHWAB on behalf of Creditor ABELMAN, FRAYNE & SCHWAB (js)
     ABELMAN, FRAYNE & SCHWAB
7    666 THIRD AVENEU
     NEW YORK, NY 10017
8    (also provided direct email copy on Aug. 27, 2011)

9                    ■ c.    **By direct email (as opposed to through the ECF System**) (list persons and
10                           email addresses):

11   Jim Hill, Trustee, hill@sullivanhill.com
     Michael Heyman, Mr. Polhill, mheyman@klgates.com
12   Kaaran Thomas, Debtor, kthomas@mcdonaldcarano
     Sara Kalin, SEC, kalins@sec.gov
13   Jeffrey A. Schwab at jaschwab@lawabel.com
     Dorothy Van Klasbeek, dorothyvk0821@yahoo.com
14   Maria Davis, mariascuba@yahoo.com

15        I declare under penalty of perjury that the foregoing is true and correct.

16
          DATED this 2nd day of September, 2011
17

18        ____B. Salinas_____            ____/s/B. Salinas_____
               Name                               Signature
19

20

21

22

23

24

25

26

27

28