_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
November 05, 2014

**HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON**
Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
Email: oatamoh@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

*Attorney for Dotan Y. Melech, Chapter 7 Trustee*

**WINTSON & STRAWN LLP**
Rolf S. Woolner (CA Bar No. 143127)
[admitted *pro hac vice*]
Email: rwoolner@winston.com
Justin E. Rawlins (CA Bar No. 209915)
[admitted *pro hac vice*]
Email: jrawlins@winston.com
William R. Shafton (CA Bar No. 265468)
[admitted *pro hac vice*]
Email wshafton@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AMERICAN PACIFIC FINANCIAL CORPORATION,<br><br>Debtor. | Case No. BK-S-10-27855-GS<br>Chapter 7<br><br>**NOTICE OF HEARING AND ORDER SHORTENING TIME FOR HEARING ON TRUSTEE'S MOTION TO APPROVE NOTICE TO HOLDERS OF TARDILY FILED CLAIMS AND TO ESTABLISH A DEADLINE FOR SUCH CLAIMANTS TO SUBMIT EVIDENCE THAT THEY DID NOT HAVE NOTICE OR ACTUAL KNOWLEDGE OF THE CASE IN TIME TO FILE A TIMELY PROOF OF CLAIM**<br><br>Date of Hearing:  November 14, 2014<br>Time of Hearing:  10:30 a.m.<br>Place: Courtroom #2<br><br>Foley Federal Building<br>300 Las Vegas Blvd., S.<br>Las Vegas, NV 89101<br><br>Judge: Hon. Gary Spraker |

09250-04/1420159.doc

1

**NOTICE OF HEARING AND ORDER SHORTENING TIME FOR HEARING ON
TRUSTEE'S MOTION TO APPROVE NOTICE TO HOLDERS OF TARDILY FILED
CLAIMS AND TO ESTABLISH A DEADLINE FOR SUCH CLAIMANTS TO SUBMIT
EVIDENCE THAT THEY DID NOT HAVE NOTICE OR ACTUAL KNOWLEDGE OF
THE CASE IN TIME TO FILE A TIMELY PROOF OF CLAIM**

2

3

4      This Court having considered the Ex Parte Application for Order Shortening Time on

5   Trustee's Motion to Approve Notice to Holders of Tardily Filed Claims and to Establish a

6   Deadline for Such Claimants to Submit Evidence that They Did not Have Notice or Actual

7   Knowledge of the Case in Time to File a Timely Proof of Claim (the "Application") filed by

8   Ogonna M. Atamoh, Esq. of the law firm of Holley, Driggs, Walch, Puzey & Thompson on

9   behalf of Dotan Y. Melech, Chapter 7 Trustee in the above-entitled action (the "Trustee") and

10  good cause appearing therefor,

11      **IT IS HEREBY ORDERED** and notice is hereby given that the Trustee's Motion to

12  Approve Notice to Holders of Tardily Filed Claims and to Establish a Deadline for Such

13  Claimants to Submit Evidence that They Did not Have Notice or Actual Knowledge of the Case

14  in Time to File a Timely Proof of Claim be heard by a United States Bankruptcy Judge, Foley

15  Federal Building, 300 Las Vegas Boulevard South, Courtroom _#2___, Las Vegas, Nevada, on

16  the _14th_ day of _November_____, 2014, at _10:30 a.m._

17      Any opposition to the Application must be filed by the close of business on 11/10/14    ,

18  and any reply in support of the Application must be filed by the close of business on 11/13/14    .

19      A copy of the above-referenced Application is on file with the Clerk of the United States

20  Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Fourth Floor, Las

21  Vegas, Nevada 89101.

22      Service of this motion shall be faxed, emailed and served by overnight mail.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

- 2 -

09250-04/1420159.doc

1    **NOTICE IS FURTHER GIVEN** that this hearing may be continued from time to time

2    without further notice except for the announcement of any adjourned dates and times at the

3    above-noticed hearing or any adjournment thereof.

4    **IT IS SO ORDERED.**

5    Prepared and submitted by:

6    **HOLLEY, DRIGGS, WALCH,**
     **PUZEY & THOMPSON**

7

8    _____
     Richard F. Holley, Esq. (NV Bar No. 3077)

9    Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
     400 South Fourth Floor, Third Floor

10   Las Vegas, Nevada 89101
     Telephone:     702/791-0308

11   Facsimile:     702/791-1912

12   **WINSTON & STRAWN LLP**

13   Rolf S. Woolner
     Justin E. Rawlins

14   William R. Shafton
     333 S. Grand Avenue, 38th Floor

15   Los Angeles, CA  90071-1543

16   *Attorneys for Dotan Y. Melech, Chapter 7 Trustee*

17

18                                    ###

19

20

21

22

23

24

25

26

27

28

- 3 -

09250-04/1420159.doc