

**DOTAN Y. MELECH**
Federal Bankruptcy Trustee
9030 West Sahara Ave, Suite 467
Las Vegas, NV 89117
(702) 586-7413 Fax (871) 225-7173
dym@unitedtrustee.com

RECEIVED AND FILED
2015 APR 8 PM 1 47
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Chapter 7 |
|---|---|
| AMERICAN PACIFIC FINANCIAL CORPORATION | Case No. 10-27855-GS |
| | **NOTICE OF UNCLAIMED FUNDS** |
| Debtor(s) | |

TO:     Clerk, United States Bankruptcy Court

FROM:   DOTAN Y. MELECH, Federal Bankruptcy Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 18 | George M. Colebank<br>25 Shadowrock Court, Simpsonville SC, 29681-5177 | | $2,041.63 |
| 40-2 | Lana M. Williams-Kosh<br>14281 Lauramore Court, Fontana CA 92336-3541 | | $25,773.57 |
| 68 | Janice L. Higgins<br>206 Savannah Ridge Road, Holly Springs NC 27540 | | $1,879.86 |
| 149 | Robert Farris<br>5971 Dorset Street, Riverside CA, 92509 | | $5,153.72 |
| 228 | Doris M. Horner<br>28039 Georgetown Road, Shannon IL 61078 | | $3,827.55 |
| 382 | Christine Carter<br>26209 Leos Trail, Sun City, CA 92586-3786 | | $4,338.29 |
| 447 | Beeler Foundation Becky Knickel, Treasurer<br>7304 Parkshire Avenue, Dallas TX, 75231 | | $14,461.27 |

RECEIPT # 271633   # 58,728.26

| | | | |
|---|---|---|---|
| 456 | Jenna Zech | | $752.36 |
| | 1761 N. Lindenholz Street, Orange CA, 92865 | | |
| | Total | $0.00 | $58,228.25 |

_____
DOTAN Y. MELECH,
FEDERAL BANKRUPTCY TRUSTEE

Note:  Claims that are $25.00 or less go into CAS 106000.
       Claims that are more than $25.00 go into CAS 613300.
       The amounts that are to be deposited into the registry can be written on one check.