**DOTAN Y. MELECH**
Federal Bankruptcy Trustee
9030 West Sahara Ave, Suite 467
Las Vegas, NV 89117
(702) 586-7413 Fax (871) 225-7173
dym@unitedtrustee.com

RECEIVED AND FILED
2015 APR 8 PM 1 51
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

AMERICAN PACIFIC FINANCIAL CORPORATION

Debtor(s)

Chapter 7
Case No. 10-27855-GS

**NOTICE OF UNCLAIMED FUNDS**

TO: Clerk, United States Bankruptcy Court

FROM: DOTAN Y. MELECH, Federal Bankruptcy Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 101 | Eric Foster   3380 Mandeville Canyon Rd.  Los Angeles, CA 90049 | | $4,520.34 |
| 106 | Josephine Hansen Diaz   10246 Willey-Burke  Downey, CA 90241-2173 | | $3,287.67 |
| 279 | Ruby Mosley   12397 W. Lewisburg  Boise, ID 83709 | | $1,786.05 |
| 290 | Amber L. Saylor   8713 Ouida Drive  Riverside, CA 92503 | | $4,699.83 |
| 305 | Laura A. Roseberry   4378 Forni Rd  Placerville, CA 95667 | | $962.75 |
| 321 | Carol Cramer   1899 Plaza Drive  Rockford, IL 61108 | | $23,614.29 |
| 333 | Kurt & Roanna Frieze   5445 Ben Alder  Whittier, CA 90601 | | $15,203.21 |

-1-

RECEIPT # 221634   # 283,646.81

| | | |
|---|---|---:|
| 334 | Kurt Frieze  5445 Ben Adler Ave  Whittier, CA 90601 | $49,420.40 |
| 364 | Samuel Andrew Reed Jr.  28701 Via Del Sol  Murrieta, CA 92563 | $220.04 |
| 380 | Maria E. Saenz  218 Josey Lane  Red Oak, TX 75154 | $114,853.48 |
| 387 | Robert/Erica Taylor  P.O. Box 11392  Glendale, CA 91226 | $8,659.95 |
| 410 | Kathleen R. O'Rourke  4759 Alexandra Lane  Machesney Park, IL 61115 | $10,843.25 |
| 452 | Beeler Family Partnership, Becky Knickel, Partner  7304 Parkshire Ave  Dallas, TX 75231 | $16,814.50 |
| 453 | Beeler Family Partnership  7304 Parkshire Ave  Dallas, TX 75231 | $28,779.05 |
| | Total                                                    $0.00 | $283,646.81 |

_____
DOTAN Y. MELECH,
FEDERAL BANKRUPTCY TRUSTEE

Note: Claims that are $25.00 or less go into CAS 106000.
Claims that are more than $25.00 go into CAS 613300.
The amounts that are to be deposited into the registry can be written on one check.