DOTAN Y. MELECH
Federal Bankruptcy Trustee
9030 West Sahara Ave, Suite 467
Las Vegas, NV 89117
(702) 586-7413 Fax (871) 225-7173
dym@unitedtrustee.com

RECEIVED AND FILED
APR 14 2015
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

AMERICAN PACIFIC
FINANCIAL CORPORATION

Debtor(s)

Chapter 7
Case No. 10-27855-GS

AMENDED NOTICE OF UNCLAIMED FUNDS

TO:    Clerk, United States Bankruptcy Court

FROM:    DOTAN Y. MELECH, Federal Bankruptcy Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 101 | Eric Foster   3380 Mandeville Canyon Rd. Los Angeles, CA 90049 | | $4,520.34 |
| 106 | Josephine Hansen Diaz   10246 Willey-Burke Downey, CA 90241-2173 | | $3,287.67 |
| 279 | Ruby Mosley   12397 W. Lewisburg Boise, ID 83709 | | $1,786.05 |
| 290 | Amber L. Saylor   8713 Ouida Drive Riverside, CA 92503 | | $4,699.83 |
| 305 | Laura A. Roseberry   4378 Forni Rd Placerville, CA 95667 | | $962.75 |
| 321 | Carol Cramer   1899 Plaza Drive Rockford, IL 61108 | | $23,614.29 |
| 333 | Kurt & Roanna Frieze   5445 Ben Alder Whittier, CA 90601 | | $15,203.21 |

-1-

| | | | |
|---|---|---|---|
| 334 | Kurt Frieze   5445 Ben Adler Ave<br>Whittier, CA 90601 | | $49,420.40 |
| 364 | Samuel Andrew Reed Jr.   28701 Via Del Sol<br>Murrieta, CA 92563 | | $220.04 |
| 380 | Maria E. Saenz   218 Josey Lane<br>Red Oak, TX 75154 | | $114,835.48 |
| 387 | Robert/Erica Taylor   P.O. Box 11392<br>Glendale, CA 91226 | | $8,659.95 |
| 410 | Kathleen R. O'Rourke   4759 Alexandra Lane<br>Machesney Park, IL 61115 | | $10,843.25 |
| 452 | Beeler Family Partnership, Becky Knickel, Partner<br>7304 Parkshire Ave   Dallas, TX 75231 | | $16,814.50 |
| 453 | Beeler Family Partnership   7304 Parkshire Ave<br>Dallas, TX 75231 | | $28,779.05 |
| | Total | $0.00 | $283,646.81 |

DOTAN Y. MELECH,
FEDERAL BANKRUPTCY TRUSTEE

Note:  Claims that are $25.00 or less go into CAS 106000.
       Claims that are more than $25.00 go into CAS 613300.
       The amounts that are to be deposited into the registry can be written on one check.