## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | § | |
| | § | |
| AMERICAN PACIFIC FINANCIAL CORPORAT | § | Case No. 10-27855 GS |
| | § | |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that W. Donald Gieseke, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

MARY SCHOTT, CLERK OF THE COURT
FOLEY FEDERAL BUILDING
300 LAS VEGAS BLVD., SOUTH
LAS VEGAS, NV 89101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 3:00 PM on 09/24/2019 in Courtroom TO BE POSTED,

FOLEY FEDERAL BUILDING
300 LAS VEGAS BLVD., SOUTH
LAS VEGAS, NV 89101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/13/2019            By: /s/W. Donald Gieseke
                                        Bankruptcy Trustee

*W. Donald Gieseke, Trustee*
*18124 Wedge Parkway*
*Suite 518*
*Reno, NV 89511*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                  §
                                        §
AMERICAN PACIFIC FINANCIAL              §        Case No. 10-27855 GS
CORPORAT                                §
                                        §
            Debtor                      §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 33,255,481.73 |
| and approved disbursements of | $ | 32,390,871.70 |
| leaving a balance on hand of[1] | $ | 864,610.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Donald Gainey | $ 356,187.45 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | Seth Ingersoll C/O Deborah Martin | $ 14,565.84 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Steve & Deborah Martin | $ 86,370.64 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | Joshua Ingersoll c/o Deborah Martin | $ 14,168.59 | $ 0.00 | $ 0.00 | $ 0.00 |
| 21 | WAVETA TAYLOR | $ 61,375.21 | $ 0.00 | $ 0.00 | $ 0.00 |
| 22 | Robert Farris | $ 230,132.54 | $ 0.00 | $ 0.00 | $ 0.00 |
| 25 | Glenn & Charlene Frank | $ 47,875.56 | $ 0.00 | $ 0.00 | $ 0.00 |
| 32 | Joseph/Chantal Rabay F Ts | $ 55,659.64 | $ 0.00 | $ 0.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 43 | Charles E. McCamey | $ 370,165.14 | $ 0.00 | $ 0.00 | $ 0.00 |
| 54 | Benito & Juanita Quintana | $ 25,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 56 | Curtis & Erma Hickey | $ 157,126.40 | $ 0.00 | $ 0.00 | $ 0.00 |
| 57 | Lenda S. Anderson | $ 96,657.53 | $ 0.00 | $ 0.00 | $ 0.00 |
| 62 | County of San Bernardino Office of the Tax | $ 90,882.38 | $ 0.00 | $ 0.00 | $ 0.00 |
| 69 | Miraleste Equities LLC c/o Paul Hazell & Veronica | $ 1,348,969.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 70 | Jose Pabon | $ 215,229.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 79 | Kurt & Roanna Frieze | $ 210,261.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 80 | KURT FRIEZE | $ 683,482.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 84 | Dennis Mikkelson | $ 122,436.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 102 | MARK ALSENTZER | $ 1,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 103 | MARK ALSENTZER | $ 1,500,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 104 | MARK ALSENTZER | $ 1,500,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 107 | William Mudd | $ 443,325.16 | $ 0.00 | $ 0.00 | $ 0.00 |
| 110 | France S. Mudd | $ 22,149.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 111 | ANNELISE MIHALJEVIC | $ 90,095.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 230 | Michelle Dodson | $ 145,974.29 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 240-2 | Dot S. Youngberg | $    1,108,626.64 | $         0.00 | $         0.00 | $         0.00 |
| 264-1 | HARVEY AND SYBIL LING | $    108,520.41 | $         0.00 | $         0.00 | $         0.00 |
| 329 | KURT FRIEZE | $    50,000.00 | $         0.00 | $         0.00 | $         0.00 |

Total to be paid to secured creditors $_____ 0.00

Remaining Balance $_____ 864,610.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: W. Donald Gieseke, Trustee | $    36,439.73 | $         0.00 | $    36,439.73 |
| Trustee Expenses: W. Donald Gieseke, Trustee | $    10,172.86 | $         0.00 | $    10,172.86 |
| Attorney for Trustee Expenses: WINSTON & STRAWN LLP | $    23,585.35 | $    23,585.35 | $         0.00 |
| Fees: Office of the United States Trustee | $    325.00 | $    325.00 | $         0.00 |
| Other: Prior Trustee Dotan Y. Melech - Fees | $    983,715.67 | $    983,715.67 | $         0.00 |
| Other: Prior Trustee Dotan Y. Melech - Expenses | $    100,824.78 | $    100,824.78 | $         0.00 |

Total to be paid for chapter 7 administrative expenses $_____ 46,612.59

Remaining Balance $_____ 817,997.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: WINSTON & STRAWN, LLP | $    1,468,904.00 | $    1,468,904.00 | $         0.00 |

Total to be paid for prior chapter administrative expenses $_____ 0.00

Remaining Balance $_____ 817,997.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,671.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Eileen Valenti | $ 0.00 | $ 0.00 | $ 0.00 |
| 20 | Zech Survivors Trust A c/o Patricia Zech Hoffard | $ 0.00 | $ 0.00 | $ 0.00 |
| 51P | New York State Dept. Taxation and Finance | $ 49.70 | $ 49.70 | $ 0.00 |
| 58 | Troy & Dana Anderson | $ 0.00 | $ 0.00 | $ 0.00 |
| 59-1 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 128 | Ivan & Patricia Hoffard | $ 0.00 | $ 0.00 | $ 0.00 |
| 493 | FRANCHISE TAX BOARD | $ 1,621.96 | $ 1,621.96 | $ 0.00 |

