_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 02, 2019

W. Donald Gieseke
Bankruptcy Trustee
18124 Wedge Pkwy., Suite 518
Reno, NV 89511
wdg@renotrustee.com
(775) 742-9107
(775) 562-8181 (fax)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

AMERICAN PACIFIC FINANCIAL
CORPORATION

DEBTOR(S)

BK-S-10-27855-GS

CHAPTER 7

**ORDER APPROVING TRUSTEE'S PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Hearing Date: September 24, 2019
Hearing Time: 3:00 P.M.

    W. DONALD GIESEKE, Trustee of the above-entitled estate having filed herein his Trustee's Final Report & Account of said estate on August 1, 2019, (Docket #2812) upon written notice of Summary of Trustee's Final Report and Account being sent to all creditors, no objections having been filed and a hearing held on September 24, 2019, the court finds and concludes as follows,

Order Approving Trustee's Payment of Final Compensation and Expenses - 1

1. The Trustee's Final Report & Account of said estate was timely and properly noticed on August 13, 2019 (Docket # 2814).

2. The hearing was held on September 24, 2019. The Trustee appeared at the hearing. No other parties or person(s) appeared and there were no objections filed.

**IT IS HEREBY ORDERED** that the Trustee's fees in the amount of $36,439.73 and expenses in the amount of $10,172.86 be approved.

Submitted by:

/s/W. Donald Gieseke

**W. DONALD GIESEKE, TRUSTEE**

Date:   9-25-19

# # #

ALTERNATIVE METHOD re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1)

_x_ No other party appeared at the hearing or filed an objection to the motion

- Trustee appeared at the hearing

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I do hereby affirm under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of September, 2019.

/s/ W. Donald Gieseke
W. Donald Gieseke, Trustee

Order Approving Trustee's Payment of Final Compensation and Expenses - 3