W. Donald Gieseke
Bankruptcy Trustee
18124 Wedge Pkwy., Suite 518
Reno, NV 89511
(775) 742-9107

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| AMERICAN PACIFIC FINANCIAL | ) | CASE NO: 10-27855-GS |
| | ) | |
| CORPORATION | ) | **NOTICE OF UNCLAIMED FUNDS** |
| | ) | **PURSUANT TO RULE 3011 AND 11 USC** |
| | ) | **§ 347** |
| | ) | |
| DEBTOR(S) | ) | |
| | ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

FROM: W. DONALD GIESEKE, TRUSTEE

Please note an ACH payment representing the amount of unclaimed funds in the above entitled estate which will create a zero balance in the bank account.  Said sum is paid to you pursuant to Bankruptcy Rule 3011 and 11 USC § 347.

The name and address of the claimant entitled to said amount is as follows:

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | AMOUNT OF DIVIDEND  PAID |
|---|---|---|
| 146 | William Mercer<br> 23450 Joy Street<br>St. Clair Shores, MI 48082 | 240.34 |
| 155 | Terese Gutierrez for Mary Lou Harris<br>10809 Samantha Place<br>Fredericksburg, VA 22408 | 1,200.70 |
| 159 | Jon & Jolynn Anderson<br>P.O. Box 7<br>Providence, UT 84332 | 157.72 |

Notice of Unclaimed Funds - 1

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | AMOUNT OF DIVIDEND PAID |
|---|---|---|
| 180 | JUSTIN MERCER<br>22801 Deer Run Ct<br>Murrieta, CA 92562 | 129.40 |
| 200 | PATTI A. DEVRIES<br>25881 Lancaster Drive<br>Sun City, CA 92586 | 143.86 |
| 207 | Gerald & Bobbie Coulter<br>11161 Sumac Lane<br>Camarillo, CA 93012 | 2,333.49 |
| 211 | Melvin K. Call<br>2134 Westminster Drive<br>Riverside, CA 92506 | 3,069.98 |
| 221 | Allene J. Shore c/o Elinor Neafsey<br>389 Gifford St.<br>Falmouth, MA 02540 | 207.77 |
| 222 | Kathleen Neafsey c/o Elinor Neafsey<br>389 Gifford St.<br>Falmouth, MA 02540 | 696.38 |
| 223 | Elinor Neafsey<br>389 Gifford Street<br>Falmouth, MA 02540 | 1,547.20 |
| 228 | DORIS M. HORNER<br>28039 GEORGETOWN ROAD<br>SHANNON, IL 61078 | 219.97 |
| 231 | Thomas J. Bayus<br>P.O. Box 11192<br>San Bernardino, CA 92423 | 226.38 |
| 235 | John A. Weaver<br>27815 Georgetown Road<br>Shannon, IL 61078 | 940.01 |
| 240-1 | Dot S. Youngberg<br>220 EXECUTIVE DRIVE<br>JACKSON, TN 38305 | 2,764.79 |
| 243 | JANET BEVAN<br>1020 15TH ST #30J<br>DENVER, CO 80202 | 187.01 |
| 282 | JOHN & PHYLLIS LOFGREN<br>1105 27TH STREET # 111<br>ANACORTES, WA 98221 | 1,670.50 |

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | AMOUNT OF DIVIDEND PAID |
|---|---|---|
| 285 | BARRY LASCO<br>581 BARLEY RIDGE TRAIL<br>FREEPORT, IL 61032 | 60.93 |
| 296 | Scott & Teresa Gibbons<br>1343 Mona Avenue<br>Redlands, CA 92374 | 172.83 |
| 307 | Robertson Family Trust<br>1218 W. Sunset Drive<br>Redlands, CA 92373 | 1,540.81 |
| 337 | Janice Stagliano<br>9165 42nd Street North<br>Pinelas Park, FL 33782 | 20.35 |
| 364 | Samuel Andrew Reed Jr.<br>28701 Via del Sol<br>Murrieta, CA 92563 | 12.66 |
| 383 | JOAN F. MARTIN REV TST<br>2851 Irving Street<br>Riverside, CA 92504 | 407.69 |
| 386 | KELLI L. KOCH<br>4542 E. CLIFFSIDE TRAIL<br>RIMROCK, AZ 86335-4579 | 328.58 |
| 398 | William & Marilyn Manwarren, Trustees<br>11 Charleston<br>Irvine, CA 92620 | 453.87 |
| 400 | Betty Weatherspoon or Dora Wheeler<br>815 ISLAND RD.<br>WEISER, ID 83672 | 106.17 |
| 416 | Barbara Camp<br>P.O. Box 1201<br>Freeport, IL 61032 | 105.02 |
| 443 | RAY AND JOAN BROWN<br>1126 S. WASHBURN<br>CORONA, CA 92882 | 1,431.57 |
| 464 | Donald & Marilyn Darling<br>325 W. Center Street<br>Apt. 234<br>Orem, UT 84057 4685 | 11,239.78 |

