_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
April 08, 2020
_____

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

AMERICAN PACIFIC FINANCIAL
CORPORATION

                Debtor(s)

BK−10−27855−gs
CHAPTER 7

ORDER GRANTING
APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

On 04/03/2020, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby
ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$14,461.27 is declared due to:
BEELER FOUNDATION.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
BEELER FOUNDATION
C/O BECKY KNICKEL
7304 PARKSHIRE AVE
DALLAS, TX 75231

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###