

Mary A. Schott
Clerk of Court

Entered on Docket
April 27, 2020

NVB 3011−1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

AMERICAN PACIFIC FINANCIAL
CORPORATION

Debtor(s)

BK−10−27855−gs
CHAPTER 7

ORDER GRANTING
APPLICATION TO
DEPOSIT UNCLAIMED FUNDS

On 3/17/2020, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###