# Dilks & Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Ventura Saenz for the intestate Estate of Maria E. Saenz ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: American Pacific Financial Corporation
Court: United States Bankruptcy Court - District of Nevada
Case Number: 10-27855-GS
Chapter: 7
Claim: 380
Original Creditor: Maria E. Saenz
Purchase Price: [REDACTED]

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Thursday, April 30, 2020.

Ventura Saenz for the intestate Estate of Maria E. Saenz

*[Signature]*
Signature