

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
June 22, 2020

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−10−27855−gs |
| | CHAPTER 7 |
| AMERICAN PACIFIC FINANCIAL CORPORATION | |
| | ORDER GRANTING APPLICATION FOR |
| Debtor(s) | PAYMENT OF UNCLAIMED FUNDS |

On 06/02/2020, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$6,581.59 is declared due to:
Dilks & Knopik, LLC.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###