

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
September 30, 2020

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                        BK–10–27855–gs
                                              CHAPTER 7
AMERICAN PACIFIC FINANCIAL
CORPORATION
                                              ORDER GRANTING
                                              APPLICATION FOR
                        Debtor(s)             PAYMENT OF UNCLAIMED FUNDS

_____

On 09/21/2020, an application was filed for the Claimant(s) for payment of unclaimed funds deposited
with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish
that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby
ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$1,540.81 is declared due to:
THE J. AND S. ROBERTSON FAMILY LIVING TRUST.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
JOHN A ROBERTSON AND SALLY A ROBERTSON
TRUSTEES OF THE J. AND S. ROBERTSON FAMILY LIVING TRUST
590 WOODEN BRIDGE LN
REDLANDS, CA 92373

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###