

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
December 01, 2020
_____

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                              BK−10−27855−gs
                                                    CHAPTER 7
AMERICAN PACIFIC FINANCIAL
CORPORATION
                                                    ORDER GRANTING
                                                    APPLICATION FOR
                        Debtor(s)                   PAYMENT OF UNCLAIMED FUNDS

On 08/25/2020, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby
ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$572.70 is declared due to:
Roberta Gay Richards.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
Roberta Gay Richards
5186 W. Big Sur Dr.
South Jordan, UT 84009

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###