_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
June 11, 2021

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−10−27855−gs<br>CHAPTER 7 |
| AMERICAN PACIFIC FINANCIAL<br>CORPORATION | |
| Debtor(s) | ORDER GRANTING<br>APPLICATION FOR<br>PAYMENT OF UNCLAIMED FUNDS |

On 04/14/2021, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$519.44 is declared due to:
Herman Carstens

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
Herman Carstens
231 E. Alessandro Blvd. A−684
Riverside, Ca 92508

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###