Total to be paid to priority creditors $\underline{\hspace{3cm} 0.00}$

Remaining Balance $\underline{\hspace{3cm} 817,997.44}$

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 153,827,852.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | JANET H ZOERNER TRUST | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | MARIAN WETTLAUFER | $ 48,750.00 | $ 8,217.95 | $ 165.97 |
| 4 | Liquidity Solutions Inc., Assignee | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | Union Savings Bank, as Successor Trustee to | $ 136,012.50 | $ 22,928.08 | $ 463.06 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Donald & Carol Krutz | $ 0.00 | $ 0.00 | $ 0.00 |
| 13 | Argo Partners, Assignee | $ 16,000.00 | $ 2,697.16 | $ 54.49 |
| 14 | Winona Grace Blessinger | $ 8,385.49 | $ 1,413.56 | $ 28.56 |
| 15-1 | John & Kathleen Allavie M.D. | $ 0.00 | $ 0.00 | $ 0.00 |
| 15-2 | John & Kathleen Allavie M.D. | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | CAROL L. DAVIDSON | $ 243,910.10 | $ 41,116.76 | $ 830.38 |
| 17 | Liquidity Solutions Inc., Assignee | $ 13,500.00 | $ 2,275.74 | $ 45.96 |
| 18 | Michele Colebank | $ 28,237.20 | $ 4,760.04 | $ 96.13 |
| 19 | Abelman, Frayne & Schwab | $ 50,000.00 | $ 8,428.67 | $ 170.22 |
| 23 | HERMAN CARSTENS | $ 125,000.00 | $ 21,071.68 | $ 425.55 |
| 24 | Julie M. Dailey (Daly) | $ 35,388.00 | $ 5,965.48 | $ 120.47 |
| 26 | A. Theodore Long Trust | $ 0.00 | $ 0.00 | $ 0.00 |
| 27 | John T. Kaufman | $ 0.00 | $ 0.00 | $ 0.00 |
| 28 | Liquidity Solutions Inc., Assignee | $ 7,653.61 | $ 1,290.20 | $ 26.05 |
| 29 | ASM CAPITAL | $ 345,000.00 | $ 29,090.83 | $ 30,241.54 |
| 30 | Liquidity Solutions Inc., Assignee | $ 10,715.05 | $ 1,806.27 | $ 36.48 |
| 31 | Lenda S. Anderson | $ 0.00 | $ 0.00 | $ 0.00 |
| 33 | RUSSELL AND DOT YOUNGBERG | $ 0.00 | $ 0.00 | $ 0.00 |
| 34 | JAMES LEDFORD | $ 0.00 | $ 0.00 | $ 0.00 |
| 35 | SARAH JEAN LEDFORD | $ 93,017.00 | $ 15,680.20 | $ 316.66 |
| 36 | Harold & Gloria Lindsey Trust | $ 116,500.00 | $ 19,638.81 | $ 396.61 |
| 37 | Dambacher, Trujillo & Wright | $ 0.00 | $ 0.00 | $ 0.00 |
| 38 | Barbara Camp | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 39 | Barbara G. Switzer Trust | $ 0.00 | $ 0.00 | $ 0.00 |
| 40-1 | Lana M. Kosh | $ 0.00 | $ 0.00 | $ 0.00 |
| 40-2 | Lana M. Williams-Kosh | $ 356,448.11 | $ 60,087.68 | $ 1,213.50 |
| 41 | Lana M. Kosh | $ 0.00 | $ 0.00 | $ 0.00 |
| 42 | Leigh Polhill | $ 0.00 | $ 0.00 | $ 0.00 |
| 44 | Frieda June Kopp | $ 0.00 | $ 0.00 | $ 0.00 |
| 45 | Melvin K. Call | $ 0.00 | $ 0.00 | $ 0.00 |
| 46 | Dean Polhill | $ 0.00 | $ 0.00 | $ 0.00 |
| 47 | WAVETA TAYLOR | $ 55,931.67 | $ 9,428.59 | $ 190.42 |
| 48 | Melvin Call | $ 0.00 | $ 0.00 | $ 0.00 |
| 49 | Dwight & Therese Hurd | $ 33,229.08 | $ 5,601.54 | $ 113.13 |
| 50 | Liquidity Solutions Inc., Assignee | $ 23,000.00 | $ 3,877.19 | $ 78.30 |
| 51U | New York State Dept. Taxation and Finance | $ 750.00 | $ 126.43 | $ 2.55 |
| 52 | Jon & Jolynn Anderson | $ 0.00 | $ 0.00 | $ 0.00 |
| 53 | David Paul Steiner | $ 0.00 | $ 0.00 | $ 0.00 |
| 55 | RUSSELL AND DOT YOUNGBERG | $ 0.00 | $ 0.00 | $ 0.00 |
| 60 | Gladys Pabon Rodriguez | $ 0.00 | $ 0.00 | $ 0.00 |
| 61 | Allen W. Mohr | $ 0.00 | $ 0.00 | $ 0.00 |
| 63 | John & Diane Campbell | $ 10,000.00 | $ 1,685.73 | $ 34.05 |
| 64 | Marlene Mae Brugge | $ 187,309.67 | $ 31,575.43 | $ 637.69 |
| 65 | Greg Thompson | $ 35,052.01 | $ 5,908.84 | $ 119.33 |
| 66 | Kazuo & Yoshi Naruse | $ 29,002.52 | $ 4,889.05 | $ 98.74 |
| 67 | Herbert & Valarie Crowder | $ 20,000.00 | $ 3,371.47 | $ 68.09 |
| 68 | Janice L. Higgins | $ 26,000.00 | $ 4,382.91 | $ 88.51 |
| 71 | MOLLY M. FRANTZ REVOCABLE TRUST | $ 70,495.42 | $ 11,883.66 | $ 240.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 72-1 | Sparta Group MA LLC Series 20 | $ 0.00 | $ 0.00 | $ 0.00 |
| 72-2 | Sparta Group MA LLC Series 20 | $ 0.00 | $ 0.00 | $ 0.00 |
| 73 | Doris M. Horner | $ 0.00 | $ 0.00 | $ 0.00 |
| 74 | John A. Weaver | $ 0.00 | $ 0.00 | $ 0.00 |
| 75 | REYNA ESCOBAR, TRUSTEE OF MOLINE ESTATE | $ 143,352.64 | $ 22,443.06 | $ 2,210.42 |
| 76 | GREGORY T. HEINEN | $ 64,656.05 | $ 10,899.29 | $ 220.12 |
| 77 | Galyn & Joyce Cyphers | $ 0.00 | $ 0.00 | $ 0.00 |
| 78 | MARY JANICE MCCOY | $ 0.00 | $ 0.00 | $ 0.00 |
| 81 | Mercer Pension Plan c/o Thomas Mercer, Trustee | $ 0.00 | $ 0.00 | $ 0.00 |
| 82 | Lonnie & Lynne Svedin | $ 175,000.00 | $ 29,500.35 | $ 595.78 |
| 83 | Lonnie & Lynne Svedin | $ 206,543.15 | $ 34,817.69 | $ 703.17 |
| 85 | AMERICAN PACIFIC VENTURE FUND LTD. | $ 0.00 | $ 0.00 | $ 0.00 |
| 86 | AMERICAN PACIFIC FINANCIAL GROUP II LTD. | $ 0.00 | $ 0.00 | $ 0.00 |
| 87 | AMERICAN PACIFIC FINANCIAL GROUP LTD | $ 0.00 | $ 0.00 | $ 0.00 |
| 88 | Liquidity Solutions Inc., Assignee | $ 100,000.00 | $ 16,857.34 | $ 340.45 |
| 89 | Liquidity Solutions Inc., Assignee | $ 150,000.00 | $ 25,286.02 | $ 510.66 |
| 90 | C.H.S. Partnership %Dennis Polhill | $ 0.00 | $ 0.00 | $ 0.00 |
| 91 | Argo Partners, Assignee | $ 844,678.55 | $ 142,390.37 | $ 2,875.64 |
| 92 | Robbie J. Robinson & Emma S Robinson Revocable | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 93 | Steiner Family Trust c/o Richard Hall, Esq. | $ 0.00 | $ 0.00 | $ 0.00 |
| 94 | Steiner Family Trust c/o Richard Hall, Esq. | $ 25,166.44 | $ 4,242.39 | $ 85.68 |
| 95 | Steiner Family Trust c/o Richard Hall, Esq. | $ 0.00 | $ 0.00 | $ 0.00 |
| 96 | Steiner Family Trust c/o Richard Hall, Esq. | $ 0.00 | $ 0.00 | $ 0.00 |
| 97 | Steiner Family Trust c/o Richard Hall, Esq. | $ 0.00 | $ 0.00 | $ 0.00 |
| 99 | PAT MCNAMARA REV TRUST | $ 280,136.07 | $ 47,223.50 | $ 953.70 |
| 100 | KIMBERLY MARIE FOSTER | $ 65,523.77 | $ 11,045.57 | $ 223.07 |
| 101 | Dilks & Knopik. LLC | $ 62,517.78 | $ 10,538.84 | $ 212.84 |
| 105 | Williams Law Firm, PC c/o J. Craig Williams, Esq. | $ 0.00 | $ 0.00 | $ 0.00 |
| 106 | Dilks & Knopik, LLC | $ 45,470.00 | $ 7,665.03 | $ 154.80 |
| 108 | ASM Capital V, L.P., Assignee | $ 313,874.00 | $ 52,910.82 | $ 1,068.57 |
| 109 | William Mudd | $ 0.00 | $ 0.00 | $ 0.00 |
| 112 | Liquidity Solutions Inc., Assignee | $ 55,127.00 | $ 9,292.95 | $ 187.67 |
| 113 | Argo Partners, Assignee | $ 233,178.66 | $ 39,257.73 | $ 843.84 |
| 114 | Argo Partners, Assignee | $ 343,858.22 | $ 57,965.36 | $ 1,170.65 |
| 115 | ASM Capital V, L.P., Assignee | $ 78,663.01 | $ 13,260.49 | $ 267.81 |
| 116 | DONALD AND ANNETTE GIRD | $ 25,000.00 | $ 4,214.34 | $ 85.10 |
| 117 | Polhill's Inc. c/o Allen Polhill | $ 112,086.14 | $ 18,894.75 | $ 381.59 |
| 118 | Richard L. & Barbara Eddy as joint tenants | $ 73,500.00 | $ 12,390.15 | $ 250.22 |
| 119 | Liquidity Solutions Inc., Assignee | $ 10,000.00 | $ 1,685.73 | $ 34.05 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 120 | BARBARA R.EDDY | $ 106,549.00 | $ 17,961.33 | $ 362.74 |
| 121 | RICHARD L. EDDY | $ 123,250.00 | $ 20,776.68 | $ 419.59 |
| 122 | ASM Capital V, L.P., Assignee | $ 21,401.28 | $ 3,607.69 | $ 72.86 |
| 123 | ROBERTA MCMILLAN C/O JESSICA SALINAS | $ 53,447.60 | $ 9,009.85 | $ 181.95 |
| 124 | Richard L. Strawn | $ 0.00 | $ 0.00 | $ 0.00 |
| 125 | JACK W. MYER | $ 0.00 | $ 0.00 | $ 0.00 |
| 126 | ASM Capital V, L.P., Assignee | $ 55,659.64 | $ 9,382.74 | $ 189.49 |
| 127 | KATHRYN B. BANKSTON | $ 160,000.00 | $ 26,971.75 | $ 544.71 |
| 129 | PATRICIA ZECH HOFFARD | $ 0.00 | $ 0.00 | $ 0.00 |
| 131 | LAWRENCE J. HAZELL | $ 15,875.00 | $ 2,676.10 | $ 54.05 |
| 132 | Warren & Gail Erickson | $ 0.00 | $ 0.00 | $ 0.00 |
| 133 | Warren Fred Erickson 1991 Trust | $ 24,321.92 | $ 4,100.03 | $ 82.80 |
| 134 | Hain Capital Investors, LLC, Assignee | $ 22,318.79 | $ 3,762.36 | $ 75.98 |
| 135 | Frieda June Kopp | $ 301,344.35 | $ 50,798.65 | $ 1,025.91 |
| 136 | Glenn & Charlene Frank | $ 47,875.56 | $ 8,070.55 | $ 162.99 |
| 137 | Liquidity Solutions Inc., Assignee | $ 10,729.50 | $ 1,808.71 | $ 36.52 |
| 138 | JUDITH M. DISCHEL | $ 0.00 | $ 0.00 | $ 0.00 |
| 139 | Liquidity Solutions Inc., Assignee | $ 10,729.50 | $ 1,808.71 | $ 36.53 |
| 140 | JANET H ZOERNER TRUST | $ 91,312.50 | $ 15,392.86 | $ 310.87 |
| 141 | Argo Partners, Assignee | $ 186,417.00 | $ 31,424.95 | $ 634.65 |
| 142 | THERESE A. HURD | $ 0.00 | $ 0.00 | $ 0.00 |
| 143 | DWIGHT D. HURD | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 145 | Dambacher, Trujillo & Wright, P.C. | $ 5,000.00 | $ 842.87 | $ 17.01 |
| 146 | William Mercer | $ 57,835.39 | $ 9,749.51 | $ 196.90 |
| 147 | Miraleste Equities, LLC | $ 1,348,969.00 | $ 211,193.34 | $ 20,799.48 |
| 148 | JOSE PABON | $ 137,843.00 | $ 23,236.67 | $ 469.27 |
| 149 | Robert Farris | $ 71,277.33 | $ 12,015.46 | $ 242.66 |
| 150 | ASM Capital V, L.P., Assignee | $ 35,181.37 | $ 5,930.64 | $ 119.77 |
| 151 | TIMOTHY MARTIN VANDERBEEK | $ 174,363.71 | $ 29,393.09 | $ 593.61 |
| 152 | Arlene R.  Donegan | $ 289,183.78 | $ 48,748.70 | $ 984.51 |
| 153 | DAVID & LAUREL TUSTISON | $ 131,169.63 | $ 22,111.72 | $ 446.56 |
| 154 | FLORENCE A. TENNELL C/O JIM TENNELL | $ 75,000.00 | $ 12,643.01 | $ 255.33 |
| 155 | TERESE GUTIERREZ | $ 288,942.18 | $ 48,707.98 | $ 983.68 |
| 156 | JUDY JEAN RYAN-RYAN TRUST | $ 224,118.65 | $ 37,780.45 | $ 763.00 |
| 157 | DONALD & CAROL KURTZ | $ 121,000.00 | $ 20,397.39 | $ 411.93 |
| 158 | Jennifer Gird | $ 7,766.28 | $ 1,309.19 | $ 26.44 |
| 159 | Jon & Jolynn Anderson | $ 37,953.90 | $ 6,398.02 | $ 129.21 |
| 160 | Marilyn R. Donegan | $ 376,994.05 | $ 63,551.18 | $ 1,283.46 |
| 161 | KENNETH H. JOHNSON | $ 137,721.64 | $ 21,561.47 | $ 2,123.61 |
| 162 | Retzer Living Trust c/o Darold and Carol Retzer | $ 561,134.23 | $ 94,592.33 | $ 1,910.34 |
| 163 | A. Theodore Long | $ 122,500.00 | $ 20,650.25 | $ 417.04 |
| 164 | Dean Polhill | $ 1,100,634.00 | $ 185,537.66 | $ 3,747.03 |
| 165 | James VanMeter | $ 186,273.81 | $ 31,400.82 | $ 634.15 |
| 166 | David & Jill Bruneau | $ 12,640.11 | $ 2,130.79 | $ 43.03 |
| 167 | Jenkins Family Trust | $ 52,250.00 | $ 8,807.96 | $ 177.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 168 | STANLEY C. DONEGAN | $ 216,306.07 | $ 36,463.46 | $ 736.40 |
| 169 | Benito & Juanita Quintana | $ 28,840.63 | $ 4,861.76 | $ 98.19 |
| 170 | Douglas Bruneau | $ 84,513.00 | $ 14,246.65 | $ 287.72 |
| 171 | ASM Capital V, L.P., Assignee | $ 81,887.34 | $ 13,804.03 | $ 278.78 |
| 172 | Frederick & Darlene Mathews | $ 107,329.40 | $ 18,092.89 | $ 365.40 |
| 173 | Robert Wesley & Cynthia Sue Hedges | $ 0.00 | $ 0.00 | $ 0.00 |
| 174 | PHILIP AND JANICE COHEN | $ 362,811.45 | $ 61,160.37 | $ 1,235.18 |
| 175 | Argo Partners, Assignee | $ 113,236.68 | $ 19,088.70 | $ 385.50 |
| 176 | ASM Capital V, L.P., Assignee | $ 488,879.73 | $ 82,412.14 | $ 1,664.35 |
| 177 | Glenda M. Bailey McGinnis Estate | $ 37,688.26 | $ 6,353.24 | $ 128.31 |
| 178 | Patricia A. Nelson | $ 34,760.95 | $ 5,859.77 | $ 118.34 |
| 179 | Debi MacVie | $ 19,165.68 | $ 3,230.82 | $ 65.25 |
| 180 | JUSTIN MERCER | $ 31,138.08 | $ 5,249.05 | $ 106.01 |
| 181 | MICHAEL C. VALENTI | $ 0.00 | $ 0.00 | $ 0.00 |
| 182 | MICHAEL VANMETER | $ 56,549.26 | $ 9,532.70 | $ 192.53 |
| 183 | Glendy & Elizabeth Coulter | $ 946,030.45 | $ 159,475.60 | $ 3,220.70 |
| 184 | Duncan Howard | $ 1,095,898.74 | $ 184,739.42 | $ 3,730.91 |
| 185 | RONALD J. OEHL | $ 0.00 | $ 0.00 | $ 0.00 |
| 186 | ASM Capital V, L.P., Assignee | $ 65,243.72 | $ 10,998.36 | $ 222.12 |
| 187 | Dennis P. & Lucia S. Walker | $ 204,470.69 | $ 34,468.33 | $ 696.10 |
| 188 | GUY & DEBRA BANKSTON | $ 173,003.35 | $ 29,163.77 | $ 588.98 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 189 | Robert Whitmer | $ 101,851.01 | $ 17,169.37 | $ 346.75 |
| 190 | KENNETH JAMES | $ 598,048.92 | $ 100,815.16 | $ 2,036.02 |
| 191 | Richard A. Merlin | $ 35,000.00 | $ 5,900.07 | $ 119.16 |
| 192 | Ary Family Revocable Living Trust | $ 30,646.20 | $ 5,166.14 | $ 104.33 |
| 193 | Leigh Polhill | $ 62,101.91 | $ 10,468.73 | $ 211.43 |
| 194 | ASM Capital V, L.P., Assignee | $ 537,987.11 | $ 90,690.34 | $ 1,831.54 |
| 195 | PATRICIA M. VANDERBEEK | $ 0.00 | $ 0.00 | $ 0.00 |
| 196 | JERRY VANDERBEEK | $ 0.00 | $ 0.00 | $ 0.00 |
| 197 | ASM Capital V, L.P., Assignee | $ 328,694.10 | $ 55,409.09 | $ 1,119.02 |
| 198 | Argo Partners, Assignee | $ 333,022.15 | $ 56,138.69 | $ 1,133.75 |
| 199 | Argo Partners, Assignee | $ 208,856.46 | $ 35,207.65 | $ 711.03 |
| 200 | PATTI A. DEVRIES | $ 34,618.40 | $ 5,835.74 | $ 117.86 |
| 201 | John Taylor Kaufman | $ 0.00 | $ 0.00 | $ 0.00 |
| 202 | Patti A. DeVries | $ 0.00 | $ 0.00 | $ 0.00 |
| 203 | John T. Kaufman | $ 76,893.68 | $ 12,962.23 | $ 261.79 |
| 204 | Ernest Steiner | $ 154,575.04 | $ 26,057.25 | $ 526.23 |
| 205 | Ernest Steiner | $ 0.00 | $ 0.00 | $ 0.00 |
| 206 | HARVEY & SYBIL LING | $ 0.00 | $ 0.00 | $ 0.00 |
| 207 | Gerald & Bobbie Coulter | $ 561,540.77 | $ 94,660.86 | $ 1,911.73 |
| 208 | Ernest Steiner | $ 20,000.00 | $ 3,371.47 | $ 68.09 |
| 209 | Ernest Steiner | $ 25,000.00 | $ 4,214.34 | $ 85.11 |
| 210 | Kelly A. Scott | $ 115,859.06 | $ 19,530.76 | $ 394.44 |
| 211 | Melvin K. Call | $ 738,774.32 | $ 124,537.73 | $ 2,515.10 |
| 212 | David & Lana Call | $ 49,198.63 | $ 8,293.58 | $ 167.49 |
| 213 | Timothy & Andrea Call | $ 43,823.84 | $ 7,387.54 | $ 149.19 |
| 214 | Robert A. Jenkins | $ 52,839.81 | $ 8,907.39 | $ 179.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 215 | DICK & JUNE PATTERSON | $ 145,207.04 | $ 24,478.05 | $ 494.35 |
| 216 | Ann D. Dredla | $ 111,119.61 | $ 18,731.81 | $ 378.31 |
| 217 | DUSTIN DONALD WALTERS | $ 16,997.26 | $ 2,660.96 | $ 262.19 |
| 218-3 | ASM Capital V, L.P., Assignee | $ 130,834.25 | $ 22,055.18 | $ 445.42 |
| 218-1 | ASM Capital V, L.P., Assignee | $ 0.00 | $ 0.00 | $ 0.00 |
| 218-2 | ASM Capital V, L.P., Assignee | $ 0.00 | $ 0.00 | $ 0.00 |
| 219 | ASM Capital V, L.P., Assignee | $ 305,687.50 | $ 51,530.79 | $ 1,040.70 |
| 220 | Donald & Estelle Shay | $ 245,702.77 | $ 41,418.96 | $ 836.48 |
| 221 | Allene J. Shore c/o Elinor Neafsey | $ 50,000.00 | $ 8,428.67 | $ 170.22 |
| 221-2 | Elinor Neafsey | $ 274,568.59 | $ 46,284.97 | $ 934.75 |
| 222 | Kathleen Neafsey c/o Elinor Neafsey | $ 167,580.00 | $ 28,249.54 | $ 570.51 |
| 223 | Elinor Neafsey | $ 372,324.65 | $ 62,764.05 | $ 1,267.55 |
| 224 | Sylvia Davis | $ 74,965.53 | $ 12,637.20 | $ 255.22 |
| 225 | Linda Wakamiya | $ 294,291.51 | $ 49,609.73 | $ 1,001.90 |
| 226 | Timothy Bayus | $ 54,478.84 | $ 9,183.69 | $ 185.46 |
| 227 | Tustison Family 1990 Trust c/o Winston Tustison, | $ 386,000.00 | $ 65,069.35 | $ 1,314.11 |
| 228 | DORIS M. HORNER | $ 52,936.45 | $ 8,923.68 | $ 180.22 |
| 229 | Gay Richards | $ 137,817.60 | $ 23,232.39 | $ 469.19 |
| 231 | Thomas J. Bayus | $ 54,478.84 | $ 9,183.69 | $ 185.46 |
| 232 | ASM Capital V, L.P., Assignee | $ 40,527.32 | $ 6,831.83 | $ 137.97 |
| 233 | ASM Capital V, L.P., Assignee | $ 43,180.98 | $ 7,279.17 | $ 147.01 |
| 234 | DREW J. TENNANT | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 235 | John A. Weaver | $ 226,208.75 | $ 38,132.79 | $ 770.11 |
| 236 | KEITH D. SCHRINER | $ 44,977.81 | $ 7,582.06 | $ 153.13 |
| 237 | ASM Capital V, L.P., Assignee | $ 211,475.96 | $ 35,649.23 | $ 719.95 |
| 238 | Paul G. Klaus | $ 72,967.92 | $ 12,300.45 | $ 248.42 |
| 239 | The Encarnacao Trust | $ 165,711.57 | $ 27,934.57 | $ 564.15 |
| 240-1 | Dot S. Youngberg | $ 665,330.71 | $ 112,157.08 | $ 2,265.08 |
| 241 | Darrel & Beverly Woosley Revocable Trust | $ 123,325.00 | $ 20,789.32 | $ 419.85 |
| 242 | Silvester & Ingrid Solorzano | $ 0.00 | $ 0.00 | $ 0.00 |
| 243 | JANET BEVAN | $ 45,000.00 | $ 7,585.80 | $ 153.21 |
| 244 | Silvester & Ingrid Solorzano | $ 102,145.05 | $ 17,218.94 | $ 347.75 |
| 245 | MARIA E. (RYAN) DAVIS | $ 0.00 | $ 0.00 | $ 0.00 |
| 246 | Ann T. Moest | $ 337,732.44 | $ 56,932.72 | $ 1,149.79 |
| 247 | Nicole E. Noeske | $ 65,649.93 | $ 11,066.83 | $ 223.50 |
| 248 | David P. Steiner | $ 26,893.37 | $ 4,533.51 | $ 91.55 |
| 249 | Kevin V. Wilcox | $ 180,000.00 | $ 30,343.22 | $ 612.79 |
| 250 | Kevin V. Wilcox | $ 0.00 | $ 0.00 | $ 0.00 |
| 251 | Argo Partners, Assignee | $ 431,915.97 | $ 72,809.56 | $ 1,470.43 |
| 252 | Buschlen Living Trust c/o Dwight & Mary Lou | $ 970,136.66 | $ 163,539.27 | $ 3,302.76 |
| 253 | Robert & Trudy Long | $ 475,137.16 | $ 80,095.50 | $ 1,617.58 |
| 254 | Arthur G. McDonnell | $ 966,128.92 | $ 162,863.67 | $ 3,289.12 |
| 255 | Wade W. Parker | $ 68,612.39 | $ 11,566.23 | $ 233.59 |
| 256 | ASM CAPITAL | $ 184,329.92 | $ 15,542.92 | $ 16,157.74 |
| 257 | Marilyn Van Kalsbeek Living Trust | $ 426,923.08 | $ 71,967.89 | $ 1,453.44 |
| 258 | Raj & Meena Sindher | $ 1,558,361.34 | $ 262,698.33 | $ 5,305.33 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 259 | Martin & Barbara Lasco | $ 125,489.59 | $ 21,154.21 | $ 427.23 |
| 260 | ASM Capital V, L.P., Assignee | $ 100,000.00 | $ 16,857.34 | $ 340.45 |
| 261 | Helen Wilcox | $ 100,000.00 | $ 16,857.34 | $ 340.45 |
| 262 | BARBARA G SWITZER TRUST | $ 79,976.99 | $ 13,482.00 | $ 272.26 |
| 263 | Dennis Mikkelson | $ 122,436.12 | $ 20,639.48 | $ 416.82 |
| 264-2 | HARVEY AND SYBIL LING | $ 108,520.41 | $ 18,293.66 | $ 369.45 |
| 265 | SHANE E LOSCO | $ 7,346.63 | $ 1,150.06 | $ 113.40 |
| 266 | JOHN J LOSCO | $ 0.00 | $ 0.00 | $ 0.00 |
| 267 | JENNIFER TESTA | $ 24,354.39 | $ 4,105.50 | $ 82.92 |
| 268 | NICHOLAS & CYNTHIA TESTA | $ 1,574,500.00 | $ 265,418.87 | $ 5,360.29 |
| 269 | Maria E & Thomas R Davis | $ 67,780.40 | $ 11,425.97 | $ 230.76 |
| 270 | THOMAS R DAVIS | $ 0.00 | $ 0.00 | $ 0.00 |