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | AMOUNT OF DIVIDEND PAID |
|---|---|---|
| 466 | Robbie J Robinson & Emma S Robinson Revocable Family Trust 947 Somerville Irvine, CA 92620 | 1,210.55 |
| 479 | BRANDI STAFFORD 6917 WOODCOCK LANE SPOTSYLVANIA, VA 22553 | 33.29 |
| 485 | Zinner Trust P.O. Box 463075 Escondido, CA 92046 | 2,171.89 |
| 534 | DENISE AND CHARLES DRERUP 6875 Denver Road Fruitland, ID 83619 | 246.86 |
| 564 | DORIS F. HAMRE C/O GLORIA WEBB 14062 FOUR WINDS DRIVE RIVERSIDE, CA 92503 | 630.08 |
| 63 | John & Diane Campbell 1635 E. 9th Street Weiser, ID 83672 | 41.56 |
| 65 | Greg Thompson 11355 County Road 8030 Rolla, MO 65401 | 145.66 |
| 68 | Janice L. Higgins 206 Savannah Ridge Road Holly Springs, NC 27540 | 108.04 |
| 76 | GREGORY T. HEINEN 5198 ARLINGTON AVENUE PMB #371 RIVERSIDE, CA 92504 | 268.69 |
| 116 | DONALD AND ANNETTE GIRD POB 2452 PLACERVILLE, CA 95667 | 103.88 |
| 123 | ROBERTA MCMILLAN C/O JESSICA SALINAS 1307 N. MAIN STREET MANSFIELD, TX 76063 | 222.09 |

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | AMOUNT OF DIVIDEND PAID |
|---|---|---|
| 148 | JOSE PABON<br>55 PHEASANT RIDGE DR.<br>HENDERSON, NV 89014 | 572.80 |
| 182 | MICHAEL VANMETER<br>4307 CABELL DR<br>DALLAS, TX 75204 | 235.00 |
| 193 | Leigh Polhill<br>116 Bay Pointe Drive<br>Chapin, SC 29036 | 258.07 |
| 203 | John T. Kaufman<br>1954 So Holland Court<br>Lakewood, CO 80227 | 319.54 |
| 225 | Linda Wakamiya<br>411 S. Glenwood Place<br>Burbank, CA 91506 | 1,222.93 |
| 229 | Gay Richards<br>1220 W. Sunset Drive<br>Redlands, CA 92373 | 572.70 |
| 23 | HERMAN CARSTENS<br>6926 Brockton Ave., #4<br>Riverside, CA 92506 | 519.44 |
| 267 | JENNIFER TESTA<br>27051 HIDDEN TRAIL RD<br>LAGUNA HILLS, CA 92653 | 101.21 |
| 3 | MARIAN WETTLAUFER<br>422 GILMORE DRIVE<br>CORONA, CA 928791018 | 202.59 |
| 309 | Vasiliki Bachanos<br>John D. Hornbuckle/Dixon Law Corporation<br>34145 Pacific Coast Hwy.,Ste. 221<br>Dana Point, CA 92692 | 207.78 |
| 344 | Joshua Ingersoll & Deborah Martin<br>8908 Blakehurst Drive<br>Raleigh, NC 27617 | 58.88 |
| 357 | Kathleen M. Knerr<br>11904 Kingston Street<br>Grand Terrace, CA 92313 | 315.31 |
| 380 | MARIA E. SAENZ<br>218 JOSEY LANE<br>RED OAK, TX 75154 | 6,581.59 |

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | AMOUNT OF DIVIDEND PAID |
|---|---|---|
| 410 | Kathleen R. O'Rourke<br>4759 Alexandra Lane<br>Machesney Park, IL 61115 | 623.17 |
| 413 | Keith & Janet Newman<br>25108 Marguerite Pkwy #A-215<br>Mission Viejo, CA 92692 | 4,295.74 |
| 426-2 | PJ Simpson Revocable Living Trust<br>c/o Peggy Simpson<br>1367 East Decatur Ave<br>Fresno, CA 93720 | 66.31 |
| 429 | ROBERT & IVY CLARK<br>8147 WACHTEL WAY<br>CITRUS HEIGHTS, CA 95610 | 158.13 |
| 446 | William R. Riehl Trust c/o Robert T. Riehl<br>73-601 CABAZON PEAK<br>PALM DESERT, CA 92260 | 796.41 |
| 482 | Joanna Stoffel<br>749 E. Maryland Avenue Apt #35<br>Phoenix, AZ 85014 | 42.73 |
| 505 | MARTA & MARGARITA WHYRICK<br>MARTA E. WHYRICK<br>2181 WHITESTONE DR.<br>RIVERSIDE, CA 92506 | 252.25 |
| 528 | CAROLYN KRUGGEL<br>20699 SAGE STREET<br>PERRIS, CA 92570 | 186.42 |
| 540 | NYLLA SCHMOKER<br>29 10TH AVE<br>BELLE FAUCHE, SD 57717 | 202.00 |
| 542 | RUTH ADA MOORE<br>11460 Benton Street<br>Loma Linda, CA 92354 | 646.93 |
| 543 | ROSELLEN KIMBROUGH<br>1891 NW Excello Drive<br>Roseburg, OR 97470 | 111.16 |
| 64 | Marlene Mae Brugge<br>5475 Canyon Crest Drive #55<br>Riverside, CA 92507 | 778.37 |
| 358 | Knerr Trust co Maxine Knerr<br>11904 Kingston<br>Grand Terrace, CA 92313 | 10,259.85 |

TOTAL :                                    $66,385.66

Dated:    March 17, 2020

_____

W. Donald Gieseke, Trustee