| 271 | Joseph E. Noeske Trust | $ 53,372.60 | $ 8,997.20 | $ 181.71 |
| 272 | Ronald & Robin Tingley | $ 218,981.27 | $ 36,914.43 | $ 745.50 |
| 273 | Maria E & Thomas R Davis | $ 301,510.18 | $ 50,826.61 | $ 1,026.47 |
| 274 | DARLENE A LOSCO | $ 0.00 | $ 0.00 | $ 0.00 |
| 275 | Gary & Anita Ecker | $ 30,602.88 | $ 5,158.83 | $ 104.18 |
| 276 | Orchid Management, LLC c/o Rosemary Nguyen | $ 8,383,277.61 | $ 1,413,197.91 | $ 28,540.33 |
| 277 | JUDY M BLEVINS | $ 64,590.82 | $ 10,888.30 | $ 219.89 |
| 278 | Brian & Elizabeth Holm Trust | $ 38,500.00 | $ 6,490.08 | $ 131.06 |
| 279 | RUBY MOSLEY | $ 24,702.76 | $ 4,164.23 | $ 84.10 |
| 280 | Timothy & Sharon Beall | $ 21,009.63 | $ 3,541.67 | $ 71.52 |
| 281 | Joan Marie Albert | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 282 | JOHN & PHYLLIS LOFGREN | $ 401,995.18 | $ 67,765.71 | $ 1,368.57 |
| 283 | Helen Diciolla | $ 143,507.24 | $ 24,191.51 | $ 488.56 |
| 284 | Allen W. Mohr | $ 64,530.33 | $ 10,878.10 | $ 219.69 |
| 285 | BARRY LASCO | $ 14,664.51 | $ 2,472.05 | $ 49.92 |
| 286 | Judy R. Lasco | $ 10,234.45 | $ 1,725.26 | $ 34.83 |
| 287 | RICHARD L. STRAWN | $ 161,000.14 | $ 25,205.93 | $ 2,482.54 |
| 288 | BENNETT AND DONNA BRATLEY | $ 112,331.01 | $ 18,936.02 | $ 382.43 |
| 289 | Eldon & Sharon Dreyer | $ 267,274.74 | $ 45,055.42 | $ 909.92 |
| 290 | Amber L. Saylor | $ 65,000.00 | $ 10,957.27 | $ 221.29 |
| 291 | N. LEE POLHILL; PERSONAL REPRESENTATIVE | $ 696,935.94 | $ 109,111.60 | $ 10,745.96 |
| 292 | N. Lee & Arden Polhill | $ 302,176.98 | $ 50,939.01 | $ 1,028.75 |
| 293 | Teryl Monson | $ 1,315,377.77 | $ 221,737.75 | $ 4,478.12 |
| 294 | James E. Johnson | $ 638,740.84 | $ 107,674.74 | $ 2,174.55 |
| 295 | Bonnie Townsend | $ 74,435.25 | $ 12,547.81 | $ 253.40 |
| 296 | Scott & Teresa Gibbons | $ 41,587.95 | $ 7,010.62 | $ 141.59 |
| 297 | Vernon & Rose Hand | $ 287,864.38 | $ 48,526.29 | $ 980.01 |
| 298 | Thomas W. Brown | $ 87,001.86 | $ 14,666.20 | $ 296.20 |
| 299 | ASM CAPITAL | $ 63,849.24 | $ 5,383.84 | $ 5,596.82 |
| 300 | Argo Partners, Assignee | $ 70,073.37 | $ 11,812.51 | $ 238.56 |
| 301 | ASM CAPITAL | $ 331,595.75 | $ 27,960.56 | $ 29,066.57 |
| 302 | Paula Kerr | $ 92,863.27 | $ 15,654.28 | $ 316.15 |
| 303 | William & Joyce Miller | $ 575,252.16 | $ 90,060.88 | $ 8,869.76 |
| 304 | Beverly Sue Richardson | $ 253,774.25 | $ 42,779.60 | $ 863.95 |
| 305 | Laura A. Roseberry | $ 13,316.55 | $ 2,244.82 | $ 45.34 |
| 306 | Laura A. Roseberry | $ 0.00 | $ 0.00 | $ 0.00 |
| 307 | Robertson Family Trust | $ 370,787.77 | $ 62,504.97 | $ 1,262.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 308 | John & Kathleen Allavie M.D. | $ 103,452.05 | $ 17,439.27 | $ 352.19 |
| 309 | Vasiliki Bachanos | $ 50,000.00 | $ 8,428.67 | $ 170.22 |
| 310 | Rachel M. Furlong | $ 530,664.00 | $ 89,455.85 | $ 1,806.61 |
| 311 | Todd L. Dreyer | $ 140,882.19 | $ 23,748.99 | $ 479.63 |
| 312 | Joseph T. Garrett Foundation | $ 164,038.42 | $ 27,652.52 | $ 558.46 |
| 313 | Joseph T. Garrett Trust | $ 869,951.62 | $ 146,650.73 | $ 2,961.70 |
| 314 | Elizabeth M. Cavagnaro | $ 34,060.27 | $ 5,741.66 | $ 115.95 |
| 315 | KAZUYUKI KOMORIDA | $ 662,212.71 | $ 111,631.47 | $ 2,254.47 |
| 316 | Richard Whitmer | $ 113,951.01 | $ 19,209.11 | $ 387.94 |
| 317 | Donald Gainey | $ 356,187.45 | $ 60,043.74 | $ 1,212.62 |
| 318 | ALLEN POLHILL | $ 204,907.12 | $ 34,541.90 | $ 697.59 |
| 319 | Donald E. Robertson | $ 63,427.48 | $ 10,692.19 | $ 215.93 |
| 320 | Michelle Dodson | $ 123,775.00 | $ 20,865.18 | $ 421.38 |
| 321 | CAROL CRAMER | $ 326,585.54 | $ 51,129.84 | $ 5,035.65 |
| 322 | Edward & Jill Moss | $ 36,197.51 | $ 6,101.94 | $ 123.23 |
| 323 | 3rd Rose c/o Edward Moss | $ 962,266.74 | $ 162,212.61 | $ 3,275.98 |
| 324 | Gregory & Cynthia Lasco | $ 149,141.60 | $ 25,141.31 | $ 507.75 |
| 325 | FMTC FBO Steven H. Packard, Account #104826472 | $ 170,287.52 | $ 28,705.95 | $ 579.74 |
| 326 | Steven & Dixie Packard | $ 37,018.87 | $ 6,240.40 | $ 126.03 |
| 327 | ASM Capital V, L.P., Assignee | $ 44,021.93 | $ 7,420.93 | $ 149.87 |
| 328 | Troy & Dana Anderson | $ 75,730.09 | $ 12,766.08 | $ 257.82 |
| 330 | ASM Capital V, L.P., Assignee | $ 139,710.33 | $ 23,551.45 | $ 475.64 |
| 331 | Richard Hepworth | $ 465,198.49 | $ 78,420.11 | $ 1,583.73 |
| 332 | KURT FRIEZE | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 333 | Kurt & Roanna Frieze | $ 210,261.00 | $ 35,444.42 | $ 715.82 |
| 334 | KURT FRIEZE | $ 683,482.00 | $ 115,216.91 | $ 2,326.87 |
| 335 | ASM Capital V, L.P., Assignee | $ 11,886.86 | $ 2,003.81 | $ 40.46 |
| 336 | Liquidity Solutions Inc., Assignee | $ 97,925.48 | $ 16,507.63 | $ 333.39 |
| 337 | Janice Stagliano | $ 4,896.44 | $ 825.41 | $ 16.67 |
| 338 | Karen Reeser Trust c/o Byron L. Reeser | $ 107,676.72 | $ 18,151.43 | $ 366.58 |
| 339 | BLR Reeser Trust c/o Byron L. Reeser | $ 109,132.05 | $ 18,396.76 | $ 371.54 |
| 340-3 | McClendon Family Trust c/o Robert J. Jaffe | $ 758,577.25 | $ 127,875.97 | $ 2,582.53 |
| 341 | Kent & Renee Fyfe | $ 1,304,613.71 | $ 219,923.22 | $ 4,441.47 |
| 342 | ASM Capital V, L.P., Assignee | $ 181,967.25 | $ 30,674.84 | $ 619.50 |
| 343 | Steve & Deborah Martin | $ 86,370.64 | $ 14,559.80 | $ 294.04 |
| 344 | Joshua Ingersoll & Deborah Martin | $ 14,168.59 | $ 2,388.45 | $ 48.23 |
| 345 | Seth Ingersoll & Deborah Martin | $ 14,565.84 | $ 2,455.41 | $ 49.59 |
| 346 | Marjorie Smalley | $ 46,010.76 | $ 7,756.19 | $ 156.64 |
| 347 | Reeser Trust c/o Byron L. Reeser | $ 50,061.64 | $ 7,837.49 | $ 772.00 |
| 348 | SAFETY SERVICES C/O BYRON L. REESER | $ 231,395.78 | $ 39,007.18 | $ 787.77 |
| 349 | ASM Capital V, L.P., Assignee | $ 290,703.19 | $ 49,004.84 | $ 989.68 |
| 350 | ASM Capital V, L.P., Assignee | $ 465,664.74 | $ 78,498.71 | $ 1,585.32 |
| 351 | Gladys Pabon Rodriquez | $ 98,345.56 | $ 16,578.45 | $ 334.82 |
| 352 | ROANNA FRIEZE | $ 0.00 | $ 0.00 | $ 0.00 |
| 353 | Thomas L. Davis MD Med. Corp. Pension & Profit | $ 416,917.05 | $ 70,281.14 | $ 1,419.37 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|------------------------:|------------------------:|----------------:|
| 354-2 | Thomas Davis and Donna Davis | $ 2,852,127.53 | $ 480,792.94 | $ 9,709.88 |
| 354-1 | Thomas Davis and Donna Davis | $ 0.00 | $ 0.00 | $ 0.00 |
| 355-2 | Cora Fowler c/o Donna Davis, Trustee for the Cora | $ 351,507.95 | $ 59,254.90 | $ 1,196.69 |
| 355-1 | Cora Fowler c/o Donna Davis, Trustee for the Cora | $ 0.00 | $ 0.00 | $ 0.00 |
| 356 | Hain Capital Investors, LLC, Assignee | $ 65,104.36 | $ 10,974.87 | $ 221.65 |
| 357 | Kathleen M. Knerr | $ 19,492.88 | $ 3,051.67 | $ 300.67 |
| 358 | Knerr Trust c/o Maxine Knerr | $ 634,500.80 | $ 99,336.80 | $ 9,783.30 |
| 359 | SUSAN SPAGNA | $ 114,439.99 | $ 19,291.54 | $ 389.60 |
| 360 | Joe Salazar | $ 97,731.51 | $ 16,474.94 | $ 332.72 |
| 361 | Carl & Loucindy Bessey | $ 35,393.34 | $ 5,966.38 | $ 120.49 |
| 362 | Margo & Avie Churchwell | $ 69,190.06 | $ 11,663.61 | $ 235.55 |
| 363 | Joe Arnold & Deloris Trujillo | $ 482,558.90 | $ 81,346.61 | $ 1,642.85 |
| 364 | Samuel Andrew Reed Jr. | $ 3,044.93 | $ 513.29 | $ 10.37 |
| 365 | Fair Harbor Capital, LLC | $ 18,484.13 | $ 3,115.93 | $ 62.93 |
| 366 | ASM Capital V, L.P., Assignee | $ 55,980.22 | $ 9,436.78 | $ 190.57 |
| 367 | WALL FAMILY FOUNDATION | $ 124,665.00 | $ 21,015.21 | $ 424.41 |
| 368 | WALL FAMILY TRUST | $ 851,531.00 | $ 143,545.51 | $ 2,898.98 |
| 369 | ASM Capital V, L.P., Assignee | $ 55,897.15 | $ 9,422.77 | $ 190.30 |
| 370 | Martha Palmer | $ 120,000.00 | $ 20,228.81 | $ 408.54 |
| 371 | Riverside Youth Scholarship Foundation | $ 123,487.80 | $ 20,816.76 | $ 420.41 |
| 372 | Mark Polhill | $ 243,950.00 | $ 41,123.49 | $ 830.51 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 373 | Dennis & Deborah Polhill | $ 290,703.19 | $ 49,004.84 | $ 989.68 |
| 374 | ASM Capital V, L.P., Assignee | $ 133,721.91 | $ 22,541.96 | $ 455.25 |
| 375 | DENNIS POLHILL, TRUSTEE | $ 76,068.40 | $ 11,909.09 | $ 1,173.00 |
| 376 | C.H.S. Partnership c/o Dennis Polhill | $ 211,767.16 | $ 35,698.32 | $ 720.94 |
| 377 | TYLER POLHILL | $ 24,712.33 | $ 4,165.84 | $ 84.13 |
| 378 | DARRELL D. STITZEL | $ 0.00 | $ 0.00 | $ 0.00 |
| 379 | DOLORIS A. STITZEL | $ 200,000.00 | $ 33,714.69 | $ 680.88 |
| 380 | MARIA E. SAENZ | $ 1,588,167.25 | $ 267,740.81 | $ 5,388.77 |
| 381 | Randal Kasamoto | $ 0.00 | $ 0.00 | $ 0.00 |
| 382 | CHRISTINE CARTER | $ 60,000.00 | $ 10,114.41 | $ 204.26 |
| 383 | JOAN F. MARTIN REV TST | $ 98,110.00 | $ 16,538.74 | $ 334.00 |
| 384 | Dorothy Rosenberg | $ 139,531.92 | $ 23,521.38 | $ 116,010.54 |
| 385 | Derrick & Jessica Bagley | $ 21,651.77 | $ 3,649.91 | $ 73.72 |
| 386 | KELLI L. KOCH | $ 79,071.59 | $ 13,329.37 | $ 269.20 |
| 387 | Robert and Erica Taylor | $ 119,768.16 | $ 20,189.73 | $ 407.74 |
| 388 | David & Judith McElroy | $ 133,890.18 | $ 22,570.33 | $ 455.82 |
| 389 | Bob and Elaine Lincoln | $ 53,785.98 | $ 9,066.89 | $ 183.11 |
| 390 | Rexinger Medical & Pension | $ 1,315,581.03 | $ 221,772.01 | $ 4,478.81 |
| 391 | Don & Carol Wheeler | $ 65,548.84 | $ 11,049.79 | $ 223.16 |
| 392 | Gary Rexinger c/o Elwyn & Hedvig Rexinger | $ 411,384.37 | $ 69,348.48 | $ 1,400.53 |
| 393 | Harold & Juanita Adams | $ 249,842.95 | $ 42,116.88 | $ 850.57 |
| 394 | Marie Lucier Estate c/o Denise English | $ 412,853.97 | $ 69,596.21 | $ 1,405.53 |
| 395 | Valerie Harley, as Assignee of Michael L. Pirkl | $ 903,750.00 | $ 152,348.24 | $ 3,076.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 396 | Robert & Kay Johnson Jr. | $ 108,122.47 | $ 18,226.58 | $ 368.09 |
| 397 | Lenda S. Anderson | $ 96,657.53 | $ 16,293.89 | $ 329.07 |
| 398 | William & Marilyn Manwarren, Trustees | $ 109,220.96 | $ 18,411.75 | $ 371.83 |
| 399 | Doran & Teresa Wheeler | $ 157,036.60 | $ 26,472.20 | $ 534.62 |
| 400 | Betty Weatherspoon or Dora Wheeler | $ 25,548.63 | $ 4,306.82 | $ 86.98 |
| 401 | Argo Partners, Assignee | $ 32,184.92 | $ 5,425.52 | $ 109.58 |
| 402 | ASM Capital IV, L.P., Assignee | $ 3,466,039.43 | $ 584,282.18 | $ 11,799.90 |
| 403 | Carolyn B. Loisel Trust 1994 aka Carolyn Connor | $ 189,580.00 | $ 31,958.15 | $ 645.42 |
| 404 | Groom Family 2006 Trust c/o Steve & Kimberly Groom | $ 448,118.32 | $ 75,540.84 | $ 1,525.59 |
| 405 | ASM Capital IV, L.P., Assignee | $ 2,954,915.38 | $ 498,120.24 | $ 10,059.82 |
| 406 | Luis Mas and Luis Mas Judith Mas Trust | $ 125,583.34 | $ 21,170.02 | $ 427.53 |
| 407 | ASM Capital V, L.P., Assignee | $ 106,490.03 | $ 17,951.39 | $ 362.54 |
| 408 | Liquidity Solutions Inc., Assignee | $ 20,235.65 | $ 3,411.19 | $ 68.89 |
| 409 | Barbara L. Beeler | $ 83,367.45 | $ 14,053.54 | $ 283.81 |
| 410 | Kathleen R. O'Rourke | $ 149,963.01 | $ 25,279.78 | $ 510.54 |
| 411 | Akrawi Trust c/o William Akrawi | $ 1,028,263.01 | $ 173,337.83 | $ 3,500.65 |
| 412 | Akrawi Pension c/o William Akrawi | $ 1,326,734.25 | $ 223,652.15 | $ 4,516.78 |
| 413 | Keith & Janet Newman | $ 265,657.53 | $ 41,591.00 | $ 4,096.22 |
| 414 | Ray & Marna Polhill | $ 234,434.02 | $ 39,519.35 | $ 798.11 |
| 415 | Elementary Solutions c/o William Akrawi | $ 117,867.12 | $ 19,869.27 | $ 401.26 |
| 416 | Barbara Camp | $ 25,271.23 | $ 4,260.06 | $ 86.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 418 | Brian Kelmar | $ 30,000.00 | $ 5,057.20 | $ 102.13 |
| 419 | Liquidity Solutions Inc., Assignee | $ 35,377.00 | $ 5,963.62 | $ 120.44 |
| 420 | Eric J. Moss | $ 8,010.29 | $ 1,253.97 | $ 123.62 |
| 421 | World Medics, Inc. c/o Stanton Appleton | $ 137,030.69 | $ 23,099.73 | $ 466.51 |
| 422 | Stanton Appleton Pension et al c/o Stanton | $ 85,922.35 | $ 14,484.23 | $ 292.51 |
| 423 | Anastasia Albert | $ 67,378.25 | $ 11,358.18 | $ 229.39 |
| 424 | Muth/Appleton c/o Stanton Appleton | $ 32,744.03 | $ 5,519.77 | $ 111.48 |
| 425 | Bertha Glanzer Estate c/o Stanton Appleton | $ 94,680.76 | $ 15,960.66 | $ 322.34 |
| 426-2 | PJ Simpson Revocable Living Trust c/o Peggy | $ 15,957.95 | $ 2,690.09 | $ 54.33 |
| 428 | Rebecca M. Clover | $ 0.00 | $ 0.00 | $ 0.00 |
| 429 | ROBERT & IVY CLARK | $ 38,052.58 | $ 6,414.65 | $ 129.56 |
| 430 | David Beeler | $ 54,550.20 | $ 9,195.71 | $ 185.71 |
| 431 | Mike J. Guerrero | $ 56,286.56 | $ 9,488.42 | $ 191.62 |
| 432 | Barbara L. Rubin | $ 61,350.68 | $ 10,342.09 | $ 208.87 |
| 433 | James and Rebecca Clover | $ 79,801.30 | $ 13,452.38 | $ 271.68 |
| 434 | Donald & Carol Monette | $ 59,829.79 | $ 10,085.71 | $ 203.69 |
| 435 | ASM SPV, L.P., Assignee | $ 186,797.96 | $ 31,489.17 | $ 635.95 |
| 436 | Sandra L. Badillo | $ 76,079.29 | $ 12,824.95 | $ 259.00 |
| 437 | Fair Harbor Capital, LLC | $ 175,061.63 | $ 29,510.74 | $ 595.99 |
| 438 | AMERICAN PACIFIC FINANCIAL GROUP II LTD. | $ 21,227,500.00 | $ 3,578,392.61 | $ 72,267.66 |
| 439 | Mercer Pension c/o Tom Mercer | $ 2,571,298.98 | $ 433,452.70 | $ 8,753.82 |
| 440 | Priscilla Chase | $ 179,605.71 | $ 30,276.75 | $ 611.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 441 | AMERICAN PACIFIC VENTURE FUND LTD. | $ 4,543,000.00 | $ 765,829.12 | $ 15,466.35 |
| 442 | AMERICAN PACIFIC FINANCIAL GROUP LTD | $ 30,516,500.00 | $ 5,144,271.26 | $ 103,891.46 |
| 443 | RAY AND JOAN BROWN | $ 344,499.92 | $ 58,073.54 | $ 1,172.82 |
| 444 | ASM Capital V, L.P., Assignee | $ 231,150.79 | $ 38,965.88 | $ 786.94 |
| 445 | ASM Capital V, L.P., Assignee | $ 192,404.23 | $ 16,223.75 | $ 16,865.52 |
| 446 | William R. Riehl Trust c/o Robert T. Riehl | $ 191,651.48 | $ 32,307.35 | $ 652.47 |
| 447 | Beeler Foundation | $ 200,000.00 | $ 33,714.69 | $ 680.88 |
| 448 | ROBERT T. RIEHL | $ 1,457,138.53 | $ 245,634.85 | $ 4,960.74 |
| 449 | THOMAS AND SHIRLEY MERCER | $ 741,478.04 | $ 124,993.50 | $ 2,524.32 |
| 450 | June Beeler Trustee | $ 216,999.60 | $ 36,580.37 | $ 738.76 |
| 451 | ASM Capital V, L.P., Assignee | $ 223,566.97 | $ 18,851.44 | $ 19,597.13 |
| 452 | BEELER FAMILY PARTNERSHIP | $ 232,545.02 | $ 39,200.91 | $ 791.69 |
| 453 | BEELER FAMILY PARTNERSHIP | $ 398,013.70 | $ 67,094.54 | $ 1,355.01 |
| 454 | Zech Survivors Trust | $ 113,945.32 | $ 19,208.15 | $ 387.92 |
| 455 | Ivan & Patricia Hoffard | $ 102,986.63 | $ 17,360.81 | $ 350.61 |
| 456 | Jenna Zech | $ 10,406.85 | $ 1,001.96 | $ 787.79 |
| 459 | Michael Bryce Svedin | $ 2,025.70 | $ 341.48 | $ 6.89 |
| 460 | Chelsea Stakkeland Harris | $ 13,541.93 | $ 2,122.76 | $ 206.15 |
| 461 | Michael & Melanie Svedin | $ 15,247.81 | $ 2,570.38 | $ 51.91 |
| 464 | Donald & Marilyn Darling | $ 703,628.64 | $ 110,297.25 | $ 10,711.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 465 | Williams Law Firm, PC c/o J. Craig Williams, Esq. | $ 0.00 | $ 0.00 | $ 0.00 |
| 466 | Robbie J Robinson & Emma S Robinson | $ 291,312.47 | $ 49,107.54 | $ 991.75 |
| 468 | Joseph and Cecilia Colantonio | $ 102,095.89 | $ 17,210.65 | $ 347.59 |
| 469 | HOCK C. HWAN | $ 156,995.39 | $ 26,465.25 | $ 534.49 |
| 470 | MABLE B. GREER | $ 186,472.59 | $ 31,434.33 | $ 634.82 |
| 471 | Hain Capital Investors, LLC, Assignee | $ 104,325.55 | $ 17,586.52 | $ 355.17 |
| 472 | Gene Arthur Rogers | $ 80,163.00 | $ 12,565.94 | $ 1,220.32 |
| 474 | SUSAN M. SCHRECENGOST TST | $ 49,876.71 | $ 8,407.89 | $ 169.81 |
| 476 | Mark & Sandra Williams | $ 76,265.02 | $ 12,856.26 | $ 259.63 |
| 477 | LEE MCINTYRE | $ 96,748.40 | $ 16,309.21 | $ 329.37 |
| 478 | Gus F. Nelson U.Cr Tst | $ 406,343.22 | $ 68,498.67 | $ 1,383.37 |
| 479 | BRANDI STAFFORD | $ 8,010.29 | $ 1,350.32 | $ 27.27 |
| 481 | Curtis & Erma Hickey | $ 157,126.40 | $ 26,487.34 | $ 534.92 |
| 482 | Joanna Stoffel | $ 10,281.35 | $ 1,733.16 | $ 35.01 |
| 485 | Zinner Trust | $ 522,653.62 | $ 88,105.52 | $ 1,779.34 |
| 492 | New York State Department of Environmental | $ 0.00 | $ 0.00 | $ 0.00 |
| 495 | WARREN F. ERICKSON | $ 260,187.75 | $ 43,860.74 | $ 885.80 |
| 502 | MARY SNEDDEN | $ 119,485.73 | $ 20,142.12 | $ 406.78 |
| 503 | MARGARITA A. MCCARLEY | $ 61,515.07 | $ 10,369.81 | $ 209.43 |
| 504 | ARMANDINA GRIMALDO | $ 55,363.56 | $ 9,332.83 | $ 188.47 |
| 505 | MARTA & MARGARITA WHYRICK MARTA E. WHYRICK | $ 60,701.37 | $ 10,232.64 | $ 206.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 507 | B. ALLAN & LILLIAN JONES | $ 15,367.39 | $ 2,590.53 | $ 52.32 |
| 511 | Hain Capital Investors, LLC, Assignee | $ 109,908.00 | $ 18,527.57 | $ 374.18 |
| 512 | Hain Capital Investors, LLC, Assignee | $ 265,876.71 | $ 44,819.75 | $ 905.16 |
| 513 | Hain Capital Investors, LLC, Assignee | $ 200,000.00 | $ 33,714.69 | $ 680.88 |
| 519 | NONA VINYARD | $ 100,000.00 | $ 16,857.34 | $ 340.45 |
| 528 | CAROLYN KRUGGEL | $ 44,861.00 | $ 7,562.37 | $ 152.73 |
| 534 | DENISE AND CHARLES DRERUP | $ 59,405.00 | $ 10,014.10 | $ 202.25 |
| 535 | JUDY ANN WALTMAN BOSIC | $ 39,289.86 | $ 6,623.23 | $ 133.75 |
| 539 | Genevieve Parker c/o Holesinger Law Offices | $ 46,783.99 | $ 7,886.54 | $ 159.27 |
| 540 | NYLLA SCHMOKER | $ 48,610.10 | $ 8,194.37 | $ 165.49 |
| 542 | RUTH ADA MOORE | $ 155,679.56 | $ 26,243.44 | $ 530.00 |
| 543 | ROSELLEN KIMBROUGH | $ 26,750.00 | $ 4,509.34 | $ 91.06 |
| 546 | Hain Capital Investors, LLC, Assignee | $ 32,703.00 | $ 5,512.86 | $ 111.33 |
| 550 | WILLIE E. AND WILLIE M. SHARPE | $ 100,000.00 | $ 16,857.34 | $ 340.45 |
| 551 | LISA COULTER CARRISOZA | $ 12,674.58 | $ 2,136.60 | $ 43.15 |
| 561 | Verna E. Schutt c/o Peggy Trujillo | $ 99,929.07 | $ 16,845.39 | $ 340.20 |
| 564 | DORIS F. HAMRE C/O GLORIA WEBB | $ 151,627.40 | $ 25,560.35 | $ 516.20 |
| 566 | TRACEY D. BOYLE | $ 11,363.22 | $ 0.00 | $ 1,954.23 |

Total to be paid to timely general unsecured creditors          $          817,997.44

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 5,630,243.83 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 427 | JASON WASHBURN | $ 10,344.11 | $ 0.00 | $ 0.00 |
| 457 | Monte L. Hurd | $ 41,289.41 | $ 0.00 | $ 0.00 |
| 458 | Carol Louise Baker Someday | $ 57,134.29 | $ 0.00 | $ 0.00 |
| 462 | LAEL R. MCCLELAN JAGGI | $ 10,938.51 | $ 0.00 | $ 0.00 |
| 463 | LINDA WATSON | $ 28,311.63 | $ 0.00 | $ 0.00 |
| 467 | Margaret Scheider | $ 23,213.60 | $ 0.00 | $ 0.00 |
| 473 | SUSAN YOUNGBERG HARBOLDT | $ 0.00 | $ 0.00 | $ 0.00 |
| 475 | Frank H. Nickel | $ 150,000.00 | $ 0.00 | $ 0.00 |
| 480 | Mark & Elisa  White | $ 27,420.92 | $ 0.00 | $ 0.00 |
| 483 | NITA ANDERSON | $ 0.00 | $ 0.00 | $ 0.00 |
| 486 | Cynthia Darling | $ 53,966.69 | $ 0.00 | $ 0.00 |
| 487 | Rosemarie Barnett | $ 80,062.88 | $ 0.00 | $ 0.00 |
| 488 | LINDA BACA | $ 127,810.67 | $ 0.00 | $ 0.00 |
| 489 | B. ANN COZIAHR | $ 0.00 | $ 0.00 | $ 0.00 |
| 490-1 | Russ & Joanne Ruhl | $ 0.00 | $ 0.00 | $ 0.00 |
| 490-2 | Russell H. & Joanne M. Ruhl | $ 2,498,012.00 | $ 0.00 | $ 0.00 |
| 491 | SWASTI BHATTACHARYYA | $ 9,746.99 | $ 0.00 | $ 0.00 |
| 494 | DOT S. YOUNGBERG | $ 0.00 | $ 0.00 | $ 0.00 |
| 496 | Suman Agarwal | $ 0.00 | $ 0.00 | $ 0.00 |
| 497 | Suman Agarwal Suv Tst 1999 c/o Suman Agarwal | $ 110,500.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 498 | MARLENE MAE BRUGGE | $ 0.00 | $ 0.00 | $ 0.00 |
| 499 | BRADLEY J. CRANDALL | $ 11,289.55 | $ 0.00 | $ 0.00 |
| 500 | J. STEVENSON ESTATE C/O BRAD CRANDALL | $ 33,305.34 | $ 0.00 | $ 0.00 |
| 501 | ALBERTA LOU MANZO ESTATE C/O AARON MOSS EXECUTOR | $ 51,348.26 | $ 0.00 | $ 0.00 |
| 506 | RANDAL KASAMOTO | $ 0.00 | $ 0.00 | $ 0.00 |
| 508 | B. ALLAN JONES | $ 0.00 | $ 0.00 | $ 0.00 |
| 509 | LILLIAN JONES | $ 0.00 | $ 0.00 | $ 0.00 |
| 510 | B. ALLAN JONES | $ 0.00 | $ 0.00 | $ 0.00 |
| 514 | ALECIA J. RDZAK | $ 0.00 | $ 0.00 | $ 0.00 |
| 515 | MARK & SANDRA WILLIAMS | $ 0.00 | $ 0.00 | $ 0.00 |
| 516 | STEPHEN F & OKI GROB | $ 0.00 | $ 0.00 | $ 0.00 |
| 517 | PAUL & SHARON SLOWIK | $ 0.00 | $ 0.00 | $ 0.00 |
| 518 | ELLEN KAYE SVEDIN TRUST | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 520 | KURT N. KNERR | $ 59,489.06 | $ 0.00 | $ 0.00 |
| 521 | Alpha Lynette Borden | $ 30,605.00 | $ 0.00 | $ 0.00 |
| 522 | CATHERINE LUDWIG | $ 0.00 | $ 0.00 | $ 0.00 |
| 523 | CAROLYN KRUGGEL | $ 0.00 | $ 0.00 | $ 0.00 |
| 524 | CAROLYN KRUGGEL | $ 0.00 | $ 0.00 | $ 0.00 |
| 525 | PAUL SLOWIK AND SHARON SLOWIK | $ 180,661.64 | $ 0.00 | $ 0.00 |
| 526 | CATHERINE LUDWIG | $ 19,486.46 | $ 0.00 | $ 0.00 |
| 527 | CAROLYN & MICHAEL KRUGGEL | $ 0.00 | $ 0.00 | $ 0.00 |
| 529 | EMILY HAMMOND | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 530 | H. CHARLES MCKELVEY | $ 123,536.59 | $ 0.00 | $ 0.00 |
| 531 | ALPHA LYNETTE BORDEN | $ 0.00 | $ 0.00 | $ 0.00 |
| 532 | GUY T. COFFER | $ 31,013.00 | $ 0.00 | $ 0.00 |
| 533 | RODNEY & JEAN KOENIG | $ 8,192.00 | $ 0.00 | $ 0.00 |
| 534U | DENISE AND CHARLES DRERUP | $ 0.00 | $ 0.00 | $ 0.00 |
| 536 | GLEN & CLARICE SHARP TST | $ 106,709.84 | $ 0.00 | $ 0.00 |
| 537 | JOHN D. BRANCH | $ 0.00 | $ 0.00 | $ 0.00 |
| 538 | EG Williams Estate c/o Joan Williams | $ 146,085.25 | $ 0.00 | $ 0.00 |
| 541 | GREGORS & ELIZABETH WISE | $ 95,299.59 | $ 0.00 | $ 0.00 |
| 544 | RONALD & HELEN FORD | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 545 | EMILY HAMMOND | $ 200,226.01 | $ 0.00 | $ 0.00 |
| 547 | ERNA ELLIOTT | $ 49,929.87 | $ 0.00 | $ 0.00 |
| 548 | JOHN AND RUTH FABEL | $ 9,811.72 | $ 0.00 | $ 0.00 |
| 549 | HENRY R. VALENZUELA | $ 24,358.00 | $ 0.00 | $ 0.00 |
| 552 | HARLAN & RAMONA ZARING | $ 12,673.18 | $ 0.00 | $ 0.00 |
| 553 | ALINE N. MORR | $ 97,600.00 | $ 0.00 | $ 0.00 |
| 554 | Medhat El Faizy, M.D. Inc. Pension Plan | $ 44,000.00 | $ 0.00 | $ 0.00 |
| 555 | Louis G. & Judy A. Gutierrez c/o Craig A. | $ 18,335.81 | $ 0.00 | $ 0.00 |
| 556 | SUSAN E. and ROBERT K. DICKINSON | $ 132,759.99 | $ 0.00 | $ 0.00 |
| 557 | HOBBS FAMILY TRUST | $ 4,682.18 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 558 | Verna E. Schutt c/o Peggy Trujillo | $ 0.00 | $ 0.00 | $ 0.00 |
| 559 | KUMAR FAMILY TRUST | $ 460,896.15 | $ 0.00 | $ 0.00 |
| 560 | MCCLENDON FAMILY TRUST | $ 0.00 | $ 0.00 | $ 0.00 |
| 562 | DORIS F. HAMRE C/O GLORIA WEBB | $ 0.00 | $ 0.00 | $ 0.00 |
| 563 | JOHN EDWARD CHAMPION | $ 68,177.81 | $ 0.00 | $ 0.00 |
| 565 | WILBERT & JOANN GONZALEZ | $ 336,000.00 | $ 0.00 | $ 0.00 |
| 567 | BARBARA M. WURTZ | $ 25,019.83 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/W. Donald Gieseke
Bankruptcy Trustee

*W. Donald Gieseke, Trustee*
*18124 Wedge Parkway*
*Suite 518*
*Reno, NV 89511*

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

1

## <u>CERTIFICATE OF SERVICE</u>

2

Pursuant to FRCP 5(b), I certify that I, Mary Jo Gieseke, an employee of W. Donald Gieseke,
Trustee, 18124 Wedge Pkwy., Suite 518, Reno, Nevada 89511 served a true and correct copy of
the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR
COMPENSATION AND DEADLINE TO OBJECT (NFR)** to the names listed as below:

3

4

5

**OFFICE OF THE UNITED STATES TRUSTEE:**
Via ECF System

6

7

**CREDITORS AND OTHER PARTIES OF INTEREST**
     **On the parties and addresses set forth on the attached mailing list by placing
a true copy thereof for collection and mailing in the United States Mail, at
Reno, Nevada, first class mail, postage paid on August 13, 2019.**

8

9

10

Dated this 13th day of August, 2019

11

<em>/s/ Mary Jo Gieseke</em><br>Mary Jo Gieseke

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Akrawi Pension %William Akrawi
25721 Nellie Gail Road
Laguna Hills, CA 92653-6135

Alan Polhill
P.O. Box 818
Milledgeville, IL 61051-0818

ALBERT AND EUNICE BOSCOF
70 DEVON DRIVE
READING, PA 19606-9557

Alecia J. Rdzak
8981 Opus Drive
Las Vegas, NV 89117-5730

ALECIA RZDAK
6334 CREBS AVE.
TARZANA, CA 91335-6819

Alex Valenzuela Estate
1947 Atlantida Drive
Hacienda Heights, CA 91745-4218

Alice M. Alderete
1109 Finegrove Avenue
HaciendaHeights, CA 91745-2012

Aline N. Morr
7070 Grelot Road, #117
Mobile, AL 36695-2643

ALINE SHORE
C/O ELINOR NEAFSEY
389 GIFFORD STREET
FALMOUTH, MA 02540

ALLEN POLHILL
P.O. BOX 818
MILLEDGEVILLE, IL 61051-0818

Allen W. Mohr
7334 Hawkstone Avenue SW
Port Orchard, WA 98367-7631

ALPHA LYNETTE BORDEN
178 LAKESIDE LANE
NORTH ADAIR, OK 74330-3087

AMBER SAYLOR
8713 OUIDA DR
RIVERSIDE, CA 92503-4033

American Pacific Advisors
22365 Barton Raod, Suite 210
Grand Terrace, CA 92313-5070

AMERICAN PACIFIC FINANCIAL CORPORATION
23452 EL GRECO STREET
MISSION VIEJO, CA 92692-1620

AMERICAN PACIFIC FINANCIAL GROUP II LTD.
533 VAN GORDON STREET
LAKEWOOD, CO 80228-1208

AMERICAN PACIFIC FINANCIAL GROUP LTD.
P.O. BOX 742
COLTON, CA 92324-0742

AMERICAN PACIFIC FINANCIAL GROUP LTD
22365 BARTON ROAD, STE 210
GRAND TERRACE, CA 92313-5070

American Pacific Larry Pohill
178 Lakeside Lane North
Adair, OK 74330-3087

AMERICAN PACIFIC VENTURE FUND LTD.
7380 S. EASTERN #150
LAS VEGAS, NV 89123-1550

AMY D SMITH
1367 EAST DECATUR AVENUE
LAS VEGAS, NV 93720-2625

ANDREA CALL
14044 OAKLEY DRIVE
RIVERSIDE, CA 92503-7229

Ann D. Dredla
5515 Quince Street
Riverside, CA 92506-3360

ANN MOEST
612 WOODBRIDGE LANE
FREEPORT, IL 61032-1405

Annalise Mihaljavic
24611 La Vida Drive
Laguna Niguel, CA 92677-1977

ANNE H. COLE (HAYDEN)
3 FINCH DRIVE
TOPSHAM, ME 04086-1672

ANNELISE MIHALJEVIC
24611 LA VIDA DRIVE
LAGUNA NIGUEL, CA 92677-1977

Annemarie & Dennis Glenn
549 Canyon View Drive
Golden, CO 80403-1488

ANNETTE GIRD
POB 2452
PLACERVILLE, CA 95667-2452

Anthony Encarnacao Estate
2061 Pine Knoll #1
Walnut Creek, CA 94595-2152

ANTHONY ENCARNACAO ESTATE
% VIRGINIA XAVIER
2061 PINE KNOLL #1
WALNUT CREEK, CA 94595-2152

ANTHONY ENCARNACO ESTATE
VIRGINIA XAVIER, TRUSTEE
2061 PINE KNOLL #1
WALNUT CREEK, CA 94595-2152

ARDEN POLHILL
22 OLD FORT DRIVE
HILTON HEAD ISLAND, SC 29926-2698

Argo Partners
12 West 37th Street
New York, NY 10018-7381

ARGO PARTNERS
12 WEST 37TH ST. , 9TH FLR
NEW YORK, NY 10018-7381

Argo Partners as Assignee of Gus Argeris
12 West 37th Street, 9th Floor
New York, NY 10018-7480

Argo Partners as Assignee of Robert Everett
12 West 37th Street, 9th Floor
New York, NY 10018-7480

Armandina Grimaldo
647 Onley Drive
Vista, CA 92083-3427

ARMSTRONG TEASDALE LLP
JAMES PATRICK SHEA, ESQ.
SCOTT D. FLEMING, ESQ.
3770 HOWARD HUGHES PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89169-0914

ARNOLD TRUJILLO
2686 TOWNSGATE ROAD
WESTLAKE VILLAGE, CA 91361-2701

ARTHUR G. MCDONNELL
801B COVENTRY LANE
STERLING, IL 61081-9000

Ashton Asensio
1019 Northoak Drive
Walnut Creek, CA 94598-1332

ASHTON ASENSIO
79812 DANIELLE COURT
LA QUINTA, CA 92253-8149

ASM CAPITAL IV,L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM CAPITAL, L.P.
7600 JERICHO TPKE, SUITE 302
WOODBURY, NY 11797-1705

ASM CAPITALl V, L.P.
7600 JEERICHO TURNPIKE, STE 302
WOODBURY, NY 11797-1705

ASM SPV, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

AVIE & MARGO CHURCHWELL
226 LIBERTY AVE
CHELSEA, AL 350043

B. Allan & Lillian Jones
PO Box 2580
LaPine, OR 97739-2580

B. Allan Jones
152911 Stirrup Dr
La Pine, OR 97739-9365

BARBARA ANN COZIAHR
38841 S. STONE WOOD DRIVE
TUCSON, AZ 85739-1737

Barbara Beeler
8599 Via Mallorcha, Unit F
LaJolla, CA 92037-2564

Barbara Camp
P.O. Box 1201
Freeport, IL 61032-1201

BARBARA G SWITZER TRUST
522 LIME ST
REDLANDS, CA 92374-5313

Barbara Jenkins Estate C/O Jill Bruneau
10102 Mallow Drive
Moreno Valley, CA 92557-2829

Barbara L. Rubin
2782 Meredith
Orange, CA 92867-2165

BARBARA LASCO
2840 W SCIOTO MILLS RD.
FREEPORT, IL 61032-8326

BARBARA M. WURTZ
12799 EASTERN SHORE DR.
EASTVALE, CA 92880-3457

BARBARA R.EDDY
2400 KALMIA AVE.
BOULDER, CO 80304-1933

BARBARA RUBIN
2782 MEREDITH
ORANGE, CA 92867-2165

BARBARA ZINNER
P.O. BOX 463075
ESCONDIDO, CA 92046-3075

Barry & Theresa Lasco
581 Barley Ridge Trail
Freeport, IL 61032-2826

BEELER FAMILY PARTNERSHIP
BECKY KNICKEL, PARTNER
7304 PARKSHIRE AVE
DALLAS, TX 75231-4737

BEELER FOUNDATION
BECKY KNICKEL, TREASURER
7304 PARKSHIRE AVENUE
DALLAS, TX 75231-4737

BENITO & JUANITA QUINTANA
1395 E. RUNAWAY BAY DRIVE
CHANDLER, AZ 85249-8596

BENNETT AND DONNA BRATLEY
1140 FRANKLIN DRIVE
KINGMAN, AZ 86401-5418

Bertha Glanzer
8014 Barron
Takoma Park, MD 20912-7366

BERTHA GLANZER ESTATE
C/O STANTON APPLETON
23831 FERN STREET
COLTON CA 92324-9766

Bertha Ronquillo
17117 E. 8th Avenue, Apt. 218
Greenacres, WA 99016-9334

BERTHA RONQUILLO
C/O CAROL ESQUIVEL
P.O. BOX 46
LIBERTY LAKE, WA 99019-0046

Betty S. Jones
71 Lafayette Street
Stafford, VA 22554-7699

Betty Weatherspoon
C/O Doran Wheeler
P.O. Box 767
Weiser, ID 83672-0767

BETTY WEATHERSPOON OR DORAN WHEELER
815 ISLAND RD.
WEISER ID 83672-5087

Beverly J. Roberts Trust
30620 Palo Alto Drive
Redlands, CA 92373-7635

BEVERLY SUE RICHARDSON
2492 SHADOW RIDGE LANE
ORANGE, CA 92867-2050

Bob and Elaine Lincoln
635 W. 5th
Weiser, ID 83672-1740

BOBBIE COULTER
8385 STUP END CIR.
BRADLEY, CA 93426-9648

BONNIE TOWNSEND
1619 IRVINE COURT
REDLANDS, CA 92373

Brad & Sherylle Martin
508 Marilyn Lane
Redlands, CA 92373-7330

BRADLEY J. CRANDALL
3675 BLACK FEATHER TRAIL
CASTLE ROCK, CO 80104

BRANDI M STAFFORD
6917 WOODCOCK LANE
SPOTSYLVANIA, VA 22553

Brenda Castellanos Nash
30872 Hunt Club Dr.
San Juan Capo, CA 92675-1916

Brian & Elizabeth Holm Trust
187 W. Mission Ct.
Corona, CA 92882-5230

Brian Kelmar
502 Cynthia Street
Beaumont, CA 92223-4700

BRIAN KORNREICH
ALLIANCE RESEARCH & RECOVERY, INC.
784 MORRIS TURNPIKE, SUITE 104
SHORT HILLS, NJ 07078-2698

Brian Norton
111 Hudders Creek Way
Simpsonville, SC 29680-3543

Bridget Jaynes %Bill Leach
3306 Black Stallion Court
Zebulon, NC 27597-5517

Bruce K. Anderson
379 Hill Road
Weiser, ID 83672-5791

Bud A. Brakey
2540 E. Floyd Avenue
Englewood, CO 80113-7601

BUSCHLEN LVING TRUST
C/O  DWIGHT & MARY LOU BUSCHLEN
3605 BUCHANAN STREET
RIVERSIDE, CA 92503-4886

BYRON L. REESER
3718 N. IRIS HILL ROAD
SCIOTO MILLS, IL 61032

C.H.S. PARTNERSHIP
C/O DENNIS POLHILL
49 S. LOOKOUT MTN ROAD
GOLDEN, CO 80401-9529

Capital Foods, LLC
7380 S. Eastern, Suite 150
Las Vegas, NV 89123-1550

Carl & Loucindy Bessey
6934 Coolidge Avenue
Riverside, CA 92506-4105

CARL H NELSON
1504 24TH STREET
STERLING, IL 61081-1446

Carol A. Bushee
202 County Road NW 1012
Mt. Vernon, TX 75457-6171

CAROL CRAMER
2974 TROON COURT
ROCKFORD, IL 61114-6482

CAROL JANOUSEK
PO BOX 776153
STEAMBOAT SPRINGS, CO 80477-6153

CAROL JANOUSEK
27691 SILVER SPURT STREET
STEAMBOAT SPRINGS, CO 80487-8406

CAROL L. DAVIDSON
2490 BRAYTON AVENUE, APT. 0-1
ALLIANCE, OH 44601-4999

CAROL LOUISE BAKER SOMERDAY
12641 PATRICIA PLACE
AURBURN, CA 95603-3503

CAROL WHEELER
2135 BISHOP ROAD
FRUITLAND, ID 83619-5033

CAROLYN & MICHAEL KRUGGEL
20699 SAGE STREET
PERRIS, CA 92570-7548

Carolyn Connor Loisel
445 Mission Twin Buttes Road
Green Valley, AZ 85622-8316

Catherine Larsen
2155 Grant Avenue #152
Ogden, UT 84401-1579

Catherine Ludwig
3013 Shadid Drive
Colton, CA 92324-9759

CECILIA COLANTONIO
252 LOS PADRES DRIVE
THOUSAND OAKS, CA 91361-1334

CHADE PERDUE
520 GUSTY TRAIL
PEARL CITY, IL 61062-8801

Charles & Denise Drerup
1645 E. 9th Street
Weiser, ID 83672-1415

Charles E. McCamey
7908 Lyons Street
Hesperia, CA 92345-7030

Chelsea Stakkeland Harris
272 Horseshoe Bend
Lyman, WY 82937-9090

Cheryl Von Tungein
Theoria Heise Estate
41111 Indigo Way
Palmdale, CA 93551-1201

CHRISTINE CARTER
26209 LEOS TRL.
SUN CITY, CA 92586-3786

CITY OF CHICAGO
MARA S. GEORGES
ASSISTANT CORPORATION COUNSEL
30 N. LASALLE ST., 7TH FLOOR
CHICAGO, IL 60602-2503

CLARICE E SHARP
9030 LA SERENA DRIVE
FAIR OAKS, CA 95628-6649

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 SO. GRAND CENTRAL PKWY.
P.O. BOX 551401
LAS VEGAS, NV  89155-1401

Clausen Incorporated
529 State Street
Weiser, ID 83672-1960

Cora Fowler (Deceased)
c/o Donna Davis as Trustee
for the Cora Fowler Trust
6966 Ranch View Dr.
Riverside, CA 92506-5675

Counsel for Creditors
Michael I. Gottfried
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067-2309

COUNTY OF SAN BERNARDINO
OFFICE OF THE TAX COLLECTOR
172 WEST THIRD STREET
SAN BERNARDINO, CA 92415-0320

Craig A. Bernstein
Law Office of Craig A. Bernstein
3710 Rawlins St., Suite 1300
Dallas, TX 75219-4238

Curtis & Erma Hickey
1832 Weiser River Road
Weiser, ID 83672-5367

Cynthia Darling
3393 Durahart Street
Riverside, CA 92507-3460

CYNTHIA LASCO
3120 N. GREENFIELD DRIVE
FREEPORT, IL 61032

CYNTHIA TESTA
27051 HIDDEN TRAIL RD
LAGUNA HILLS, CA 92653-5806

Dakota Farms, LLC
7380 S Eastern, Suite 150
Las Vegas, NV 89123-1550

Dambacher, Trujillo & Wright
32 N Washington Street
Sonoma, CA 95370-4709

Daniel & Paulette Stitzel
104 N. Maple Lane
Lanark, IL 61046-9113

Daniel & Sandra Derieg
3359 N. Summerfield Way
Meridian, ID 83646-5582

DANIEL H JOYE
7444 W. CAROL
PERORIA, AZ 85345-7217

DARLENE A LOSCO
1120 HILLCREST DR
FREEPORT, IL 61032-6624

DARLENE POLHILL
C/O DENNIS POLHILL
49 S. LOOKOUT MTN RD
GOLDEN, CO 80401-9529

DARLYS JEAN ROBERTSON
ON BEHALF OF MABEL GREER
9825 WEST ECHO LANE
PEORIA, AZ 85345-3723

DARREL OR BEVERLY WOOSLEY
1139 VIA DEL MESA
HEMET, CALIF. 92543-6955

DARRELL D. STITZEL
26711 IL ROUTE 72
SHANNON, IL 61078-9217

Darrell Henrichs
2914 Stanton Road SE
Conyers, GA 30094-2654

David & Betty McNair
1975 Canciones Del Cielo
Vista CA 92084-3645

David & Betty McNair
1902 Corre Camino
Vista, CA 92084-2848

David & Jill Bruneau
10102 Mallow Drive
Moreno Valley, CA 92557-2829

David & Judi McElroy
1850 Arroyo Drive
Riverside, CA 92506-1605

David & Kerri McComb
7335 Harding Court
Highland, CA 92346-5374

David & Lana Call
154 Mission Grove Parkway
Riverside, CA 92506-6227

David & Laurel Tustison
200 Norwich Court
Lake Bluff, IL 60044-1914

David & Ronda Nowlin
831 Island Road
Weiser, ID 83672-5087

David Beeler
11420 Game Preserve Road
Gaithersburg, MD 20878-1013

DAVID CALL
154 MISSION GROVE PARKWAY
RIVERSIDE, CA 92506-6227

David Paul Steiner
244 Sunlit Cove Drive NE
St Petersburg, FL 33702-3230

David R McClendon Estate
P.O. Box 70114
Point Richmond, CA 94807-0114

DAVID R. MCCLENDON ESTATE
C/O DAVID MCCLENDON
P.O. BOX 416
BELFAST, ME 04915-0416

DAVID SLADEK
PO BOX 776153
STEAMBOAT SPRINGS, CO 80477-6153

DAVID SLADEK
27691 SILVER SPUR STREET
STEAMBOAT SPRINGS, CO 80487-8406

DAVID TUSTISON
200 NORWICH CT.
LAKE BLUFF, IL 60044-1914

DAVIS PENSION
C/O THOMAS L. DAVIS M.D.
4646 BROCKTON AVENUE, SUITE 201
RIVERSIDE, CA 92506-0104

DEAN POLHILL
304 DAWN ISLAND CT
CHAPIN, SC 29036-7742

DEAN WRIGHT
FOR GENEVIEVE PARKER
9948 E. PARKER RD.
STOCKTON, IL 61085

Debi MacVie
446 Iris
Redlands, CA 92373-5653

DEBORAH POLHILL
49 S. LOOKOUT MTN ROAD
GOLDEN, CO 80401-9529

Delmar Reiter Estate
38 N. Bolton Road
Freeport, IL 61032-8805

DELORIS TRUJILLO
2686 TOWNSGATE ROAD
WESTLAKE VILLAGE, CA 91361-2701

Dennis & Deborah Polhill
49 Lookout Mountain
Golden, CO 80401

Dennis & Inez Coon
1365 Hwy 95 North
Weiser, ID 83672-5511

Dennis & Lucia Walker
1440 Arizona Place
Lake HavasuCity, AZ 86406-8061

DENNIS AND ANNEMARIE GLENN
1969 DENVER WEST DR. #1013
GOLDEN, CO 80401-3162

Dennis Deapen
3425 E. Cortez Street
West Covina, CA 91791-3053

Dennis Mikkelson
522 Lime Street
Redlands, CA 92374-5313

DENNIS POLHILL TRUST
49 S. LOOKOUT MOUNTAIN RD
GOLDEN CO 80401-9529

DENNIS WALKER
1440 ARIZONA PL
LAKE HAVASU CITY, AZ 86406-8061

DEPT. OF EMPLOY., TRAINING & REHAB.
EMPLOYM
500 EAST THIRD STREET
CARSON CITY, NV 89713-0001

Derrick & Jessica Bagley
648 E. Lehi Road
Mesa, AZ 85203-1860

Dick & June Patterson
PMB 448, 374 East H, Ste A
Chula Vista, CA 91910-7496

DICK PATTERSON
374 E. 'H' STR. #A-448
CHULA VISTA, CA 91910-7484

DILKS & KNOPIK, LLC
BRIAN J. DILKS
35308 SE CENTER ST
SNOQUALMIE, WA 98065-9216

DIXIE PACKARD
2205 EDGEWATER PLACE
CHAMPAIGN, IL 61822-7658

DOLORIS A. STITZEL
26711 IL ROUTE 72
SHANNON, IL 61078-9217

Don & Carol Wheeler
2135 Bishop Avenue
Fruitland, ID 83619-5033

DON O. HAMMERLUND
P.O. BOX 43
CHARLOTTE HALL, MD 20622-0043

Donald & Annette Gird
2034 Erie Street
San Diego, CA 92110-3403

Donald & Carol Kurtz
402 NE Oakview Drive
Estacada, OR 97023-9311

Donald & Carol Monette
1266 Fairway Oakes
Banning, CA 92220-6412

Donald & Estelle Shay
1363 Rimroad
Riverside, CA 92506-5558

DONALD AND ANNETTE GIRD
POB 2452
PLACERVILLE, CA 95667-2452

Donald Bosic
2400 Knob Hill Drive
Riverside, CA 92506-3439

Donald E. Robertson
1452 S. Oak Avenue
Freeport, IL 61032-6443

Donald Gainey
2021 Ceylon Road
Pensacola, FL 32526-3841

DONALD GIRD
POB 2452
PLACERVILLE, CA 95667-2452

DONALD J. AND BLAYNE I. BOSIC
2400 KNOB HILL DRIVE
RIVERSIDE, CA  92506-3439

Donald Schriner
30081 Elm Road
Lanark, IL 61046-9064

DONALD WHELLER
2135 BISHOP ROAD
FRUITLAND, ID 83619-5033

DONNA M BRATLEY
1140 FRANKLIN DR
KINGMAN, AZ 86401-5418

Donna Polhill
836 W. Empire
Freeport, IL 61032-6270

Doran & Teresa Wheeler
815 Island Road
Weiser, ID 83672-5087

DORAN WHEELER
815 ISLAND ROAD
WEISER, ID 83672-5087

DORIS F. HAMRE
C/O GLORIA WEBB
14062 FOUR WINDS DRIVE
RIVERSIDE, CA 92503-7250

DORIS HORNER
C/O ALLIANCE RESEARCH & RECOVERY, INC.
784 MORRIS TURNPIKE, SUITE 104
SHORT HILLS, NJ 07078-2698

Dorothy Rosenberg
8 Via Chapala
San Clemente, CA 92673-2732

DOT S. YOUNGBERG
220 EXECUTIVE DR.
JACKSON, TN 38305-2321

Douglas Bruneau
1430 Pinehurst Drive
Mesquite, NV 89027-6738

DREW J. TENNANT
83 DELBURNE DR.
DAVIS, IL 61019-9514

DuAnn F. Kinzer
39466 Canyon Drive
Forest Falls, CA 92339-9685

Duncan Howard
1710 W. Cameron, Suite 210
West Covina, CA 91790-2720

Dustin Walters
5915 Greenfield Avenue
Riverside, CA 92506-1918

DUSTIN WALTERS
12576 WARBLER AVE.
GRAND TERRACE, CA 92313-5729

Dwight & Therese Hurd
778 County Road 70
Weiser, ID 83672-5028

Edward & Jill Moss
9160 Reales Street
Alta Loma, CA 91737-1477

EG Williams Estate
C/O Joan Williams
753 Heather Lane
Woodland, CA 95695-3630

Eileen Valenti
2126 Hawthorne Court
San Bernardino, CA 92404-3314

El-faizy MD Inc. Profit Sharing Plan
777 Gainbrough Drive
Laguna Beach, CA 92651-3411

Eldon & Sharon Dreyer
2817 Gertrude St
Riverside, CA 92506-4322

Eldora DeFrane
1723 W. Church Street
Freeport, IL 61032-4639

Elementary Solutions
C/O William Akrawi
25721 Nellie Gail Road
Laguna Hills, CA 92653-6135

ELISA WHITE
17555 CALLE DEL CORRAL
RIVERSIDE, CA 92504-6061

ELIZABETH COULTER
2085 DANA ST
CORONA, CA 92879-2849

Elizabeth M. Cavagnaro
721 Hudson Bay Drive
Palm Beach Gard, FL 33410-2194

ELIZABETH WISE
4300 DELCO DELL RD
DAYTON, OH 45429-1211

ELLEN KAYE SVEDIN TRUST
7605 S. ROBINSON RD.
KUNA, ID 83634-1619

Elwyn & Hedvig Rexinger (Gary)
8 Via Chapala
San Clemente, CA 92673-2732

EMILY L HAMMOND
11533 HILLCREST ST
LOMA LINDA, CA 92354-3515

Emma S. Robinson
947 SOMERVILLE
IRVINE, CA 92620

EMMA S. ROBINSON
DARLA ROBINSON (EXECUTOR)
3651 ELMWOOD DR
RIVERSIDE, CA 92506-1234

ERIC FOSTER
C/O DILKS & KNOPIK, LLC
35308 SE CEMTER ST
SNOQUALMIE, WA 98065-9216

ERIC FOSTER
527 VIA DE LA PAZ
PACIFIC PALISADES, CA 90272

Eric J. Moss
451 Tartan Way
Beaumont, CA 92223-7004

ERICA TAYLOR
PO BOX 11392
GLENDALE, CA 91226-7392

ERNA ELLIOTT
10406 E. 39TH ST.
YUMA, AZ 85365-7229

ESTATE OF DONALD SCHRINER C/O KEITH D.
SHRIN
30075 ELM ROAD
LANARK, IL 61046-9064

Etchason Trust
1508 Jobe Avenue
St. Charles, IL 60174-4537

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

Family Trust of DorisRice
25236 Lawton Avenue
Loma Linda, CA 92354-3541

FAYETTE COUNTY TAX COMMISSIONER
P.O. BOX 70
FAYETTEVILLE, GA  30214-0070

FAYETTE COUNTY WATER SYSTEM
P.O. BOX 190
FAYETTEVILLE, GA 30214-0190

FEDERAL BUREAU OF INVESTIGATION
GREGORY T. BRETZING
9109 NE CASCADES PARKWAY
PORTLAND OR 97220-6813

FLORENCE A. TENNELL
C/O JIM TENNELL
1410 N. SWEETWOOD DR.
WASHINGTON, UT 84780-1338

Forchelli, Curto, Deegan, Schwartz, Meneo, C
333 Earle Ovington Blvd #1010
Uniondale, NY 11553-3645

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

FRANK NICKEL
10504 MISSION LAKES AVE
LAS VEGAS, NV 89134-5221

Frederick & Darlene Mathews
13565 Wilson Court
Sonora, CA 95370-6926

Frieda June Kopp
2119 Kennedy Place
St. George, UT 84790-8062

G. Ernest Horsley
1309 Country Manor Road
Fort Worth, TX 76134-3707

Galyn & Joyce Cyphers
2721 Hill Lane
Cleburne, TX 76031-7860

Gary & Anita Ecker
7890 Peak Court
Riverside, CA 92506

GARY WASHBURN
231 NORMANDY LANE
CARLSBAD, CA 92008-2277

Gay Richards
1220 W. Sunset Drive
Redlands, CA 92373-6505

GENE ROGERS
8223 TWIN ROCK CT
LAS VEGAS NV 89113-6182

GENEVIEVE PARKER
HOLSINGER LAW OFFICES
C/O NICHOLAS W. HEID
1405 14TH AVE
FULTON, IL 61252-1159

Genevieve Parker Estate
501 E. Front Avenue #100
Stockton, IL 61085-1444

GEORGE MICHAEL COLEBANK
C/O MICHELE K. COLEBANK
25 SHADOWROCK CT
SIMPSONVILLE, SC 29681-5177

Gertrude E. Puels Trust
300 E. 8th Street
Rock Falls, IL 61071-1719

Gladys Pabon Rodriguez
P.O. Box 2255
Mayaquez, PR 00681-2255

GLADYS PABON RODRIGUEZ
ML & RE LAW FIRM
5113 JUAN J. JIMENEZ ST.
SAN JUAN PR  00918

Glen & Clarice Sharp Tst
9030 La Serena Drive
Fair Oaks, CA 95628-6649

GLEN COULTER
2085 DANA ST
CORONA, CA 92879-2849

GLEN L SHARP
9030 LA SERENA DRIVE
FAIR OAKS, CA 95628-6649

GLENDA M. BAILEY/MCGINNIS ESTATE
1164 GLEN HAVEN WAY
REDLANDS, CA 92374-2677

Glendy & Elizabeth Coulter
2085 Dana St.
Corona, CA 92879-2849

Glenn & Charlene Frank
13568 Lyndon Road
Morrison, IL 61270-9548

Glenn E. Burkhart
12255 Cunningham Road
Winnebago, IL 61088-8520

GRANT NOESKE
8206 STARR GRASS DRIVE, #404
MADISON, WI 53719-4579

GREG GRIFFITH
AMERICAN PROPERTY LOCATORS, INC
3855 S. BOULEVARD, SUITE 200
EDMOND, OK 73013-5499

GREGORS & ELIZABETH WISE
4300 DELCO DELL RD
DAYTON, OH 45429-1211

Gregory & Cynthia Lasco
3120 N. Greenfield Drive
Freeport, IL 61032

Gregory & Elizabeth Wise
4300 Delco Dell Road
Kettering, OH 45429-1211

GROOM FAMILY TRUST
C/O STEVEN & KIMBERLY GROOM
1483 VIA ANITA
LA VERNE, CA 91750-1616

Gus Argeris
16857 Katie Drive
Riverside, CA 92504-6215

Gus F. Nelson U.Cr Tst %Helen Nelson
6730 Streeter, Apt 113
Riverside, CA 92504-2277

GUY AND DEBRA BANKSTON
P.O. BOX 9062 TERRACE END
NEW ZEALAND 5301

H. CHARLES MCKELVEY
22859 COFFILL RD.
TWAIN HARTE, CA 95383-9690

HAIN CAPITAL GROUP, LLC
301 ROUTE 17 NO, 7TH FLR
RUTHERFORD, NJ 07070-2575

Hain Capital Investors, LLC
301 Route 17 North
7th, Floor
Rutherford, NJ 07070-2580

Harlan & Ramona Zaring
1565 Ransom Road
Riverside, CA 92506-4029

Harold & Gloria Lindsey Trust
17326 Filbert Street
Fontana, CA 92335-5901

Harold & Juanita Adams
25875 Warwick Road
Sun City, CA 92586-2480

Harold & Rosalie Dial
2402 Ramona Drive
Vista, CA 92084-1629

HAROLD ADAMS
25875 WARWICK ROAD
SUN CITY, CA 92586-2480

HARRY LING
POB 207
RIMROCK, AZ 86335-0207

HARVEY & SYBIL LING
P.O. BOX 207
RIMROCK, AZ 86335-0207

HEDVIG REXINGER
8 VIA CHAPALA
SAN CLEMENTE, CA 92673-2732

HELEN DICIOLLA
9088 MANDARIN COURT
RANCHO CUCAMONGA, CA 91701-3313

HELEN M FORD
3475 FORD RANCH RD
CAMBRIDGE, ID 83610-5113

HELEN NELSON
6730 STREETER APT 113
RIVERSIDE, CA 92504-2277

Helen Wilcox
26607 Jaelene Street
Sun City, CA 92586-2018

Henry & Ruth Perdue
5-209 Heathcliff
Lanark, IL 61046-9746

Henry R. Valenzuela
381 Avenue Eleven
Lake Elsinore, CA 92530-4443

Herbert & Valarie Crowder
75920 Morongo Place
Indian Wells, CA 92210-8594

HERMAN CARSTENS MD
6926 BROCKTON AVE. #4
RIVERSIDE, CA 92506-3804

Hobbs Family Trust
110 Thistle Creek
Beaumont, CA 92223-7350

HOCK C. HWAN
252 LOS PADRES DRIVE
THOUSAND OAKS, CA 91361-1334

HOLLEY DRIGGS WALCH FINE WRAY PUZEY &
THOMPS
400 S 4TH ST, 3RD FLR
LAS VEGAS, NV 89101-6201

Hollis Benfer
22402 La Rochelle Drive
Saugus, CA 91350-1307

INGRID SOLORZANO
13580 JULIAN AVENUE
CHINO, CA 91710-7322

Investment 2000
C/O Annemarie Glenn
549 Canyon View Drive
Golden, CO 80403-1488

IRA SERVICES TRUST COMPANY
(CUSTODIAN FOR IRS 058415)
PO BOX 7080
SAN CARLOS, CA 94070-7080

Ivan & Patricia Hoffard
PO Box 734
Murrietta, CA 92564-0734

J & R NOESKE TRUST
P.O. BOX 104
CEDARVILLE, IL 61013-0104

J Stevenson Estate %Brad Crandall
4855 Perry Park Road
Sedalia, CO 80135-8208

J. STEVENSON ESTATE
C/O BRAD CRANDALL
3675 BLACK FEATHER TRAIL
CASTLE ROCK, CO 80104

JACK W. MYER
456 E. BUTTERFIELD
WEISER, ID 83672-1437

JACQUELINE JOYE
12457 IRONBARK DRIVE
RANCHO CUCAMONGA, CA 91739-1608

James & Nilene McKinney
36 Lakewood Circle
Woodland Park, CO 80863-8756

James & Rebecca Clover
3721 Beechwood Place
Riverside, CA 92506-1217

James & Sara Ledford
813 Island Road
Weiser, ID 83672-5087

GREG THOMPSON
11355 COUNTY ROAD 8030
ROLLA, MO 65401

James Devitt
5803 N. Banana River #1041
Cape Canaveral, FL 32920-3989

James E. Johnson
721 Hudson Bay Drive
Palm Beach Gardens, FL 33410

James G. VanMeter
7540 Buckeye Street
Highland, CA 92346-3706

JAMES LEDFORD
813 ISLAND ROAD
WEISER, ID 83672-5087

Janet Bergstrom Estate
3425 E. Cortez Street
Corona, CA 91791-3053

JANET BEVAN
1020 15TH ST #30J
DENVER, CO 80202-2314

JANET H ZOEMER TRUST
140 WHISPERING WIND
GEORGETOWN TX 78633-4506

JANICE COHEN
P.O. BOX 4488
RIVERSIDE, CA 92514-4488

JANICE LEA HIGGINS
206 SAVANNAH RIDGE RD
HOLLY SPRINGS, NC 27540-7377

JASON WASHBURN
120 FALCON LANE
REDLANDS, CA 92374-4111

Jean Bennett (McClendon)
P.O. Box 833
Yucaipa, CA 92399-0833

JEANMARIE POE BROWN
2952 S. 600W
TRAFALGAR, IN 46181-9143

JEB L. ROBERTS
968 ANNE STREET #1
REXBURG, ID 83440-5240

Jenna Zech
1761 N. Lindenholz Street
Orange, CA 92865-4514

Jennifer Gird
5211 Sierra Road
San Bernardino, CA 92407-3238

JENNIFER TESTA
27051 HIDDEN TRAIL RD
LAGUNA HILLS, CA 92653-5806

Jerald & Mary Snedden
15403 Colleen Court
Riverside, CA 92508-8891

JERRY VANDERBEEK
5110 OAK LANE
GARDEN VALLEY, CA 95633-9535

JILL MOSS
9160 REALES STREET
ALTA LOMA, CA 91737-1477

Joan F. Martin Rev Tst
2851 Irving Street
Riverside, CA 92504-4203

JOAN MARIE ALBERT (DECEASED)
9088 MANDARIN AVE.
ALTA LOMA, CA 91701-3313

JOAN WILLIAMS
753 HEATHER LN
WOODLAND, CA 95695-3630

JOANN GONZALEZ
4880 GLENWOOD DR
RIVERSIDE, CA 92501-3907

JOANNA E STOFFEL
759 E. MARYLAND AVE APT 35
PHOENIX AZ 85014

JOE ARNOLD & DELORIS TRUJILLO
22424 BENNETT ROAD
SONORA, CA 95370-7415

Joe Salazar
1668 Elm Avenue
Loma Linda, CA 92354-1713

John & Carol Esquivel
P.O. Box 46
Liberty Lake, WA 99019-0046

John & Erna Elliott
10406 E. 39th Street
Yuma, AZ 85365-7229

John & Kathleen Allavie M.D.
2490 Prince Albert
Riverside, CA 92507-5735

JOHN & PHYLLIS LOFGREN
1105 27TH STREET # 111
ANACORTES, WA 98221-2710

John A. Weaver
27815 Georgetown Road
Shannon, IL 61078-9296

JOHN ALLAVIE
2490 PRINCE ALBERT
RIVERSIDE, CA 92507-5735

JOHN AND RUTH FABEL
4407 SYCAMORE LANE
ROLLING MEADOWS, IL 60008-3218

John D. Branch
536 Via la Paloma
Riverside, CA 92507-6402

John Edward Champion
P.O. Box 310
Lake Elsinore, CA 92531-0310

JOHN J LOSCO
1120 HILLCREST DR
FREEPORT, IL 61032-6624

JOHN JONES TST
C/ODOUGLAS B. JONES, TRUST
4N549 BABSON LANE
ST. CHARLES, IL 60175-4851

John Jones Tst %Nancy B. Jones
P.O. Box 4226
St. Charles, IL 60174-9077

JOHN LOFGREN
1105 27TH STREET
ANACORTES, WA 98221-2710

John T. Kaufman
1954 So Holland Court
Lakewood, CO 80227-2271

JOHN W. BERRY ON BEHALF OF CREDITOR U.S.
SEC
5670 WILSHIRE BLVD, SUITE 1100
LOS ANGELES, CA 90036-5627

Jose & Deborah Bidaburu
10996 W. Southerland Street
Boise, ID 83709-2378

JOSE PABON
C/O PAUL HAZELL
55 PHEASANT RIDGE DR.
HENDERSON, NV 89014-2162

JOSEPH & PAMELA MCCOY
745 VIA CONCEPCION
RIVERSIDE, CA 92506-3634

JOSEPH E NOESKE TRUST
JOESPH & ROSE NOESKE
POB 104
CEDARVILLE, IL 61013-0104

JOSEPH T. GARRETT FOUNDATION
P.O. BOX 947
HIGHLAND, CA 92346-0947

Joseph/Cecilia Colantonio
252 Los Padres Drive
Thousand Oaks, CA 91361-1334

Joseph/Chantal Rabay F Ts
2146 Santa Barbara Street
Corona, CA 92882-4147

JOSEPHINE HANSEN DIAZ
C/O DILKS & KNOPIK, LLC
35308 SE CENTER ST.
SNOQUALMIE, WA 98065-9216

JOSEPHINE HANSEN DIAZ
10627 1/2 WESTERN AVE
DOWNEY, CA 90241-3407

Joshua Ingersoll %Deborah Martin
8908 Blakehurst Drive
Raleigh, NC 27617-4768

Joshua Thornton
14711 S. Draper View Cove
Draper, UT 84020-7628

JOYE FAMILY TRUST
C/O TERI JOYE
8819 WHEELER AVENUE
FONTANA, CA 92335-8658

JUANITA ADAMS
25875 WARWICK ROAD
SUN CITY, CA 92586-2480

Juanita Parker
754 Pringle Road
Weiser, ID 83672-5130

JUDITH M. DISCHEL
278 SLOCUM ROAD
DARTMOUTH, MA 02747-3603

JUDY ANN WALTMAN BOSIC
811 POHL PL.
VISTA, CA 92083-3344

Judy E. Leahy
3711 Alhambra Street
Norco, CA 92860-1115

JUDY M BLEVINS
807 STRATFORD DR
ENCINATAS, CA 92024-4550

Judy R. Lasco
1802 Sylvan Court
Freeport, IL 61032-6646

JUDY RYAN
26607 JAELENE STREET
SUN CITY, CALIFORNIA 92586-2018

Julie M. Dailey (Daly)
103 Park Street
Gaston, OR 97119-7827

June Beeler
The Covington 3 Pursuit #9
Aliso Viejo, CA 92656-4213

JUSTIN MERCER
22801 DEER RUN CT
MURRIETA, CA 92562-9207

KARIN REESER TRUST & BLR TRUST
BYRON REESER
3718 N. IRIS HILL ROAD
SCIOTO MILLS, IL 61032

KARL ZINNER
P.O. BOX 463075
ESCONDIDO, CA 92046-3075

KATHLEEN ALLAVIE
2490 PRINCE ALBERT
RIVERSIDE, CA 92507-5735

Kathleen Houghton
112 Carmel Dr. SE, P.O Box 365
Aumsville, OR 97325-0365

KATHLEEN HOUGHTON
P.O. BOX 365
AUMSVILLE, OR 97325-0365

KATHLEEN HOUGHTON
101 EDWARDS ROAD
UNIT 4
MONMOUTH, OR 97361-1717

Kathleen M. Knerr
11904 Kingston Street
Grand Terrace, CA 92313-5151

KATHLEEN NEAFSEY ESTATE
C/O ELINOR NEAFSEY
389 GIFFORD STREET
FALMOUTH, MA 02540

Kathleen R. O'Rourke
4759 Alexandra Lane
Machesney Park, IL 61115-7119

KATHRYN B. BANKSTON
55260 LAZY RIVER DR.
BEND, OREGON 97707-2562

KATHRYN R MCKINLEY
PAINE HAMBLEN LLP
717 W. SPRAGUE AVE., SUITE 1200
SPOKANE, WA 99201-3905

KATZ, CLIFF A. ESQ.
PLATZER,. SWERGOLD, LEVINE; GOLDBERG, KA
475 PARK AVENUE, SOUTH
NEW YORK, NEW YORK 10016-6901

Kazuo & Yoshi Naruse
21016 S. Doble Avenue
Torrance, CA 90502-1960

KAZUYUKI KOMORIDA
4495 W. HACIENDA AVE. STE 5
LAS VEGAS, NV 89118-1541

Keith & Janet Newman
25108 Marguerite Pkwy #A-215
Mission Viejo, CA 92692-2497

KEITH D. SCHRINER
30075 ELM ROAD
LANARK, IL 61046

KELLI L. KOCH
4542 E. CLIFFSIDE TRAIL
RIMROCK, AZ 86335-5479

Kelly A. Scott
4028 Center Avenue
Norco, CA 92860-1507

Kenneth & Lisa James
3151 Pachappa Hill
Riverside, CA 92506-2167

Kenneth Anderson
10 Hillside
Weiser, ID 83672-1225

Kenneth Fabel
5021 Champion Avenue
Fort Worth, TX 76119-6572

KENNETH H. JOHNSON
MARJORY CB JOHNSON
6816 ROANOAK PL
RIVERSIDE CA 92506-5311

KENNETH JAMES
3151 PACHAPPA HILL
RIVERSIDE, CA 92506-2167

Kent & Renee Fyfe
13079 Shasta Court
Etiwanda, CA 91739-1729

KENT L. IVEY
LAW OFFICES OF KENT L. IVEY
C/O CHARLES MCCAMEY
64 N. PECOS RD. SUITE 800
HENDERSON, NV 89074-7349

Kevin V. Wilcox
26607 Jaelene Street
Sun City, CA 92586-2018

KIM KETTERLIN
4976 S. NELSON STREET, UNIT A
LITTLETON, CO 80127-7954

KIMBERLY GROOM
TRUSTEES FOR THE GROM FAMILY 2006 TRUST
1483 VIA ANITA
LA  VERNE, CA 91750-1616

KIMBERLY KETTERLIN
4976 S NELSON ST #A
LITTLETON, CO 80127-7954

KIMBERLY MARIE FOSTER
1511 PACIFIC ST
SANTA MONICA, CA 90405-1619

KIMBERLY SOTO
18992 BAKER RD
BEND, OR 97702-7917

Kimberly Soto
1932 SE Arborwood Avenue
Bend, OR 97702-2369

KIMBERLY SOTO
3328 NE MENDENHALL DRIVE
BEND, OR 97701-8349

Knerr Trust
C/O Maxine Knerr
11904 Kingston
Grand Terrace, CA 92313-5151

KRISTINE E. HURD
1244 W 2ND ST
WEISER, ID 83672-1524

KUMAR FAMILY TRUST
2441 PIEDMONT DRIVE
RIVERSIDE, CA 92506-4535

Kurt & Roanna Frieze
5445 Ben Alder
Whittier, CA 90601-2108

LAEL R. MCCLELAN JAGGI
P.O. BOX 486
MENDON, UT 84325-0486

LaMonte Ballard Jr
611 Heritage Dr
Stillman Valley IL 61084-9669

LANA CALL
154 MISSION GOVE PARKWAY
RIVERSIDE, CA 92506-6227

LANA M. WILLIAMS-KOSH
14281 LAURAMORE CT.
FONTANA, CA 92336-3541

Larry & Eunice Walborn & Walborn Trust
43455 Dove Circle
Banning, CA 92220-1571

LARRY POLHILL
22365 BARTON ROAD
SUITE 210
GRAND TERRACE, CA 92313-5070

LARRY R. POHILL
3721 BEECHWOOD PL
RIVERSIDE, CA 92506-1217

Larry R. Polhill
P.O. Box 742
Colton, CA 92324-0742

Larry Walborn
8981 Opus Drive
Las Vegas, NV 89117-5730

LARRY WALBORN
43455 DOVE CIR
BANNIN, CA 92220-1571

Laura A. Roseberry
4378 Forni Road
Placerville, CA 95667-7013

LAURA GEIKEN
1860 INDIAN SPRINGS COURT
FREEPORT, IL 61032-7129

LAURIE BACA
3804 CARMAN DRIVE
BENBROOK, TX 76116-1322

Lawrence & Bonnie Day
1712 Limpy Creek Road
Grants Pass, OR 97527-7607

LAWRENCE J. HAZELL
26541 ESPALTER DRIVE
MISSION VIEJO, CA 92691-5115

LEE MCINTYRE
24191 EL TIRADORE
MISSION VIEJO, CA 92691-4108

LEE POLHILL
22 OLD FORT DR
HILTON HEAD ISLAND, SC 29926-2698

Leigh Polhill
116 Bay Pointe Drive
Chapin, SC 29036-8672

LENARD E. SCHWARTZER
JEANETTE E. MCPHERSON
SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BOULEVARD, SUITE 1
LAS VEGAS, NEVADA 89146-5640

Lenda S. Anderson
2521 River Run Cove
Owensboro, KY 42303-0186

Lillian Jones
152911 Stirrup Dr
La Pine, OR 97739-9365

LINDA BACA
1270 ALEXANDER AVENUE
SAN BERNARDINO, CA 92405-3036

LINDA DONMEYER
2080 Cherokee Court
Freeport, IL 61032-2902

LINDA SPADY
3472 FOOTHILL
MOSCOW, ID 83843-8766

Linda Wakamiya
411 S. Glenwood Place
Burbank, CA 91506-2514

LIQUIDITY SOLUTIONS, INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601-6205

Lisa Coulter Carrisoza
859 Viewtop Circle
Corona, CA 92881-8336

Lisa Iorio
5990 Deerfield Road
Riverside, CA 92504-1267

LISA M. WILTSHIRE ALSTEAD
MCDONALD CARANO WILSON LLP
100 WEST LIBERTY STREET, 10TH FL.
P.O. BOX 2670
RENO, NV 89505-2670

Lonnie & Lynne Svedin
7833 S. Robinson Road
Melba, ID 83641-6035

Louis & Judy Gutierrez
331 Elliot Lane
Springtown, TX 76082-6342

Louis G. and Judy A. Gutierrez
Craig A. Bernstein, Attorney at Law
3710 Rawlins Street, Suite 1300
Dallas, TX 75219-4238

Louise B. McKeever
929 Village Road
Crystal Lake, IL 60014-1922

LUCIA WALKER
1440 ARIZONA PL
LAKE HAVASU CITY, AZ 86406-8061

Lucinda A Wiley
7146 St Helens PL PO Box 5120
Glacier, WA 98244-5120

Luin & Kathryn Bankson
55260 Lazy River Drive
Bend, OR 97707-2562

LUIS MAS, LUIS MAS JUDITH
MAS TRUST
P.O. BOX 77037
CORONA CA 92877-0101

Lynn Evans
890 Pinellas Bayway
Tierra Verde, FL 33715-2151

MABEL GREER
C/O DARLYS JEAN ROBERTSON
9825 WEST ECHO LANE
PEORIA, AZ 85345-3723

Margarita A. McCarley
22299 Naples Drive
Moreno Valley, CA 92557-5912

MARGO CHURCHWELL
226 LIBERTY LANE
CHELSEA, AL 35043-7163

MARIA E (RYAN) & THOMAS R DAVIS
2161 WHITESTONE DR
RIVERSIDE, CA 92506-4630

MARIA E. SAENZ
218 JOSEY LANE
RED OAK, TX 75154-7618

MARIAN WETTLAUFER
422 GILMORE DRIVE
CORONA, CA 92879-1018

Marie Lucier Estate
C/O Denise English
5013 Via Verde
Alta Loma, CA 91701-1356

MARILYN B DARLING
325 W. CENTER STREET, APT. 234
OREM, UT 84057-4685

Marilyn R. Donegan
25694 Huron Street
Loma Linda, CA 92354-3705

MARILYN VAN KALSBEEK LIVING TRUST
DOROTHY J. VAN KALSBEEK, TRUSTEE
25092 VIA LAS LOMAS
MURRIETA, CA 92562-5941

Marjorie Smalley
805 S. Sampson Street
Tremont, IL 61568-8044

MARJORY C.B. JOHNSON
KENNETH H. JOHNSON
6816 ROANOAK PL.
RIVERSIDE, CA 92506-5311

MARJORY JOHNSON ESTATE
C/O JANET JOHNSON
556 E. 20TH PLACE NE
NEWPORT, OR 97365-1836

Mark & Elisa  White
17555 Calle Del Corral
Riverside, CA 92504-6061

MARK & MARY THOMPSON TRUST
MARK W. AND MARY F. THOMPSON
985 HIGHWAY 95
WEISER, ID 83672-5503

Mark & Sandra Williams
30 Hilltop Drive
Paso Robles, CA 93446-2430

MARK J DAVIS
11447 BEECH FERN COURT
SAN DIEGO, CA 92131-3755

MARK J. BLAU, SARAH D. KALIN
SARAH D. MOYED, ATTORNEYS
U.S. SECURITIES AND EXCHANGE COMMISSION
5670 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90036-5627

Mark Polhill
5130 Carmel Club Drive
Charlotte, NC 28226-8024

MARK W. AND MARY F. THOMPSON TRUST
MARK W. AND MARY F. THOMPSON
985 HIGHWAY 95
WEISER, ID 83672-5503

MARK WHITE
17555 CALLE DEL CORRAL
RIVERSIDE, CA 92504-6061

MARK WILLIAMS
30 HILLTOP DR
PASO ROBLES, CA 93446-2430

MARLENE BRUGGE
5475 CANYON CREST DR. APT 55
RIVERSIDE, CA 92507-6439

Marlene Mae Brugge
5475 Canyon Crest Drive #55
Riverside, CA 92507-6439

MARNA POLHILL
5305 WINGEDFOOT RD
CHARLOTTE, NC 28226-7967

MARTA & MARGARITA WHYRICK
MARTA E. WHYRICK
2181 WHITESTONE DR.
RIVERSIDE, CA 92506-4630

Martha Palmer
4330 Cecilia Court
Riverside, CA 92503-2711

Martin & Barbara Lasco
2840 W. Scioto Mills
Freeport, IL 61032-8326

MARTIN LASCO
2840 W SCIOTO MILLS RD
FREEPORT, IL 61032-8326

Mary E Miller
PO Box 822
Lena, IL 61048-0822

Mary E. Babb
574 N. Greenfield
Freeport, IL 61032-2943

MARY ELAINE SNEDDEN
15403 COLLEEN CT.
RIVERSIDE, CA 92508-8891

Mary Snedden
15403 Colleen Ct.
Riverside, CA 92508-8891

MAXINE L. POLHILL
22 OLD FORT DRIVE
HILTON HEAD SC 29926-2698

MCCLENDON FAMILY TRUST
ROBERT J. JAFFE,  CALIFORNIA ST BAR NO 4
PO BOX 2139
SAN ANSELMO, CA 94979-2139

MCDONALD CARANO WILSON LLP
2300 W. SAHARA AVE., SUITE 1200
LAS VEGAS, NV 89102-4395

MCGOVERN & GREENE LLP
2831 ST. ROSE PARKWAY, SUITE 285
HENDERSON, NV 89052-4840

MCINTYRE FAMILY TRUST AND RICHARD C.
MCNTYRE
23452 EL GRECO STREET
MISSION VIEJO, CA 92692-1620

MCKEEVER TRUST
C/O SCOTT MCKEEVER
1361 LOCH LOMOND DR
CRYSTAL LAKE, IL 60014-8954

McKelvey 1996 Rev Trust
22859 Cofill Road
Twain Harte, CA 95383-9690

MEDHAT EL FAIZY, M.D.
MEDHAT EL FAIZY M-D INC PROFIT SHARING P
777 GAINS BOROUGH DRIVE
LAGUNA BEACH, CA 92651-3411

MELANIE SVEDIN
1044 HAAS RD
WEISER, ID 83672-5072

Melvin K. Call
2134 Westminster Drive
Riverside, CA 92506-5528

MERCER PENSION PLA
C/O TOM MERCER
9333 BASELINE AVENUE SUITE 200
RANCHO CUCAMONGA, CA 91730-1300

Merle & Paulette Drake
811 Hwy 95
Weiser, ID 83672-5305

Meyer, Suozzi, English & Klein PC
990 Stewart Ave. P.O. Box 9194
Garden City, NY 11530-9194

Michael & Melanie Svedin
1044 Haas Road
Weiser, ID 83672-5072

Michael Bryce Svedin
1044 Haas Road
Weiser, ID 83672-5072

MICHAEL C. VALENTI
863 GLENDALE ROAD
MESQUITE, NV 89027-8816

MICHAEL G. VANMETER
4307 CABELL DRIVE
DALLAS, TX 75204-3634

Michael I. Gottfried
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067-2309

Michael L. Pirkl
58401 Road 235
Auberry, CA 93602-9691

MICHAEL PIRKL
P.O. BOX 690
COARSEGOLD CA 93614-0690

MICHAEL VANMETER
4307 CABELL DR
DALLAS, TX 75204-3634

Michelle Dodson
15040 Elkhorn Drive
Fontana, CA 92336-5516

Mike J. Guerrero
35 Pine Via
Anaheim, CA 92801-1041

MIKE SVEDIN
1044 HAAS RD
WEISER, ID 83672-5072

Mina P. Champsi
4404 N. Brookfield Street
San Bernardino, CA 92407-3900

MINA SINDHER
2139 OLD BRIDGE RD
RIVERSIDE, CA 92506-5694

MIRALESTE EQUITIES LLC.
PAUL HAZELL, VERONICA CHEW
55 PHEASANT RIDGE DR.
HENDERSON, NV 89014-2162

MIRALESTE EQUITIES, LLC
PAUL HAZELL/VERONICA CHEW
2764 N. GREEN VALLEY PKWY. #470
HENDERSON, NV 89014-2120

MOLINE ESTATE
C/O 7TH DAY ADVENTIST CHURCH
P.O. BOX 8050
RIVERSIDE, CA 92515

MOLLY M. FRANTZ REV. TST.
4601 N. PARK AVENUE #1007
CHEVY CHASE, MD 20815-4567

MONTE L HURD
1224 W 2ND ST
WEISER, ID 83672

MR. AND  MRS. TIMOTHY BEALL
P.O. BOX 2938
PISMO BEACH, CA 93448-2938

Mrs. Robert L. Beavers
18028 Via Tarifa
San Diego, California 92128-1576

Mrs. Robert L. Beavers
14012 Valley Springs Road
Poway, CA 92064-1445

Muth
C/O Stanton Appleton
23831 Fern Street
Colton, CA 92324-9766

N. Lee & Arden Polhill
22 Old Fort Drive
Hilton Head Is, SC 29926-2698

Nancy A. Telizyn
P.O. Box 279
Bloomington, CA 92316-0279

NANCY B. JONES
808 NORTH 5TH AVENUE
ST. CHARLES, IL 60174-1225

NANCY B. JONES TRUST
DOUGLAS B. JONES, TTE
808 NORTH 5TH AVENUE
ST. CHARLES, IL 60174-1225

NANCY B. JONES TRUST
C/O DOUGLAS B JONES, TTE
808 NORTH 5TH AVENUE
ST. CHARLES, IL 60174-1225

NANCY B. JONES TRUST,
C/O DOUGLAS B. JONES
4N549 BABSON LANE
ST. CHARLES IL 60175-4851

Neil L. Puels
2109 Riverview Road
Rock Falls, IL 61071-1441

NEVADA DEPT. OF TAXATION, BANKRUPTCY
SECTION
555 E. WASHINGTON AVE., #1300
LAS VEGAS, NV 89101-1046

NEW YORK STATE DEPARTMENT OF TAXATION
AND FI
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

NEW YORK STATE DEPT OF ENVIRONMENTAL
CONSERV
C/0 OFFICE OF THE NYS ATTORNEY GENERAL
120 BROADWAY, 26TH FLOOR
NEW YORK, NEW YORK 10271-0035
ATTN: JANICE A. DEAN

NICHOLAS TESTA
27051 HIDDEN TRAIL RD
LAGUNA HILLS, CA 92653-5806

NICOLE NOESKE
716 QUAILRIDGE LANE
FREEPORT, IL 61032-2920

Nina Smith
18992 Baker Road
Bend, OR 97702-7917

NITA ANDERSON
379 HILL ROAD
WEISER, IDAHO 83672-5791

Nona Vinyard
P.O. Box 1297
San Jacinto, CA 92581-1297

Norma Ruhl
1200 Corporate Drive #121
Adrian, MI 49221-8403

Office of the United States Trustee
300 Las Vegas Blvd So., #4300
Las Vegas, NV 89101-5803

ORCHID MANAGEMENT LLC
C/O ROSEMARY NGUYEN
7602 E SANTIAGO CANYON RD
ORANGE, CA 92869-1812

P J Simpson Rev Liv Tst
297 Tate Street
Pomona, CA 91767-2907

Pat McNamara Rev Trust
2333 Oak Street #2
Santa Monica, CA 90405-5113

Patricia A Ballard Trust
3226 Mineral Springs Road
Sterling, IL 61081-4107

Patricia A. Nelson
6069 Beckman Road
Mazomaine, WI 53560-9527

Patricia French
7400 SW Canyon Lane
Portland, OR 97225-3732

PATRICIA HOFFARD
P.O. BOX 734
MURRIETA, CA 92564-0734

PATRICIA M. VANDERBEEK
5110 OAK LANE
GARDEN VALLEY, CA 95633-9535

PATRICIA ZECH HOFFARD
ZECH SURVIVORS TRUST A
PO BOX 734
MURRIETTA, CA 92564-0734

Patti A. DeVries
25881 Lancaster Drive
Sun City, CA 92586-2356

Paul & Sharon Slowik
3960 Sunnyhill Road
Carlsbad, CA 92008-2749

Paul D. Braun D.D.S.
2401 W. Chapman Avenue, #101
Orange, CA 92868-2327

Paul G. Klaus
1275 W. Stephenson Street
Freeport, IL 61032-4868

Paul Hazell/Veronica Chew
55 Pheasant Ridge Drive
Henderson, NV 89014-2162

Paul Slowik and Sharon Slowik
3960 Sunnyhill Drive
Carlsbad, CA 92008-2749

Paula Kerr
4750 70th Street  #5
La Mesa, CA 91942-4559

PEGGY SIMPSON (DECEASED)
297 TATE STREET
POMONA, CA 91767-2907

PEGGY SIMPSON TRUSTEE
297 TATE STREET
POMONA, CA 91767-2907

PEGGY TRUJILLO
c/o 11500 S. EASTERN AVE., STE 210
HENDERSON, NV 89052-5576

PHILIP AND JANICE COHEN
P.O. BOX 439060
PMB 1537
SAN DIEGO, CA 92143-9060

PHILLIP GERSON
OLSON, CANNON, GORMLEY, & DESRUISSEAUX
9950 WEST CHEYENNE AVE.
LAS VEGAS, NV 89129-7700

PHYLLIS LOFGREN
1105 27TH STREET
ANACORTES, WA 98221-2710

Phyllis Rowland,
C/O  Union Savings Bk Trus
P.O. Box 540
Freeport, IL 61032-0540

POCONOS GRACE 7TH DAY
C/O JOSE M. ELVIR
25 LACKAWANNA AVE.
E. STROUDSBURG, PA 18301-2512

Polhill Inc.
C/O Alan Polhill
P.O. Box 818
Milledgeville, IL 61051-0818

Purcell Family Trust
3344 California Street
Costa Mesa, CA 92626-2038

RACHEL FURLONG
7390 LIVE OAK DRIVE
RIVERSIDE, CA 92509-5369

Rachel Young
2665 Clark Avenue Apt. 405
Norco, CA 92860-1992

Raj & Meena Sindher
2139 Old Bridge Road
Riverside, CA 92506-5694

RALPH J. BACA
3804 CARMAN DRIVE
BENBROOK, TX 76116-1322

RALPH LINDBERG
POB 10592
PALM DESERT, CA 92255-0592

RAMONA C. ZARING
1565 RANSOM ROAD
RIVERSIDE, CA 92506-4029

Ray & Marna Polhill
5305 Wingedfoot Road
Charlotte, NC 28226-7967

RAY AND JOAN BROWN
1126 S. WASHBURN
CORONA, CA 92882

RAY POLHILL
5305 WINGEDFOOT RD
CHARLOTTE, NC 28226-7967

RAYMOND C. JOYE TRUST
P.O. BOX 721147
PINON HILLS, CA 92372-1147

Rebecca Knickel
7304 Parkshire Avenue
Dallas, TX 75231-4737

REESER BLR TST C/O BYRON L. REESER
SAFETY SERVICES INC & KAREN REESER TST
3718 N. IRIS HILL ROAD
SCIOTO MILLS, IL 61032

RENEE FYFE
13079 SHASTA CT
RANCHO CUCAMONGA, CA 91739-1729

RETZER LIVING TRUST
DAROLD AND CAROL RETZER
904 MELBURY COURT
REDLANDS, CA 92373-6322

REXINGER MEDICAL & PENSION
8 VIA CHAPALA
SAN CLEMENTE, CA 92673-2732

REYNA ESCOBAR
SELL/PLANNED GIVING & TRUST SERVICES
POB 79990
RIVERSIDE, CA 92513-1990

Richard & Patricia Strawn
2014 N. Yavapai Road
Kingman, AZ 86401-5061

RICHARD A. HALL
BOTTOMLINE LAWYERS, P.C.
PO BOX 237
1234 HIGH STREET
AUBURN, CA 95603-5015

RICHARD A. HALL, ESQ
PO BOX 237
AUBURN, CA 95604-0237

Richard A. Merlin
P.O. Box 2143
Riverside, CA 92516-2143

Richard Hepworth
6859 N. Village Road
Parker, CO 80134-6275

RICHARD L STRAWN
P.O. BOX 1026
WOODLAND PARK, CO 80866-1026

Richard L. & Barbara Eddy
2400 Kalmia
Boulder, CO 80304-1933

RICHARD L. EDDY
2400 KALMIA AVE.
BOULDER, CO 80304-1933

Richard Whitmer
14955 Oak Valley Drive
Fontana, CA 92336-0867

RIEDA JUNE KOPP
2119 KENNEDY PL
ST. GEORGE, UT 84790-8062

Riverside Youth
4330 Cecilia Court
Riverside, CA 92503-2711

RIVERSIDE YOUTH SCHOLARSHIP FOUNDATION
C/O DAVID PALMER
4330 CECILIA COURT
RIVERSIDE, CA 92503-2711

ROANNA FRIEZE
5445 BEN ALDER AVE.
WHITTIER, CA 90601-2108

ROANNA FRIEZE
5445 BAN ALDER AVE.
WHITTIER, CA 90601-2108

ROBBIE J. ROBINSON
& EMMA S. ROBINSON
REVOKABLE FAMILY TRUST
947 SOMERVILLE
IRVINE, CA 92620

Robert & Ivy Clark
5200 Fenton Way
Granite Bay, CA 95746-6443

ROBERT & IVY CLARK
9628 STATE HIGHWAY 99E
LOS MOLINOS, CA 96055-9620

ROBERT & IVY CLARK
8147 WACHTEL WAY
CITRUS HEIGHTS, CA 95610-0828

Robert & Kay Johnson Jr.
27431 Avenida Larga
Sn Juan Capistr, CA 92675-3801

Robert & Linda Spady
3472 Foothill Road
Moscow, ID 83843-8766

Robert & Trudy Long
1296 Sinnissippi Road
Sterling, IL 61081-4125

Robert & Valerie Thomason
1650 E 11th Street
Weiser, ID 83672-2715

ROBERT A JENKINS
C/O ADAMS & COHEN, LLC
P.O. BOX 546293
MIAMI BEACH, FL 33154-0293

ROBERT COALE JR
1622 MONTEREY LANE #368
HUNTINGTON BEACH, CA 92649

Robert Coale Jr. (Woody)
528 Havanna Street
Long Beach, CA 90814-1929

Robert E. & Valerie Thomason
1650 E 11th St.
Weiser, ID 83672-2715

Robert Everett
1266 Grossmont Dr.
Riverside, CA 92506-4715

ROBERT FARRIS
5971 DORSET ST
RIVERSIDE, CA 92509-6508

Robert Farris
5971 Dorset
Riverside, CA 92509-6508

Robert Hedges and Cynthia Sue Hedges
Robert W. Hedges
9611 W Ruth Ave.
Peoria, AZ 85345-7751

ROBERT HEDGES AND CYNTHIA SUE HEDGES
ROBERT W. HEDGES
2905 TEAL DR.
CORONA, CA 92882-5774

ROBERT J. JAFFE, ATTORNEY AT LAW
POST OFFICE BOX 2139
SAN ANSELMO, CA 94979-2139

ROBERT SPADY
3472 FOOTHILL
MOSCOW, ID 83843-8766

Robert Whitmer
P.O. Box 880679
Pukalani, HI 96788-0679

Robert/Erica Taylor
P.O. Box 11392
Glendale, CA 91226-7392

Robertson Family Trust
1218 W. Sunset Drive
Redlands, CA 92373-6505

Rodney & Jean Koenig
545 Peachwood Place
Riverside, CA 92506-6501

Roger & Linda Ary
38700 Townhall
Harrison Twnshp, MI 48045-5617

Roland & Marianne Farha
8 Sugarbush
Aliso Viejo, CA 92656-2152

Ron & Vicki Ford
P.O. Box 326
Cambridge, ID 83610-0326

Ronald & Helen Ford
3475 Ford Ranch Road
Cambridge, ID 83610-5113

Ronald & Robin Tingley
349 Omni Drive
Sparks, NV 89441-7295

RONALD J. OEHL
3193 SANDY POINTE DRIVE
FREEPORT, ILL 61032-2824

RONALD K FORD
3475 FORD RANCH RD
CAMBRIDGE, ID 83610-5113

Rose Black/Diane Ramsey
44 Southwood Drive
Orinda, CA 94563-3011

ROSELLEN KIMBROUGH
1921 NW EXCELLO
ROSENBURG, OR 97471-6011

ROSEMARIE BARNETT
60166 E. VERDE VISTA CT.
TUCSON, AZ 85739-1966

RUBY MOSLEY
715 N. DOVER COURT
NAMPA, ID 83651-3218

Russ & Joanne Ruhl
4 Camino Cielo
Placitas, NM 87043-9418

Russell & Dot Youngberg
2561 Shartesville Road
Mohrsville, PA 19541-9797

RUSSELL AND DOT YOUNGBERG
220 EXECUTIVE DRIVE
JACKSON, TN 38305-2321

RUSSELL H. RUHL
4 CAMINO CIELO CT.
PLACITAS, NM 87043-9418

Russell Reque
235 N. Lincoln
Carpentersville, IL 60110-1717

RUSTIN ARTHUR COZIAHR
4206 TULARE DRIVE
SILVER SPRING, MD 20906-4750

RUTH PERDUE
5-209 HEATHCLIFF
LANARK, IL 61046-9746

RYAN J. WORKS
MCDONALD CARANO WILSON LLP
2300 W. SAHARA AVE., SUITE 1200
LAS VEGAS, NV 89102-4395

SAMEUL ANDREW REED JR
PO BOX 341
MORENO VALLEY, CA 92556-0341

SAMUEL A. SCHWARTZ
THE SCHWARTZ LAW FIRM
6623 LAS VEGAS BLVD SO, STE 300
LAS VEGAS, NV 89119-3246

Samuel Andrew Reed Jr.
28701 Via del Sol
Murrieta, CA 92563-5637

San Bernardino County Tax Collector
172 W. Third St, 1st Floor
San Bernardino, CA 92415-0360

SANDRA E.S. WILLIAMS
30 HILLTOP DR
PASO ROBLES, CA 93446-2430

Sandra L. Badillo
1699 N. Starr Road
Fayetteville, AR 72701-2936

SARA HENRICHS MORRIS
2780 HILLSBORO LANE
LAKE IN THE HILLS, ILLINOIS 60156-6308

SARAH JEAN LEDFORD
813 ISLAND ROAD
WEISER, ID 83672-5087

Seth Ingersoll
C/O Deborah Martin
8908 Blakehurst Drive
Raleigh, NC 27617-4768

SHANE LOSCO
1809 SOUTH YELLOW CREEK COURT UNIT 6
FREEPORT IL 61032-6754

SHARON DREYER
2817 GERTRUDE STREET
RIVERSIDE, CA 92506-4322

SHARON K. OEHL
3193 SANDY POINTE DRIVE
FREEPORT, IL 61032-2824

SHARON L. WASHBURN
231 NORMANDY LANE UNIT B
CARLSBAD, CA 92008-2278

Shelby Nelson/John Bateman
10140 Altabrisa Way
Moreno Valley, CA 92557-9018

SHIRLEY MERCER
10884 CARRIAGE DRIVE
ALTA LOMA, CA 91737-6728

Silvester & Ingrid Solorzano
13580 Julian Avenue
Chino, CA 91710-7322

SPARTA GROUP MA LLC SERIES 20
7600 JERICHO TURNPIKE, STE 302
WOODBURY, NY 11797-1705

Stanley & Chris Donegan
250 Old Forge Road
Elgin, IL 60123-5032

Stanton Appleton Profit
23831 Fern Street
Colton, CA 92324-9766

STATE OF NEVADA  D.M.V.
ATTN:  LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV 89711-0001

STEINER FAMILY TRUST
C/O RICHARD HALL ESQ., BOTTOMLINE LAWYER
PO BOX 237
AUBURN, CA 95604-0237

Steiner Family Trust
C/O Ernest Steiner
260 Twin Pines
Colfax, CA 95713-9293

STEPHEN F & OKI GROB
11712 EAGLE CREEK PASS
FORT WAYNE, IN 46814-3253

Steve & Deborah Martin
8908 Blakehurst Drive
Raleigh, NC 27617-4768

Steven & Dixie Packard
2205 Edgewater Place
Champaign, IL 61822-7658

STEVEN B. SACKS, ESQ.
SHEPPARD MULLINS RICHTER
FOUR EMBARCADERO CTR., 17TH FLOOR
SAN FRANCISCO, CA 94111-4106

STEVEN GROOM
TRUSTEE FOR THE GROOM FAMILY 2006 TRUST
1483 VIA ANITA
LA VERNE, CA 91750-1616

Steven Packard, M.D. Pension
2205 Edgewater Place
Champaign, IL 61822-7658

Stillwater Capital
7380 S. Eastern, Suite 150
Las Vegas, NV 89123-1550

SUMAN AGARWAL
7184 GOLDEN STAR AVENUE
RIVERSIDE, CA 92506-5500

SUSAN E. DICKINSON & ROBERT K. DICKINSON
2341 RAYMOND AVE
RAMONA, CA 92065-3037

SUSAN M. SCHRECENGOST TST
P.O. BOX 2857
BLUE JAY, CA 92317-2857

Susan or Robert Dickinson
2341 Raymond Avenue
Ramona, CA 92065-3037

Susan Spagna Trust
6742 Burnside Court
Riverside, CA 92504-1801

SUSAN YOUNGBERG HARBOLDT
158 WHISPERING HILLS DRIVE
JACKSON, TN 38305-8757

SWASTI BHATTACHARYYA
322 OTSEGO ST
STORM LAKE, IA 50588-1738

SYBIL LING
POB 207
RIMROCK, AZ 86335-0207

SYLVIA CLARK DAVIS
225 ANITA COURT
REDLANDS, CA 92373-7104

TERESA GIBBONS
1343 MONA AVENUE
REDLANDS, CA 92374-2748

TERESE GUTIERREZ
10809 SAMANTHA PLACE
FREDERICKSBURG, VA 22408

Teryl Monson
12 Eagle's Nest Drive
La Conner, WA 98257-9614

THE ARY FAMILY REVOCABLE LIVING TRUST
ROGER & LINDA ARY
38700 TOWNHALL
HARRISON TWP., MI 48045-5617

THE ATTORNEY GENERALS OFFICE
CALIFORNIA DEPARTMENT OF JUSTICE
ATTN: ELDER ABUSE AND CORPORATE FRAUD
P.O BOX 944255
SACRAMENTO CA 94244-2550

The Lindberg Law Firm PC
1428 E Chapman Ave $200
Orange, CA 92866-2229

THERESA WHEELER
815 ISLAND ROAD
WEISER, ID 83672-5087

THERESE A. HURD
778 COUNTY ROAD 70
WEISER, IDAHO 83672-5028

Thomas & Donna Davis
4646 Brockton Avenue
Riverside, CA 92506-0104

Thomas & Maria Davis Trust
2161 Whitestone Drive
Riverside, CA 92506-4630

Thomas & Marjorie Anderson
70 Lundberg Place
Weiser, ID 83672-5574

THOMAS & MARJORIE ANDERSON
1275 PIONEER ROAD
WEISER, IDAHO 83672-1151

Thomas & Patricia Ann Bezick
8815 Redbud Woods
San Antonio, TX 78250-2633

Thomas & Shirley Mercer
9333 Baseline Avenue Suite 200
RanchoCucamonga, CA 91730-1300

THOMAS AND SHIRLEY MERCER
10884 CARRIAGE DRIVE
ALTA LOMA, CA 91737-6728

Thomas Davis and Donna Davis
6966 Ranch View Dr.
Riverside, CA 92506-5675

Thomas J. Bayus
P.O. Box 11192
San Bernardino, CA 92423-1192

Thomas L. Davis MD Med. Corp. Pension & Prof
6966 Ranch View Dr.
Riverside, CA 92506-5675

THOMAS MERCER
10884 CARRIAGE DRIVE
ALTA LOMA, CA 91737-6728

THOMAS R DAVIS
2161 WHITESTONE DR
RIVERSIDE, CA 92506-4630

Thomas W. Brown
2009 Avenue D
Sterling, IL 61081-1189

Thompson Trust
985 Hwy 95
Weiser, ID 83672-5503

Timothy & Andrea Call
14044 Oakley Drive
Riverside, CA 92503-7229

TIMOTHY AND JOLENE VANDERBEEK
5460 E. HILL STREET
LONG BEACH, CA 90815-1922

TIMOTHY AND SHARON BEALL
PO BOX 2938
PISMO BEACH, CA 93448-2938

TIMOTHY CALL
14044 OAKLEY DRIVE
RIVERSIDE, CA 92503-7229

Timothy J. Bayus
22330 Grand Terrace Road
Grand Terrace, CA 92313-4301

Timothy J. Pietro Pension
2320 Mary Street
Riverside, CA 92506-5051

TIMOTHY MARTIN VANDERBEEK
5460 EAST HILL ST.
LONG BEACH, CA 90815-1922

Todd L. Dreyer
6615 DeGrazia Road
Riverside, CA 92506-5542

TRACEY D. BOYLE
1805 W. FAIRWAY LN
PAYSON, AZ 85541-4525

Troy & Dana Anderson
1513 Brightwater Court
Raleigh, NC 27614-7725

TRUDY LONG
1296 SINNISSIPPI ROAD
STERLING, IL 61081-4125

TYLER POLHILL
P.O. BOX 742
COLTON, CA 92324-0742

TYLER POLHILL
49 S. LOOKOUT MOUNTAIN ROAD
GOLDEN, CO 80401-9529

U.S. TRUSTEE - LV - 7
300 LAS VEGAS BLVD., SO.
SUITE 4300
LAS VEGAS, NV 89101-5803

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

VALERIE HARLEY
POB 690
COARSGOLD CA 93614-0690

VALERIE HARLEY
C/O BRUCE KENNEDY
POB 2281
OAKHURST CA 93644-2281

Vasiliki Bachanos
23875 Villena
Mission Viejo, CA 92692-1824

VERNA E. SCHUTT
c/o 11500 S. EASTERN AVE., STE 210
HENDERSON, NV 89052-5576

Verna E. Schutt
C/O Peggy Trujillo
13804 Sagar Drive
Broomfield, CO 80023-3976

Vernon & Rose Hand
30809 Golden Gate Drive
Canyon Lake, CA 92587-7723

Veronica I Ibarra
590 June Street
Rialto, CA 92376-5729

W. DONALD GIESEKE, TRUSTEE
18124 WEDGE PARKWAY, #518
RENO, NV 89511

WADE PARKER
3590 PIERCE ST.
RIVERSIDE, CA 92503-4924

Walborn Trust
43455 Dove Circle
Banning, CA 92220-1571

WALL FAMILY FOUNDATION
JEROME F. WALL, TRUSTEE
6480 HAWARDEN DRIVE
RIVERSIDE, CA 92506-5100

Wall Family Trust
4444 Magnolia Avenue
Riverside, CA 92501-4136

WALL FAMILY TRUST
JEROME F. WALL, TRUSTEE
6480 HAWARDEN DRIVE
RIVERSIDE, CA 92506-5100

Wall Foundation
C/O Jerome Wall
4444 Magnolia Avenue
Riverside, CA 92501-4136

Wallack Trust 9/2/05
4355 S. Vassar Road
Vassar, MI 48768-9432

WARREN F. ERICKSON
GAIL S. ERICKSON
1106 SHEPERD STREET
HENDERSONVILLE, NC 28792-6434

WAVETA TAYLOR
23600 MARINE VIEW DRIVE #267
DES MOINES, WA 98198-7352

Wilbert & JoAnn Gonzalez
4880 Glenwood Drive
Riverside, CA 92501-3907

WILBERT GONZALEZ
4880 GLENWOOD DR.
RIVERSIDE, CA 92501-3907

William & Beth Leach
3306 Black Stallion Court
Zebulon, NC 27597-5517

William & France Mudd
25182 Monte Verde Drive
Laguna Niguel, CA 92677-1533

William & Joyce Miller
22812 Grand Terrace Road
Grand Terrace, CA 92313-4924

William & Marilyn Manwarren
11 Charleston
Irvine, CA 92620-2513

William Mercer
23450 Joy Street
St. Clair Shore, MI 48082-1132

WILLIAM MUDD
25182 MONTE VERDE DR
LAGUNA NIGUEL, CA 92677-1533

Willie & Willie Sharpe
13255 Burney Pass Drive
Moreno Valley, CA 92555-2400

WILLIE E SHARPE
THE SHARPE FAMILY TRUST
WILLIE M. SHARPE
13255 BURNEY PASS DR
MORENO VALLEY, CA 92555-2400

WILLIE E. AND WILLIE M. SHARPE
13255 BURNEY PASS DRIVE
MORENO VALLEY, CA 92555-2400

WILMA L. WASHBURN
ESTATE OF WILMA WASHBURN
C/O PEGGY SIMPSON
297 TATE STREET
POMONA, CA 91767-2907

WINONA GRACE BLESSINGER
9919 ELM DR
PAYETTE ID 83661-5334

WINSTON A. TUSTISON, M.D.
13650 N. PIMA SPRING WAY
ORO VALLEY (TUCSON), AZ 85755-7199

WLF/THE WILLIAMS LAW FIRM, PC
ONE PARK PLAZA, SUITE 600
IRVINE, CA 92614-5987

Woosley Revocable Trust
1139 Via Del Mesa
Hemet, CA 92543-6955

WORLD MEDISCS, INC.
23831 FERN LANE
COLTON CA 92324-9766

Yvonne Jones
821 Mars Circle
Edmond, OK 73003-6060

ZECH SURVIVORS TRUST A
PATRICIA HOFFARD
P.O. BOX 734
MURRIETA, CA 92564-0734

Zech Survivors Trust A
PO Box 734
Murrietta, CA 92564-0734

Zinner Trust
P.O. Box 463075
Escondido, CA 92046-3075